**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**HARRISON DIVISION**

**CHRISTINA CREAMER**

                                                                    **PLAINTIFF**

**VS.**                    **CASE NO. 3:21-cv-03024-TLB**

**BOONE COUNTY, ARKANASAS; JASON DAY,**            **DEFENDANTS**
**INDIVIDUALLY AND IN HIS OFFICIAL CAPACITY AS JAIL**
**ADMINISTRATOR OF BOONE COUNTY JAIL; TIM ROBERSON,**
**INDIVDIUALLY AND IN HIS OFFICIAL CAPACITY AS SHERIFF OF BOONE**
**COUNTY, ARKANSAS; JANE AND JOHN DOES 1-V**

<u>**BOONE COUNTY DEFENDANTS BOONE COUNTY ARKANSAS, JASON DAY,**
**AND TIM ROBERSON'S MOTION FOR SUMMARY JUDGMENT**</u>

COMES NOW Defendants Boone County, Arkansas; Jason Day; and Tim

Roberson, by and through undersigned counsel, Friday, Eldredge, & Clark, LLP,

and for their Motion for Summary Judgment state as follows:

1.      This is a Section 1983 action arising out of the incarceration of

Plaintiff Christina Creamer at the Boone County Sheriff's Department from

December 31, 2019 through March 6, 2020.  (Creamer Deposition, 25:2—3,

attached to the Motion as Exhibit 1).  She was incarcerated for violating

probation. (Exhibit 1, 25—2—3).

2.      Her only claim against Boone County is that she was not brought to

the emergency room after an alleged fall whereby she claims she hurt her ankle.

(Exhibit 1, 131:18—24; 137:20—25).

3.      For the reasons explained in the Brief in Support of this Motion,

summary judgment is appropriate.

1

FEC/11634.0093/9193286.1-5/23/22

4. Defendants rely upon the following and incorporate herein:

Brief in Support

Statement of Facts

Exhibit 1, Creamer Transcript attached hereto

Exhibit 2, Sick Call attached hereto

Exhibit 3, Medical Form attached hereto

Exhibit 4, Sick Call attached hereto

Exhibit 5, Op Note attached hereto

Exhibit 6, Joint Defense Expert Disclosures attached hereto

Exhibit 7, Adams Report attached hereto

Exhibit 8, Kleinhenz report attached hereto

WHEREFORE, premises considered, Defendants respectfully request that that all claims be dismissed with prejudice and this motion for summary judgement granted, and for all relief to which they are entitled.

Respectfully submitted,

By: _____
Jamie Huffman Jones, #2003125
FRIDAY, ELDREDEGE & Clark, LLP
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201
501-370-1430 – phone
501-244-5347 – fax
jjones@fridayfirm.com

2

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing instrument was electronically filed with the Clerk of the Court using the CM/ECF system which will electronically notify all counsel of record who have appeared in this case on 23rd day of May, 2022 as follows:

Mark D. Wankum
wankum@amhfirm.com

Amelia F. Botteicher
botteicher@amhfirm.com

Brent Langdon
blangdon@ldatty.com

Jamie Huffman Jones

FEC/11634.0093/9193286.1-5/23/22