

ConwayCourt
— Reporting —

Transcript of the Testimony of:

# CHRISTINA CREAMER

## Date:  December 8, 2021

### Re:  CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

CONWAY COURT REPORTING, LLC
Phone:501-679-1488
Email:scheduling@conwaycourtreporting.com
Internet: www.conwaycourtreporting.com

EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
WESTERN DIVISION


CHRISTINA CREAMER                                        PLAINTIFF

VS.                        NO. 3:21-CV-3024-TLB

BOONE COUNTY, ARKANSAS;
JASON DAY, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY
AS JAIL ADMINISTRATOR OF
BOONE COUNTY JAIL;
TIM ROBERSON, INDIVIDUALLY,
AND IN HIS OFFICIAL CAPACITY
AS SHERIFF OF BOONE COUNTY, ARKANSAS;
TURN KEY HEALTH CLINICS LLC;
TURN KEY HEALTH MEDICAL ARKANSAS PLLC
AND JANE AND JOHN DOES I-V                              DEFENDANTS


ORAL DEPOSITION

OF

CHRISTINA CREAMER

TAKEN DECEMBER 8, 2021, AT 10:06 A.M.



Conway Court Reporting

Post Office Box 2188

Conway, Arkansas  72033

www.conwaycourtreporting.com


"Spoken to written . . . word for word"

Conway Office: 501.679.1488   Little Rock Office:  501.319.4807

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

---

**Page 2**

APPEARANCES

ON BEHALF OF THE PLAINTIFF:

MR. BRENT M. LANGDON
LANGDON  DAVIS, LLP
5904 SUMMERFIELD
TEXARKANA, TEXAS 75503
MS. CORNELIA BRANDFIELD-HARVEY (APPEARING VIA ZOOM)
THE BUZBEE LAW FIRM
JP MORGAN CHASE TOWER
600 TRAVIS, SUITE 7300
HOUSTON, TEXAS 77002
ON BEHALF OF THE DEFENDANTS:
MS. AMELIA F. BOTTEICHER
ANDERSON, MURPHY & HOPKINS, LLP
101 RIVER BLUFF DRIVE, SUITE A
LITTLE ROCK, ARKANSAS 72202

MS. JAMIE HUFFMAN JONES
FRIDAY, ELDREDGE & CLARK, LLP
400 WEST CAPITOL AVENUE, SUITE 2000
LITTLE ROCK, ARKANSAS 72201
ALSO PRESENT:  MR. MIKE TSCHEIMER, VIDEO SPECIALIST

---

**Page 3**

INDEX

STYLE AND NUMBER . . . . . . . . . . . . . . . . . . . . . 1
APPEARANCES  . . . . . . . . . . . . . . . . . . . . . . . 2
STIPULATION PAGE . . . . . . . . . . . . . . . . . . . . . 4
WITNESS: CHRISTINA CREAMER
    Examination by Ms. Botteicher . . . . . . . . . . . . 5
    Examination by Ms. Jones . . . . . . . . . . . . . . 130
    Examination by Mr. Langdon . . . . . . . . . . . . . 156
    Further Examination by Ms. Botteicher . . . . . . . . 163
    Further Examination by Ms. Jones . . . . . . . . . . 175
    Deposition Concluded    . . . . . . . . . . . . . . 178
COURT REPORTER'S CERTIFICATE  . . . . . . . . . . . . . 179

E X H I B I T S

EXHIBITS:                      IDENTIFIED:
1.  Turn Key 000006 . . . . . . . . . . . . . . . . . . 79
2.  Turn Key 000009 . . . . . . . . . . . . . . . . . . 86
3.  Turn Key 000007 . . . . . . . . . . . . . . . . . . 96

---

**Page 4**

1     C A P T I O N
2        ANSWERS AND ORAL DEPOSITION OF CHRISTINA CREAMER,
3     witness produced at the request of the Defendants, taken in the
4     above-styled and numbered cause on the 8th day of December,
5     2021, at 10:06 a.m., at 400 East Prospect Avenue, Harrison,
6     Arkansas, pursuant to the Federal Rules of Civil Procedure.
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

---

**Page 5**

1        P R O C E E D I N G S
2     THEREUPON,
3        CHRISTINA CREAMER,
4        THE WITNESS HEREINBEFORE NAMED, having
5     been first duly cautioned and sworn by me
6     to testify to the truth, the whole truth,
7     and nothing but the truth, testified on her
8     oath as follows, to-wit:
9        EXAMINATION
10    BY MS. BOTTEICHER:
11    Q   Will you please state your full name for the record.
12    A   Christina Amy Creamer.
13    Q   Ms. Creamer, my name's Amelia Botteicher, and I represent
14    Turn Key Health Clinics LLC in the matter.  And I'll represent
15    that you filed a lawsuit against Boone County and then my
16    client, and we're here today to take your deposition.
17    A   Okay.
18    Q   Have you ever given a deposition before?
19    A   No, this is my first time.
20    Q   Okay.  So today, basically, the attorneys and I are going
21    to ask you some questions.  And you're under oath, and so
22    you'll be answering those questions honestly.
23        There are a few ground rules that go along with a
24    deposition that make sure that we get a clear transcript.  So
25    the court reporter is here today, and she is taking down

---

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 6

1  absolutely everything that is said by everyone in this room.
2  At the end of this deposition, we'll get a transcript that
3  shows exactly what was said. In order to make things easier
4  for you, if we could avoid talking over each other or providing
5  an answer before I finish my question or me asking a question
6  before you provide a full answer, that would be good. Is that
7  agreeable?
8  A   Yeah.
9  Q   Okay. You're doing a very good job. I saw you nodding
10  your head. The other thing is it's very difficult to put head
11  nods, either up or down, left or right, uh-huhs, or huh-uhs on
12  the record. So if I see you nodding your head or saying uh-huh
13  or huh-uh, I might say is that a yes, is that a no. Please
14  know I'm not trying to pick on you at all. I just want to make
15  sure we have an accurate record, okay?
16  A   Uh-huh.
17  Q   Is that a yes?
18  A   Yes.
19  Q   This is not a marathon. If you need a break at any time
20  to use the restroom, smoke a cigarette, something like that,
21  please just let us know and we'll be able to do that. However,
22  if I have asked a question, I would like for you to answer the
23  pending question before we go on a break.
24  A   Okay.
25  Q   Is that agreeable?

Page 7

1  A   Yeah, that's agreeable.
2  Q   Are you on any kind of medication today or any kind of
3  substance --
4  A   Just my diabetes medicine.
5  Q   Okay. I'm going to ask the question. You're doing good.
6  I know in casual conversation sometimes we tend to answer a
7  question if we think we know the answer. I'm going to ask a
8  complete question and then ask you to answer it just so we have
9  a record, okay?
10  A   Okay.
11  Q   Are you on any kind of medication or substance that would
12  prevent you from giving honest answers to my questions today?
13  A   No.
14  Q   Okay. Throughout the process of today, I might ask you a
15  bad question or a question that you don't understand. If I ask
16  you a question and you don't understand, please let me know,
17  okay?
18  A   Okay.
19  Q   If you do answer a question, I'm going to assume that you
20  understood my question and I can rely on your answer at trial.
21  Is that fair?
22  A   Yeah.
23  Q   Okay. Ms. Creamer, what is your date of birth?
24  A   It's 11-23 of 1977.
25  Q   And where do you currently reside?

Page 8

1  A   I reside in Harrison, Arkansas.
2  Q   What is your address?
3  A   It's 303 North Wittle (phonetic) Street, Apartment 1.
4  Q   Who do you reside at that address with?
5  A   My husband.
6  Q   And who is your husband?
7  A   Gary Johnson.
8  Q   When were you married?
9  A   Well, we haven't been married yet.
10  Q   Okay.
11  A   We've been just together for, like, 29 years.
12  Q   Okay. So you don't have a marriage license?
13  A   No, not yet.
14  Q   So are you engaged?
15  A   Yep.
16  Q   How long have you resided at that address?
17  A   Like six months.
18  Q   Okay. Have you resided in the Harrison area from the date
19  of this incarceration that we're here about today to present?
20  A   I don't understand what you're talking --
21  Q   Okay. Let me ask a better question. Prior to living at
22  Windle Street, where did you reside?
23  A   I don't actually remember.
24  Q   Okay. I'll represent that the incarceration we are here
25  about today was from December 30th of 2019 until March 6th of

Page 9

1  2020. Do you remember any of your addresses from --
2  A   I was living at a motel in Lead Hill.
3  Q   Okay. Do you remember any of your addresses from the date
4  you were released from jail on March 6th, 2020, until --
5  A   Beverly Drive.
6  Q   Where is that?
7  A   In Harrison.
8  Q   How long did you live at Beverly Drive?
9  A   I think six months. I don't remember.
10  Q   Okay. When did you reside at the motel in Lead --
11  A   That I don't remember.
12  Q   Okay. Was it before your incarceration or --
13  A   Yes.
14  Q   -- after your incarceration?
15  A   It's before.
16  Q   Since you were released from your incarceration on March
17  6th of 2020, have you resided at other addresses other than the
18  Windle Street and Beverly Drive address?
19  A   No.
20  Q   Okay. Where are you originally from?
21  A   Michigan.
22  Q   How did you end up in Arkansas from Michigan?
23  A   My fiancé's family lives down in Arkansas.
24  Q   And is that Gary Johnson?
25  A   Yes.

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 10 | | Page 12 | |
|---|---|---|---|
| 1 | Q  Did you all meet in Michigan? | 1 | Q  Who is their father? |
| 2 | A  Yes. | 2 | A  Gary Johnson. |
| 3 | Q  How did you guys meet? | 3 | Q  When you said they were adopted, who were they adopted by? |
| 4 | A  A mutual friend. | 4 | A  By one of my daughter's school teachers. |
| 5 | Q  When did you move to Harrison? | 5 | Q  When were they adopted? |
| 6 | A  I don't remember. | 6 | A  I do not remember.  Or I don't recall the date. |
| 7 | Q  Let me ask a better question.  When you relocated from | 7 | Q  Did they come to Arkansas with you all? |
| 8 | Michigan, did you relocate to Harrison or another city in | 8 | A  No. |
| 9 | Arkansas? | 9 | Q  Okay.  So were they adopted before you moved to Arkansas? |
| 10 | A  Another state -- Lead Hill. | 10 | A  Yes. |
| 11 | Q  Okay.  Ms. Creamer, when -- about what year did you guys | 11 | Q  Okay.  Do you know how old they were when they were |
| 12 | move from Michigan to Arkansas? | 12 | adopted? |
| 13 | A  I don't remember, hon. | 13 | A  I think three. |
| 14 | Q  Okay.  Greater than ten years? | 14 | Q  Okay.  Where did you go to high school? |
| 15 | A  Yeah. | 15 | A  Addison. |
| 16 | Q  Greater than 20 years? | 16 | A  Addison, Michigan? |
| 17 | A  I think it's greater than ten years. | 17 | A  Uh-huh. |
| 18 | Q  Okay.  Do you have any kids? | 18 | MR. LANGDON:  Is that a yes? |
| 19 | A  Yes, I do. | 19 | THE WITNESS:  Yes. |
| 20 | Q  How many? | 20 | Q  (Ms. Botteicher continuing)  Did you graduate? |
| 21 | A  I got three. | 21 | A  No, I didn't. |
| 22 | Q  What are their names? | 22 | Q  Did you get a GED? |
| 23 | A  My oldest one's name is Elizabeth, and my two youngest | 23 | A  No, not yet. |
| 24 | ones, my twins, is Eugene and Josie. | 24 | Q  What is the highest grade level you -- |
| 25 | Q  Eugene and Josie? | 25 | A  Twelfth. |

| Page 11 | | Page 13 | |
|---|---|---|---|
| 1 | A  Uh-huh.  They're twins. | 1 | Q  After the twelfth grade, did you go on to get any other |
| 2 | Q  Okay.  What is Elizabeth's last name? | 2 | certifications or training in any way? |
| 3 | A  Allison. | 3 | A  No.  I just took care of my oldest daughter. |
| 4 | Q  Where does she reside? | 4 | Q  All right.  Do you have any family members that reside in |
| 5 | A  She resides with her boyfriend on Spring Street in | 5 | Arkansas other than Mr. Johnson? |
| 6 | Harrison, Arkansas. | 6 | A  Just my daughter, Elizabeth. |
| 7 | Q  Who's her boyfriend? | 7 | Q  Where does Elizabeth work? |
| 8 | A  James Hufendick.  It's a weird last name. | 8 | A  Huh? |
| 9 | Q  How old is Elizabeth? | 9 | Q  Where does Elizabeth work? |
| 10 | A  Elizabeth is 28 years old. | 10 | A  She don't work. |
| 11 | Q  Who is Elizabeth's father? | 11 | Q  What about her boyfriend, James? |
| 12 | A  His name is Michael Lee Allison. | 12 | A  He doesn't work either.  He gets -- I think he gets -- |
| 13 | Q  Where does he reside? | 13 | collects social security.  I don't know. |
| 14 | A  He lives in Michigan. | 14 | Q  Okay.  What about -- |
| 15 | Q  Okay.  What about Eugene and Josie?  What are their last | 15 | A  I don't ask. |
| 16 | names? | 16 | Q  What about Gary?  Where does he work? |
| 17 | A  Dudek.  They got adopted. | 17 | A  He's looking for a job right now. |
| 18 | Q  Okay.  So what's their last name? | 18 | Q  Okay.  Has he been employed in the past year? |
| 19 | A  Their last name is Dudek, I think. | 19 | A  Yeah. |
| 20 | Q  Can you spell that? | 20 | Q  Where has he been employed? |
| 21 | A  No. | 21 | A  Pace. |
| 22 | Q  Okay.  Where do they reside? | 22 | Q  P-a-c-e? |
| 23 | A  My oldest -- my youngest daughter lives in Oklahoma right | 23 | A  Uh-huh. |
| 24 | now with her boyfriend, and I don't know where Eugene is.  I | 24 | Q  What was his job role there? |
| 25 | think he's in Tecumseh, Michigan. | 25 | A  I don't know actually. |

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 14

1  Q   Okay.  Do you have any close family friends that reside in
2  the Western District of Arkansas?
3  A   No.
4      MS. BRANDFIELD-HARVEY: That reside in what?
5  Can you -- I'm sorry, it's very muffled on my end.
6  I don't know if it's me, but I can barely hear what
7  you said.  I'm sorry.  Is there a way to fix that?
8      MS. BOTTEICHER: Sorry, Cornelia.
9      MS. BRANDFIELD-HARVEY: Oh, no, it's not your
10  fault.  It's just very muffled.  I don't know why.
11      MR. LANGDON: This is just a speaker.  It's not
12  picking up the sound.  Is the mic on the computer?
13      MR. TSCHEIMER: It's on the iPad, yeah.  We can
14  maybe move that a little closer.  And then you may
15  have to speak up a little bit, Amelia.
16      MS. BOTTEICHER: All right, I'll do my best.
17      MS. BRANDFIELD-HARVEY: No, it's not -- yeah,
18  it's just very muffled still, but we'll see what
19  happens.
20      MR. LANGDON: Can you re-ask that question?  I
21  think that's what she wanted to do.  You were asking
22  about relatives in the Western District, I think.
23  Q   (Ms. Botteicher continuing) Yeah.  Do you have any
24  relatives in the Western District of Arkansas?
25  A   The only one I got is my daughter, Elizabeth.

Page 15

1  Q   Okay.  Do you have any close family friends in the Western
2  District of Arkansas?
3  A   Just my daughter.
4  Q   Do you have any social media accounts?
5  A   What's that?
6  Q   Do you have Facebook?
7  A   Yeah.
8  Q   Okay.  What's your name on Facebook?
9  A   Christina Johnson.
10  Q   Do you have any other Facebook accounts?
11  A   I think I got plenty of them.  I don't remember half of
12  them.
13  Q   What would your name be if they appeared on those
14  accounts?
15  A   On Christina or Chrissy.
16  Q   Is that with one "s" or two?
17  A   With -- Chrissy is with two s's.
18  Q   Okay.  Would the last name be Creamer?  Or Creamer, sorry.
19  A   Yeah.
20  Q   Do you have any Instagram accounts?
21  A   Nope.
22  Q   Okay.  Do you have a TikTok?
23  A   What?  TikTok?  No.
24  Q   I'll take that as a no.  Do you have a Twitter?
25  A   Nope.

Page 16

1  Q   Okay.  Do you have any tattoos?
2  A   Yes.  Just one.
3  Q   What tattoo?
4  A   It's my mom's tattoo.
5  Q   Where is that?
6  A   It's right here on this leg.
7  Q   Okay.  When you say this leg, you're indicating to your
8  right leg?
9  A   My -- yeah.
10  Q   Are you a smoker?
11  A   Yes, I am.
12  Q   Okay.  And what is your current habit?
13  A   I've been cutting down a lot so -- because I got sick.
14  Like around half a pack.  That's it.
15  Q   How long have you been smoking?
16  A   I think, like, 23 years.
17  Q   What was your pack -- or your habit before you started to
18  cut back?
19  A   Like two packs a day.
20  Q   When did you start to cut back?
21  A   Past couple months.
22  Q   So if today is December of 2021, you had started cutting
23  back probably in October?
24  A   Uh-huh.
25  Q   Is that a yes?

Page 17

1  A   Yes.  I'm trying to quit.
2  Q   Has anyone advised you to quit smoking or is it just
3  something you're doing?
4  A   Just something I'm doing.  My doctors was asking me to
5  quit smoking.
6  Q   Okay.  Are you currently employed?
7  A   No.
8  Q   Okay.  Have you ever been employed?
9  A   No.
10  Q   Okay.  Do you receive disability or social --
11  A   Yes, I do.
12  Q   -- security?  Okay.  What is the nature of your
13  disability?
14  A   My -- I get SSI for my -- I don't know actually.  I don't
15  remember on that.  My mom always the one that knows about all
16  that.
17  Q   Okay.  Your mom knows about that?
18  A   Yeah.  I don't know.
19  Q   Is your mom still alive?
20  A   No.  She's passed away.
21  Q   Okay.  So is your testimony you don't know why you get
22  social security?
23  A   Yeah.
24  Q   Okay.  Do you get any sort of disability income other than
25  social security?

Conway Court Reporting                                          501-679-1488

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

```
                                    Page 18                                              Page 20
 1   A   Just SSI.                                    1   Q   Were you represented by an attorney?
 2   Q   Okay. Do you have to fill out any paperwork to get that   2   A   Yeah.
 3   benefit?                                          3   Q   Was it a public defender or --
 4   A   No.                                           4   A   Uh-huh.
 5   Q   Okay. Do you receive any other kind of benefits from the   5   Q   -- private attorney?
 6   government?                                       6   A   Public defender.
 7   A   No. I just get food stamps and that's it.    7   Q   Okay. Did you have to pay a fine or do any kind of
 8   Q   How long have you been receiving social security?   8   probation?
 9   A   Don't recall. I don't remember.              9   A   Yeah.
10   Q   Longer than ten years?                      10   Q   Okay. I will represent that your criminal record search
11   A   I think so.                                 11   has said that you were convicted of a hot check fine. Is
12   Q   You been receiving it since your daughter was born?   12   that --
13   A   Yeah.                                        13   A   Yeah.
14   Q   So fair to say longer than 28 years?        14   Q   -- your first violation?
15   A   Probably.                                    15   A   Uh-huh.
16   Q   Other than the present lawsuit and some criminal matters,   16   Q   Is that a yes?
17   have you ever filed any kind of lawsuits?       17   A   Yes.
18   A   No.                                          18   Q   Okay. So would that -- is that the first time you were
19   Q   Have you ever filed bankruptcy?             19   ever arrested?
20   A   No.                                          20   A   Yes.
21   Q   Have you ever been evicted?                 21   Q   Okay. Does that refresh your recollection?
22   A   No.                                          22   A   Yes.
23   Q   Have you ever been arrested?                23   Q   Okay. After that, what was the second time you had been
24   A   Yes.                                         24   arrested?
25   Q   How many times?                             25   A   I think I missed court.
```

```
                                    Page 19                                              Page 21
 1   A   I think, like, five.                          1   Q   So was that a failure to appear?
 2   Q   When were you first arrested?                2   A   Yes.
 3   A   I was actually down here.                    3   Q   And what happened with that arrest?
 4   Q   Down here as in Boone County?                4   A   Went to court and got out.
 5   A   Uh-huh.                                       5   Q   Okay. Were you incarcerated in jail for a period of time?
 6   Q   Okay. Do you know what year that was?        6   A   For I think, like, four days.
 7   A   No, I don't remember.                        7   Q   Okay. What jail was that?
 8   Q   Okay. Do you remember -- was Elizabeth born at that time?   8   A   Boone County.
 9   A   Yeah.                                         9   Q   Okay. After you were bonded out, did you go to a hearing?
10   Q   Do you know how old Elizabeth was at that time?   10   A   Yes.
11   A   I think she was 19.                          11   Q   Okay. Do you recall if you were convicted of any crimes
12   Q   Okay. What were you arrested for?           12   or you pled guilty or --
13   A   I don't remember.                            13   A   No. Just hot checks.
14   Q   Did you have to go to court?                14   Q   Okay. But weren't you arrested for failure to appear?
15   A   Yes.                                         15   A   Yes. That's all it.
16   Q   Did you plead guilty or not guilty to the crime that you   16   Q   Did you get any kind of punishment for failing to appear
17   can't recall?                                   17   for your hearing?
18   A   I can't recall.                              18   A   What do you mean? I don't understand.
19   Q   Okay. Were you convicted?                   19   Q   So my understanding is that your first arrest was for hot
20   A   I think so. I don't remember.               20   checks. And then you said you were arrested a total of five
21   Q   Okay. Did you have to go to jail?           21   times. So the second time you were arrested was failure to
22   A   Just over -- like, for a couple hours. I got bonded out.   22   appear; is that correct?
23   Q   Okay. After you were bonded out, did you go to a hearing   23   A   Yes.
24   after that?                                     24   Q   Okay. And you went to court for that separate charge;
25   A   Yeah.                                        25   correct?
```

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

---

Page 22

1    A   Yes.
2    Q   Okay.  Did you receive any kind of punishment for that
3    separate --
4    A   Yeah, I just got on probation.
5    Q   Okay.  On probation.  Were you on probation already for
6    your hot check violation?
7    A   Yes.
8    Q   And so you got put on probation for your failure to
9    appear as well?
10   A   Yes.
11   Q   Okay.  Do you know how long your probation was?
12   A   Five years.
13   Q   What were the terms of that probation?
14   A   I don't understand what you're saying, terms.
15   Q   Were there things that you had to do or could not do in
16   order to stay in good standing on your probation?
17   A   Just pay my fees and my fines.  That's it.
18   Q   Okay.  Did you have to come to court on a regular basis?
19   A   No.
20   Q   Okay.  Did you have to do routine drug tests or check in
21   with a probation officer?
22   A   Yes.
23   Q   Was that yes to the drug tests?
24   A   Drug tests and go see them.
25   Q   Okay.  Did you have to live in a certain location and not

---

Page 23

1    be able to visit with people who were convicted felons?
2    A   I don't know.
3    Q   Do you not recall or is the answer no?
4    A   I don't recall.
5    Q   Okay.  What about the next time you were arrested?  When
6    was that?
7    A   I don't remember all the dates.
8    Q   Do you remember approximately what year?
9    A   No.
10   Q   Okay.  Do you know in proximity to how old Elizabeth was?
11   Because you said the first time you were arrested was when she
12   was 19.
13   A   Yeah.  She's 28 now so I --
14   Q   Do you know if it was within a year of your first failure
15   to appear?
16   A   I don't remember.
17   Q   Okay.  What were you arrested for the next time you were
18   arrested?
19   A   I don't remember.
20   Q   Okay.  What happened with that?
21   A   Just the same thing.
22   Q   Did you go to jail?
23   A   Yep.
24   Q   Okay.  How long were you in jail?
25   A   Like four or five days.  That's it.  Then I go to court.

---

Page 24

1    Q   What jail were you at?
2    A   Boone County.
3    Q   Were you bonded out?
4    A   Yes.
5    Q   Who bonded you out?
6    A   Campbell.  Robert Campbell.
7    Q   Who's that?
8    A   He's the bondsman.
9    Q   Did someone post a bond for you at -- with his -- with Mr.
10   Campbell's shop?
11   A   Just me.  I called him up.
12   Q   Okay.  Did you have to go to court after that third
13   arrest?
14   A   Yes.
15   Q   Okay.  And did you get any kind of probation punishment
16   for that?
17   A   Yes.
18   Q   What was that?
19   A   That time I -- I don't -- I just had to keep on going to
20   court, like, every six months.
21   Q   And you don't remember what you got arrested for?
22   A   No, I don't recall.  It's been too long.
23   Q   What about the next time, the fourth time you got
24   arrested?  What was that for?
25   A   I don't recall.  It's just been too long.  I can't

---

Page 25

1    remember the dates.
2    Q   What were you arrested for when you were incarcerated from
3    December of 2019 to March 6th of 2020?
4    A   Violation probation and missing court.
5    Q   What was the violation of probation?
6    A   Not going to see my probation officer.
7    Q   How often are you supposed to go see your probation --
8    A   Every month.
9    Q   Do you do that?
10   A   Yes.  When I have a ride.
11   Q   Do you drive?
12   A   No.
13   Q   Prior to 2019, did you drive?
14   A   No.
15   Q   Why did you not drive?
16   A   I don't have a driver's license.  I never had a driver's
17   license.
18   Q   You just never had one?
19   A   Uh-huh.
20   Q   Who typically drives you around?
21   A   Gary's mom.
22   Q   Does Gary have a driver's license?
23   A   He just got his license back.
24   Q   Was it suspended?
25   A   Yes.

---

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 26

1   Q   What for?
2   A   I do not know.  It's been so long why it's been suspended
3   I can't remember.  I know he told me, but I don't remember a
4   lot.
5   Q   Okay.  When you were arrested the fourth time for
6   violation of probation and missing court, were you
7   incarcerated?
8   A   Yes.
9   Q   Okay.  Where at?
10  A   Boone County.
11  Q   How long were you there?
12  A   Probably two weeks.
13  Q   Okay.  And then what happened?
14  A   When I got out, I went to go see her.
15  Q   Went to go see who?
16  A   My probation officer.
17  Q   Who is your probation officer?
18  A   Charlene Bell.
19  Q   Is she your probation officer for all of your arrests, or
20  have you had different --
21  A   No.  I had another arrest for my felony.
22  Q   Which felony?
23  A   With the hot checks.
24  Q   Who was your probation officer for that?
25  A   Josiah Smith.

Page 27

1   Q   Do you still see Josiah Smith?
2   A   Nope.  I'm off on felony probation.
3   Q   When did your felony probation end?
4   A   September 30th of this year.
5   Q   Do you have any -- are you still making payments toward a
6   fine or anything like that for that felony?
7   A   Yes.
8   Q   How much do you lack?
9   A   Like around 2,000.
10  Q   How much do you have to pay a month?
11  A   I've been paying $50 a month.
12  Q   How long have you been doing that?
13  A   For a while.
14  Q   Have you ever been in trouble for not paying on time?
15  A   Yeah.
16  Q   Okay.  After you were at Boone County for two weeks and
17  got out, did you have to go to jail -- or not jail -- go to
18  court for that arrest?
19  A   No.
20  Q   No.  Okay.  You just had to go see Charlene Bell?
21  A   Uh-huh.
22  Q   Okay.  So that was your fourth, and you said you were
23  arrested five times.  What's the fifth arrest?
24  A   The one that I broke my foot on.
25  Q   Okay.  What were you arrested for then?

Page 28

1          MR. LANGDON:  Hold on just a second.  Did we
2   lose you, Cornelia?
3          MS. BRANDFIELD-HARVEY:  Yeah, it went -- there
4   we go.  Okay.  Thank you.  All right.  It went out --
5   it, like, cut me out.  There we go.
6          MR. LANGDON:  Okay.
7   Q   (Ms. Botteicher continuing)  What was your fifth arrest
8   for?
9   A   Missing court.
10  Q   Do you remember when you were arrested?
11  A   December 31st.
12  Q   Okay.  And what happened once you were arrested?
13  A   Went to Boone County jail.
14  Q   How long were you at Boone County?
15  A   That's the time I was there for, like, two months.
16  Q   Have you been arrested since that arrest?
17  A   Nope.
18  Q   Have you been to jail since that arrest?
19  A   Nope.
20  Q   Okay.  Is your testimony today under oath that you have
21  not been back to jail since you were incarcerated when you
22  allegedly broke your foot?
23  A   Allegedly broke my foot.  This year in July.
24  Q   Okay.  Is that before or after you hurt your foot?
25  A   That was after I hurt my foot.

Page 29

1   Q   Okay.  What were you arrested for then?
2   A   Something about missing court again.
3   Q   What happened with that arrest?  Did you go to court?
4   A   Yeah.  And I proved to them that I was -- or why I missed
5   court, I was in the hospital about my foot.
6   Q   Okay.  Are you currently -- have any pending charges
7   against you?
8   A   Just the revocation right now.
9   Q   And when is your revocation trial?
10  A   I had it already.
11  Q   Is it your understanding that you don't have a court
12  date --
13  A   I got --
14  Q   -- in January?
15  A   No, I got a court date January 28th.
16  Q   What's that for?
17  A   For my revocation, I think.
18  Q   You think?  Are you represented in that case?
19  A   Yeah.  But I guess she's knocking me off.  I don't know.
20  I don't remember a lot.
21  Q   Is it a public defender?
22  A   Yes.
23  Q   What's her name?
24  A   I don't remember her name.
25  Q   So that's a total of six arrests.  Are those all the

8  (Pages 26 to 29)

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

---

Page 30

1   arrests you remember?
2   A   Yes.
3   Q   Okay.  And it sounds like almost all of them are for
4   missing court or not showing up?
5   A   Yes.
6   Q   Is there a reason why you routinely miss court?
7   A   When I pay people to take me to court and they don't show
8   up and I blow up their phones and everything else.
9   Q   Do you call the judge's office and let them know what's --
10  A   Yeah.
11  Q   And they don't reschedule it?
12  A   Nope.
13  Q   Okay.  All right, I don't know what she -- well, I don't
14  want to know what you've talked about with your attorney, but
15  have you looked at any of your medical records prior to today?
16  A   Yeah.
17  Q   Okay.  Have you looked at any of the discovery exchanged
18  in this case prior to today?
19  A   No.
20  Q   Do you have any chronic illnesses?
21  A   What's that?
22  Q   Like a disease or something that you've had for a long
23  period of time.
24  A   Just my diabetes.
25  Q   How long have you had diabetes?

---

Page 31

1   A   23 years.
2   Q   What type is it?
3   A   Type 2.
4   Q   Do you take any medication for it?
5   A   Yes, I do.
6   Q   What do you take?
7   A   I take insulin and metformin.
8   Q   Do you take your blood sugar regularly?
9   A   Yep.
10  Q   How long have you done that?
11  A   Since I was -- 23 years.
12  Q   Do you -- how often do you take it every day?
13  A   Three -- I check it three times a day.
14  Q   Have you done that for 23 years?
15  A   Yep.
16  Q   What does your blood sugar normally run?
17  A   They've been running high and low.
18  Q   Okay.  In the past year, what has the average been?
19  A   The average is in the middle.
20  Q   What does in the middle mean?
21  A   Like -- it's, like, running, like, 120 to almost 200.
22  Q   What is a good blood sugar for you?
23  A   Good blood sugar for me is, like, 120.
24  Q   Prior to 2019, what was your average blood sugar?
25  A   They was high.

---

Page 32

1   Q   When you say high, what do you mean?
2   A   Like up in the 300s.
3   Q   Okay.  Was it routinely in the 300s?
4   A   Yeah.
5   Q   Okay.  Is there a reason why it was so high?
6   A   Because I had a infection in my system.  I had a cold.
7   Q   Prior to 2019, you had a cold?
8   A   Uh-huh.
9   Q   How long did that cold last?
10  A   Like a week.
11  Q   And that caused it to be --
12  A   Yeah, to run high.
13  Q   For how long?
14  A   For, like, a week.
15  Q   Okay.  Other than that, it was your -- what was your blood
16  sugar other than when it was up --
17  A   Down, like, 120.
18  Q   Ms. Creamer, have you looked at your medical records in
19  this case?
20  A   No.
21  Q   Okay.  Do you recall visiting with your primary care
22  physicians about your diabetes?
23  A   Yeah.
24  Q   Okay.  What is your --
25  A   November 30th.

---

Page 33

1   Q   Well, what is your -- prior to 2019, what did your primary
2   care physicians tell you about your diabetes?
3   A   It's really high.  I got to get my AC1 down.
4   Q   Okay.  Do you remember, prior to 2019, how high your blood
5   sugar was and your A1C were?
6   A   No.
7   Q   Okay.  If--
8   A   I don't remember.
9   Q   If the records show that they were within the 4 to 500,
10  would you have any reason to disagree with that?
11  A   No.
12  Q   Okay.  And if your A1C was above double digits routinely,
13  would you have any reason to disagree with that?
14  A   No.
15  Q   Did your doctors talk to you routinely before 2019 about
16  why it was important to control your diabetes?
17          MR. LANGDON:  Objection to form.
18  A   Uh-huh.
19  Q   Did you visit with your doctors about your diabetes prior
20  to 2019?
21  A   No, actually.
22  Q   You never talked to your PCP about your diabetes before --
23  A   I just got a new doctor in 2020.
24  Q   Okay.  Did you ever see Dr. Brownfield?
25  A   Yes, I have.

---

Conway Court Reporting                                   501-679-1488

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 34 |
|---|

1   Q   Okay.  When was that?
2   A   The last time I seen -- I don't recall when the last time
3   I seen him.
4   Q   Isn't Dr. Brownfield a female?
5   A   No, he's a male.
6   Q   Okay.  Who is your current PCP?
7   A   Right now, it's Angela.
8   Q   What's Angela's last name?
9   A   I can't pronounce it.
10  Q   Okay.  What clinic is Angela at?
11  A   Boston Mountain.
12  Q   Who was your PCP before Angela?
13  A   I didn't have one.  I was looking for one.  I think it was
14  Brownfield, but I don't remember.
15  Q   Do you remember talking with Dr. Brownfield about your
16  diabetes?
17  A   Yeah.
18  Q   Dr. Brownfield prescribed you insulin?
19  A   Uh-huh.
20  Q   What did Dr. Brownfield tell you that you recall about
21  your diabetes treatment?
22  A   That I recall -- I can't remember what --
23  Q   Was he concerned about your diabetes being uncontrolled?
24  A   Yes, I think so.  I don't remember.
25  Q   How long has your diabetes been uncontrolled?

| Page 35 |
|---|

1          MR. LANGDON:  Objection, form.
2   A   I don't remember.
3   Q   Okay.  How long has your diabetes run over 300?
4   A   It usually run around that at nighttime.
5   Q   Okay.  Every night?
6   A   Mostly, yeah.
7   Q   Okay.  For how long?
8   A   For a couple months.
9   Q   Okay.  What about prior to 2019?
10  A   I don't remember.
11  Q   Okay.  Well, I'm a little confused because you just told
12  me that your blood sugar has routinely been between 120 to 200.
13  A   Well, because I've been making sure now about my -- what I
14  eat and what I don't eat.
15  Q   But you just said it was --
16  A   I've been trying to get my sugar down right because I'm
17  off the insulin what the -- Brownfield put me on.  My new
18  doctor put me on a different insulin that's been working.
19  Q   Okay.  So currently, is it in the 300s or is it between
20  120 and 200?
21  A   It's around 120 and 200 right now.
22  Q   Okay.  When is it up 300 then?
23  A   When I eat something really sugary.
24  Q   Okay.  And at night?
25  A   At night is -- that's when I like to -- I get a sweet

| Page 36 |
|---|

1   tooth.  And I know I pay for it next day.
2   Q   When you visit with either Dr. Angela or your current
3   doctor, Dr. Brownfield, have they told you what's important for
4   you to help manage your diabetes?
5          MR. LANGDON:  Objection to form.
6   A   I think so.
7   Q   What do they tell you?
8   A   Just watch what I eat.
9   Q   Okay.  Other than -- you've been a diabetic for 23 years?
10  A   (Witness nods head up and down)
11  Q   Okay.  Is that a yes?
12  A   Yes.
13  Q   Okay.  What do you know as a diabetic the things that you
14  should do to help your sugar levels?
15  A   Exercise and everything else.
16  Q   What are the everythings else?
17  A   Eat right and exercise.  That's what mostly they tell you.
18  Q   Okay.  What are you supposed to avoid as far as your diet
19  goes?
20  A   Candy, pops, anything got sugar in it.
21  Q   Did they tell you anything about smoking and diabetes or
22  do you know anything --
23  A   Yes.  They're trying to get me to stop smoking.  That's
24  why I been cutting down.
25  Q   Do you have an understanding of why smoking is not good

| Page 37 |
|---|

1   for you when you have diabetes?
2   A   Yes.  Because I can't heal right.
3   Q   Did your doctors ever talk to you or do you have any
4   understanding of the impact of any kind of illicit drugs on
5   diabetes?
6   A   I don't understand what you're saying.
7   Q   Have you ever smoked marijuana?
8   A   Yes, I have.
9   Q   When is the last time you smoked marijuana?
10  A   I think it was a year ago.
11  Q   Have you ever used any kind of illegal drug other than
12  marijuana?
13  A   No.
14  Q   You've never used meth?
15  A   No.
16  Q   Never in your entire life?
17  A   No.
18  Q   Ms. Creamer, you understand you're under oath today;
19  correct?
20          MR. LANGDON:  Objection, form.
21  A   Meth?  What do you mean?
22  Q   Methamphetamine.
23  A   Okay.  What do you mean?
24  Q   You --
25  A   I don't understand what you're saying, hon.  That's the

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 38

1    point.
2    Q   Have you ever used methamphetamines?
3    A   Yeah, one time.
4    Q   One time in your entire life?
5    A   Yes.
6    Q   Okay.  When was that?
7    A   I don't remember what day it was.  I don't know how long
8    it was.
9    Q   Was it within the past year?
10   A   I don't remember.
11   Q   Was it within the past five years?
12   A   Something like that probably.  I don't remember.
13   Q   Okay.  Do you know who you were with when you used it?
14   A   No.
15   Q   Do you know if you were living in Arkansas when you used
16   it?
17   A   No, I don't.
18   Q   Do you know what house you were living in when you used
19   it?
20   A   No.  I don't remember.
21   Q   And is your testimony today under oath you've used meth --
22   A   I think it was in Michigan or Ohio.
23   Q   So it was over 28 years ago?
24   A   Yes.
25   Q   So is your testimony today you've never used meth within

Page 39

1    the entire time you've lived in Arkansas?
2    A   Yes.
3    Q   Okay.
4    A   Because I know about my health.
5    Q   All right.  Do you have any other chronic or longstanding
6    illnesses --
7    A   No.
8    Q   -- other than diabetes?
9    A   Just neuropathy in my feet.  That's it.
10   Q   Do you have high blood pressure?
11   A   Yes, now I do.
12   Q   Okay.  When did you start having high blood pressure?
13   A   When I had MRSA in my face.
14   Q   Okay.  You didn't have high blood pressure before --
15   A   No, I didn't.
16   Q   Okay.  Were you on any kind of medication before you were
17   hospitalized for MRSA for your blood pressure?
18   A   No.  I just found out I got high blood pressure when I had
19   MRSA when I was in the hospital because my blood pressure was
20   going up.
21   Q   All right.  Prior to 2019, did you have a diagnosis of
22   neuropathy in your feet?
23   A   Yes.
24   Q   Okay.  For how long had you had neuropathy?
25   A   I think around that time it was, like, around six months.

Page 40

1    Q   So sometime in early 2019 you were diagnosed with
2    neuropathy?
3    A   Yes.
4    Q   Okay.  Did you receive any kind of treatment for your
5    neuropathy?
6    A   Nope.
7    Q   Okay.  Did you ever receive any kind of orthotics to help
8    you with your feet?
9    A   Yeah, my shoes.
10   Q   What are your shoes?
11   A   They're from -- for diabetes.
12   Q   Okay.  Did you get that before you were incarcerated in
13   2019?
14   A   Yeah, I had a pair.
15   Q   Okay.  What was your understanding about your neuropathy
16   and what that meant for your health?
17   A   My nerves are shot in my feet.
18   Q   Okay.  Why were your nerves shot in your feet?
19   A   It's because of my diabetes.
20   Q   Okay.
21   A   They didn't explain to me what neuropathy is so --
22   Q   Okay.  So when your nerves are shot in your feet, what
23   does that mean?  Like, as you as a patient, how did that feel
24   prior to 2019?
25   A   Like somebody sticking needles in my feet.

Page 41

1    Q   Okay.  Were you able to --
2    A   All I done is just rub my feet.
3    Q   Did you have feeling in your feet?
4    A   Yeah.
5    Q   Okay.  Did your feet hurt you before 2019?
6    A   Sometimes they did.
7    Q   Okay.  What did they feel like?
8    A   Like somebody sticking needles in it.  And all I had to do
9    was just rub them and then they stop.
10   Q   Okay.  Other than diabetes, high blood pressure,
11   neuropathy, do you have any other chronic conditions?
12   A   No.
13   Q   Okay.  I think I've looked at some of your medical
14   records, and there's something about your eyes?
15   A   Oh, yeah.  I had a hemorrhage in my left eye.
16   Q   What -- who did you see for that?
17   A   That was this year.  I see Dr. Kilgore, but I -- he sent
18   me to a doctor up in Little Rock.  They done laser surgery and
19   everything on my eyes.  And I go back on February 1st to see
20   him again.
21   Q   Okay.  Did they say why you -- what caused the hemorrhage
22   in your eye?
23   A   No.
24   Q   Was it related to your diabetes?
25   A   I think so.  I don't know.  I don't recall.  I just -- I

11  (Pages 38 to 41)

Page 42

1     went to -- I took a nap one day, and I just woke up with seeing
2     blood spots, red spots in my eye, and I didn't know why. I
3     went to my doctor, Angela. Angela sent me to Dr. Kilgore, and
4     Dr. Kilgore sent me to this doctor.
5     Q   And was that in 2021?
6     A   Yep.
7     Q   Okay. When were you hospitalized for MRSA?
8     A   Wow. I don't remember what day it was.
9     Q   Do you remember what year?
10    A   I think it was in 2020.
11    Q   Do you remember where you were hospitalized?
12    A   Yep. North Medical Region in Harrison.
13    Q   How long were you hospitalized for MRSA?
14    A   Two weeks.
15    Q   Where was your MRSA?
16    A   In my face.
17    Q   How did you get MRSA, do you know?
18    A   No, I don't.
19    Q   Did the doctors explain to you how you got MRSA?
20    A   Huh-uh.
21    Q   Other than being hospitalized for MRSA and your
22    hospitalizations associated with your amputation, have you been
23    hospitalized before?
24    A   I don't remember if I was or not.
25    Q   Have you ever been admitted to the emergency room or

Page 43

1     arrived by ambulance for something other than your amputation?
2     A   Yeah.
3     Q   For what?
4     A   I think I got -- I can't remember, but why -- I think it
5     was because I couldn't breathe.
6     Q   Do you remember what year that was?
7     A   No.
8     Q   Do you remember what hospital it was?
9     A   No. I think it was up in Michigan.
10    Q   So over 28 years ago?
11    A   Yeah.
12    Q   Okay. Were you --
13    A   But I know last week I -- not that. This past weekend,
14    the following weekend, I had to go to the hospital because I
15    was having chest pains really bad.
16    Q   Where did you go?
17    A   Arkansas. Harrison.
18    Q   What hospital was that?
19    A   North Medical Region Hospital.
20    Q   And that was in December --
21    A   No --
22    Q   -- or November?
23    A   -- that was in November. That was, like, a couple days
24    after Thanksgiving.
25    Q   Okay. Other than for chest pains and for hospitalizations

Page 44

1     associated with your amputation, have you ever been
2     hospitalized that you can recall?
3     A   I can't recall.
4     Q   Okay. Never been hospitalized for an overdose?
5     A   Nope.
6     Q   Okay. Never been hospitalized after drug use?
7     A   Nope.
8     Q   So today we're here about your incarceration from December
9     of 2019 to March 6th of 2020. Do you recall that period of
10    time?
11    A   Yes.
12    Q   Okay. Where were you at when you were arrested at that
13    point in time?
14    A   I was at the motel.
15    Q   Who were you living with at the motel?
16    A   Gary Johnson.
17    Q   Anyone else?
18    A   Nope. My daughter was living down the sidewalk from me.
19    Q   Did you have any animals living at the motel with you?
20    A   Yes. My dogs.
21    Q   How many?
22    A   I have two dogs now.
23    Q   How many dogs did you have at that time?
24    A   Three.
25    Q   Did you have any cats with you at that time?

Page 45

1     A   Yep.
2     Q   How many?
3     A   One. Her name is Minnew, and I still have her to this
4     day.
5     Q   I'm a dog person, so I understand that.
6     A   I still got my dogs, too. Especially my Precious.
7     Q   Okay. What happened in December of 2019 after you were
8     arrested? Walk me through what happened after you were taken
9     from the motel.
10    A   I just got booked into Boone County and went in the back.
11    Q   Okay. Explain -- strike that.
12      How -- you've been booked in before?
13    A   Yeah.
14    Q   Okay. Explain that process to me and how it happened in
15    December of 2019.
16    A   How to be booked in?
17    Q   Yeah.
18    A   When I got there, they just checked me out and see if I
19    have anything on me and put me in a -- one of the drunking
20    tanks. And then when they get done getting everybody else
21    booked in that was ahead of me, then I got booked in.
22    Q   Okay. How many people were there when you were getting
23    booked in? About how many other inmates?
24    A   I don't know.
25    Q   Okay. When you say they checked me in, who are they?

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 46

1   A   The officers.  The guards.
2   Q   So are those the guards that are associated with the jail?
3   A   Yeah.
4   Q   Okay.  When they check you out, do they do any kind of
5   medical assessment on you?
6   A   No.
7   Q   Okay.  What kind of checking you out do they do?  Like
8   explain do they -- I mean, I know at some units you have to
9   undress, things like that.  Did you have to do anything like
10  that?
11  A   No.
12  Q   Do they pat you down?
13  A   Yes.
14  Q   Okay.  Are they just looking for weapons?
15  A   Yes.
16  Q   Okay.  Do they ask you any questions?
17  A   After they get everything ahead of me and everything.
18  Then they pull me out of the cell and then ask me about all the
19  medical questions and everything else.
20  Q   Okay.  So is that -- they ask you those questions, though,
21  after you're officially booked in?
22  A   Before I get booked in, yeah.
23  Q   Okay.  What --
24  A   They do the paperwork like that.
25  Q   Okay.  What is the paperwork that you -- if you recall.

Page 47

1   A   I don't recall what kind of paperwork it is.  I know they
2   ask me what kind of illnesses I have, if I'm allergic to this
3   or -- yeah.
4   Q   Okay.  Do you remember what you told them that you had?
5   A   I was -- I had diabetes and depression and I'm allergic to
6   penicillin and Benadryl.
7   Q   Okay.  And when you say they asked you those questions,
8   who's asking you those questions?
9   A   The guard.
10  Q   The guard, okay.  So --
11  A   Yeah, and she's filling out the paperwork and getting me
12  booked in.
13  Q   Okay.  So it's not a nurse?
14  A   No.
15  Q   Okay.  Do you sign any kind of consent forms?
16  A   Yes.
17  Q   Okay.  What are those consent forms you --
18  A   There's consent forms if I need to go to the emergency
19  room or anything.
20  Q   Okay.
21  A   For the ambulance to pick me up.
22  Q   Okay.  Are there consent forms for you to receive
23  treatment while you're at the jail?
24  A   Yes.
25  Q   Okay.  Have you signed one of those every time you've been

Page 48

1   at the jail?
2   A   Yes.
3   Q   Okay.  Did they explain how you can get treatment while
4   you're at the jail?
5   A   Yes.
6   Q   How did --
7   A   By the nurse.
8   Q   Okay.  Explain --
9   A   When the nurse comes in in the morning time and she passes
10  out meds around 8:30 in the morning.
11  Q   Okay.
12  A   And then she goes home around 3:00 in the afternoon, and
13  then the guards take care of the night meds.
14  Q   Okay.  Do they explain anything else about if you're sick
15  or if you need to see the nurse, how you do that?
16  A   Yeah, do a sick call.
17  Q   Okay.  And is that explained to you when you're booked in?
18  A   No.
19  Q   When is that explained to you?
20  A   I talked to one of the girls, and the girls tells me.
21  Q   Okay.  Did you --
22  A   I just ask the guard for a sick call.
23  Q   Okay.  Had you done a sick call during your prior arrests
24  at all?
25  A   No.  That -- when I broke my foot, that's the first time I

Page 49

1   had done a sick call.
2   Q   Okay.  Had you seen the nurse during your prior arrests
3   while you were incarcerated in --
4   A   That was my -- for my medicine and all that, yes.
5   Q   Okay.  Did you talk to the nurse when you were at Boone
6   County prior to the December 2019 to March 6 incarceration?
7   A   Yes.  She just asked me when I -- when my family was going
8   to bring me my medicine up.
9   Q   Okay.  Did you get your medicine on time?
10  A   Yes.
11  Q   Okay.  Did you get it every -- how often were you taking
12  your insulin?
13  A   I was taking it morning and then at night.
14  Q   Okay.  And you got it every single time?
15  A   (Witness nods head up and down)
16  Q   Is that a yes?
17  A   Yes.
18  Q   Okay.  During your prior incarcerations, was the nurse
19  nice to you and --
20  A   Uh-huh.
21  Q   -- made sure you were taken care of?  Is that a yes?
22  A   Yes.
23  Q   Okay.  During your incarceration from December of 2019 to
24  March 6th of 2020, did you receive your insulin?
25  A   Yes.

13  (Pages 46 to 49)

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 50 | Page 52 |
|---|---|

**Page 50**

1  Q  Did you receive it every day?
2  A  Yes.
3  Q  Did you receive it every night?
4  A  Yes.
5  Q  Was it on time?
6  A  No, not really.
7  Q  What do you mean by that?
8  A  They usually get really bad busy, and sometimes I got it
9  at 9:00 at night.
10  Q  Okay.  But did you get it every evening?
11  A  Yes.
12  Q  Okay.  And so you didn't miss a single dose of your
13  insulin?
14  A  No.  But I have really bad -- my sugar drops at night.
15  Q  Before you were incarcerated, did you routinely take your
16  insulin as your doctor directed?
17  A  Yes.
18  Q  And you never messed with your doses?
19  A  Well, I had a -- like, I had already told Brownfield I
20  can't do 65 units every night because it always dropped my
21  sugar in the middle of the night.
22  Q  Okay.  So you did not take your prescription --
23  A  I -- what I done, I asked him to see if I can do, like, 50
24  units instead of 65.  And he's like, yes.
25  Q  Okay.  So did you call him and ask him to change --

**Page 51**

1  A  Yes.
2  Q  -- your prescription before you started taking it?
3  A  Yes.
4  Q  Okay.  You're doing a really good job, but we're kind of
5  talking and so you're starting to answer my questions before I
6  finish them and it's making it a little difficult for her to
7  get it down.  So it's your testimony that you always took your
8  insulin as prescribed by your doctor?
9  A  Uh-huh.
10     MR. LANGDON:  Objection, form.
11  Q  Is that a yes?
12  A  Yes.
13  Q  Okay.  And that was every day since you've been diagnosed
14  as diabetic?
15  A  (Witness nods head up and down)
16  Q  Is that a yes?
17  A  Yes.
18  Q  All right.  In December of 2019, when you -- after you
19  were booked in and they asked you all your medical questions
20  about penicillin, what happened next?
21  A  They took my picture, do my fingerprints, and give me my
22  mat and everything what they give you, and send me on my way in
23  the back.
24  Q  Okay.  And what's the back?
25  A  The pod.

**Page 52**

1  Q  Okay.  How many --
2  A  The woman's pod.
3  Q  Is there just one woman's pod at --
4  A  Yeah, Boone County.  Yes.
5  Q  Okay.  How big is the pod?
6  A  Two stories.  It's, like, got stairs and you got the day
7  room.
8  Q  Okay.  Do you --
9  A  Then you got A2 behind you.
10  Q  What's A2?
11  A  A2 is another pod.
12  Q  Okay.  How many beds do you recall there being when you
13  were there?
14  A  All together it was, like, 24 beds.  But they was all
15  packed, and I was sleeping on the floor in the boat.
16  Q  Okay.  What's a boat?
17  A  It's like a big plastic thing that they -- put it on the
18  floor.
19  Q  Okay.  So you were on the boat on the floor?
20  A  Yes.
21  Q  Okay.  Did you stay in that pod on that boat the entire
22  time you were --
23  A  Yes.
24  Q  -- incarcerated?
25  A  Yes.

**Page 53**

1  Q  Okay.  Was it upstairs or downstairs?
2  A  It was downstairs.
3  Q  Okay.  Okay, once you were there the first day, what
4  happened next?
5  A  Nothing.  I just stayed in my bunk -- in my boat.
6  Q  Okay.  Were you able to go to the commissary?
7  A  Yeah.
8  Q  Okay.  What did you buy at the commissary?
9  A  I hadn't bought nothing yet.  They already had their
10  commissary when I got in there.
11  Q  When were you first able to go to commissary?
12  A  The following week.
13  Q  Okay.  And what did you buy?
14  A  I can order coffee, shampoo, conditioner, body wash.
15  Q  Did you buy phone cards?
16  A  Yes, I did.
17  Q  Okay.  Did you buy cigarettes?
18  A  No.  I bought probably maybe one cigarette.  But I mostly
19  bought my phone cards.
20  Q  How much are phone cards?
21  A  Phone cards?  $10 a pop.
22  Q  How many minutes are on a phone card?
23  A  I don't know.  If it's local, it's -- if you talk for an
24  hour on the phone, your phone card's done.
25  Q  Okay.  How do you make phone calls out of the jail?

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 54

1  A   You just push zero and you put your inmate number in and
2  call -- and push the -- and do the phone number.
3  Q   How many phones are there?
4  A   There's only two in the pod.
5  Q   Okay.  Is there anything that -- when you make a phone
6  call, that it says, like --
7  A   Please state your name and all -- yeah.  On the other
8  side, it says you got a call from Boone County Jail.
9  Q   Okay.  Does it say anything about phone calls being
10 recorded?
11 A   No.
12 Q   Okay.  That you remember or you don't remember ever --
13 A   I don't remember.
14 Q   Okay.  If those calls were recorded, would it be news to
15 you?
16 A   Yeah.  I don't remember anything.
17 Q   I'll represent to you that every phone call made at the
18 jail is recorded.
19 A   Okay.
20 Q   Okay.
21 A   I don't -- I hardly never pay attention.
22 Q   Okay.  You understand that the phone calls that you made
23 while you were in jail were produced in this case?
24 A   Okay.
25 Q   Okay.  When did -- what happened next?  When did you hurt

Page 55

1  your ankle in the jail?
2  A   It was, like, I think after they brought meds in.
3  Q   Was it the same day you had been arrested?
4  A   No.  I was not even there for a week.  It was on the 4th
5  when I broke my foot.
6  Q   How do you know it was the 4th?
7  A   Because that was the -- because I wasn't there that long.
8  Q   Okay.
9  A   And I remember I was writing a letter to my old man.
10 Q   Who's your old man?
11 A   Gary.
12 Q   Was Gary in jail at the time?
13 A   Yes.
14 Q   What was he in jail for?
15 A   I don't know.  I don't ask.  I think it was violation
16 probation, I think.  I don't remember.
17 Q   Were you guys arrested at the same time?
18 A   Yes, I think so.  Yes, we was.
19 Q   Okay.  And you guys have not talked about why he was in
20 trouble or --
21 A   No.
22 Q   -- arrested or in jail?
23 A   Because you can't communicate with him.
24 Q   Okay.  Ever since --
25 A   I think it was my daughter I was writing to.

Page 56

1  Q   Since you've been out of jail, you haven't asked him, Hey,
2  why were you arrested?
3  A   I don't get in his business, hon.  When he tells me,
4  that's when he tells me.  I don't ask.
5  Q   Okay.  Has he been in jail before?
6  A   Yes, he has.
7  Q   How many times?
8  A   I don't know.
9  Q   More than ten?
10 A   I think so.
11 Q   Okay.  What for?
12 A   I don't know.
13 Q   You have no idea?  To the man --
14 A   No.
15 Q   -- you've been in a relationship with for 29 years?
16 A   I don't remember why he's going to jail.  I don't remember
17 anything on him.
18 Q   Okay.  All right.  Is there a calendar or a clock or
19 something like that in jail at Boone County?
20 A   No.
21 Q   Okay.  I'm just trying to understand.  You seem to not
22 have a very good understanding of dates and times, but you
23 realize that you fell on January 4th.  And I want to know how
24 did you know that at the time?
25     MR. LANGDON:  Objection, form.

Page 57

1  A   Because I was writing my daughter and I was asking him
2  what date it was, and they told me it was the 4th.  I asked one
3  of the guards what the date is.
4  Q   Which guard?
5  A   I don't remember his name.
6  Q   Do you remember what he looked like?
7  A   No, I don't.  It's been too long.  I don't remember.
8  There's so many guards coming in and out and doing checkups --
9  checkouts and doing the red thing on the wall.  There's just so
10 many different guards; I don't remember which guard it was.
11 Q   Okay.  Did you send that letter to your daughter?
12 A   Yes.
13 Q   Okay.  Do you have a copy of the letters that you sent?
14 A   No.  My daughter has them.
15 Q   Does Elizabeth still have those letters?
16 A   I think she does.
17 Q   Okay.
18 A   I don't recall.  I'll have to ask her.
19 Q   Okay.  If you'll ask her for those letters, that would be
20 really helpful.  How often did you write Elizabeth?
21 A   Probably once a week.  And then she comes to see me once a
22 week.
23 Q   Okay.  On what days did she visit you?
24 A   Wednesdays.  On Wednesdays.  I -- always on Wednesdays.
25 Q   Do you know what time?

Conway Court Reporting                                    501-679-1488

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 58

1    A   Around 2:00.
2    Q   Did you write letters to anyone else while you were in
3    jail?
4    A   No.
5    Q   So you didn't write to Gary?
6    A   No. Gary was -- I think Gary was in jail that time.
7    Q   When did Gary --
8    A   I don't --
9    Q   -- get out of jail?
10   A   -- remember. I don't know. I was still in there.
11   Q   Was he out before --
12   A   He was out there -- he was out before I was.
13   Q   Okay. And once he was out, did you write him any letters?
14   A   No. I just wrote my daughter.
15   Q   What did you write your daughter about?
16   A   Just telling her when I go to court and everything.
17   That's it. And tell her how my dogs are doing and all that.
18   Q   I understand. You've got to take care of your dogs,
19   right?
20   A   Yeah. Give them big hugs and kisses for me. Yeah, that's
21   all I wrote her.
22   Q   Did you tell her about what was going on inside the jail
23   at all?
24   A   I told her about my foot. It's all swollen and
25   everything.

Page 59

1    Q   So on the 4th, had you fallen before you wrote the letter?
2    A   No.
3    Q   Okay. Did you mail the letter before you fell?
4    A   Yeah.
5    Q   Okay. Tell me how you fell.
6    A   I -- when they came in after -- for meds and everything,
7    well, one of the girls was dumping the mop bucket. And where
8    my bed was, they -- I think she dropped water on the floor. I
9    don't know. But I walked back to my -- after I done my shower,
10   I walked back to my bunk and sit down on my bunk and I slipped
11   and fell.
12   Q   What time was it?
13   A   I don't remember the time.
14   Q   Was it --
15   A   It was -- I know it was around meds time. Like, usually
16   it was around 8:30 at night.
17   Q   So it was P.M. meds?
18   A   Yes.
19   Q   And where did you fall exactly?
20   A   Between a bunk and my bed.
21   Q   And your bed was the boat on the floor?
22   A   Uh-huh.
23   Q   Where had you been?
24   A   Huh?
25   Q   Well, you said you had showered. Were you coming back

Page 60

1    from the shower?
2    A   No. They was dumping the mop bucket.
3    Q   Where were they dumping the mop bucket?
4    A   In the bathroom.
5    Q   How far away is the bathroom from your boat?
6    A   I was right by the bathroom actually.
7    Q   How --
8    A   That's where they put me.
9    Q   As far as feet, like how many feet was it from the
10   bathroom where they were dumping the bucket?
11   A   Like two feet, I think. I --
12   Q   Who was dumping this bucket?
13   A   One of the inmates.
14   Q   Do you remember her name?
15   A   No.
16   Q   Do you remember what she looked like?
17   A   Gray hair, kind of medium-sized.
18   Q   How old?
19   A   I think she's, like, in her forties or thirties. I don't
20   recall.
21   Q   Did she have a certain job duty to mop the floors?
22   A   No. She just wanted to dump the bucket and get it out in
23   the hallway I guess. I don't know. I was too busy getting my
24   shot and everything. Doing my shot and all that. So I didn't
25   care what was going on.

Page 61

1    Q   So were you getting -- where were you getting your shot
2    at?
3    A   Right there in the hall. Right there in the area where we
4    sit at. Our day room.
5    Q   The day room? How far away is the day room from your bed?
6    A   Not that far.
7    Q   Okay. So were you able to see her dumping the mop bucket?
8    A   I think so. But I wasn't paying attention because I was
9    doing my shot.
10   Q   Okay. You just said I think so. So I want to make
11   sure --
12   A   I think so. If I -- in the corner of my eye, I seen her
13   grabbing the mop bucket. That's all it.
14   Q   Okay. Did you see her dump the mop bucket?
15   A   No.
16   Q   Okay. Did you see her have the mop bucket near your bed?
17   A   Yeah. And she had to push it past my bed.
18   Q   Okay. Was that before you got your insulin shot?
19   A   That's when I was doing my insulin shot.
20   Q   So at the --
21   A   I was drawing it out.
22   Q   You were drawing your own medication?
23   A   Yes.
24   Q   So at the same time you were drawing your medication, you
25   also saw her --

## Page 62

1  A   Grabbing the mop bucket. I just seen her grab the mop
2  bucket.
3  Q   You --
4  A   But I didn't know where she was going. I know she asked
5  the guard can she put the stuff out in the thing. And he said,
6  Go ahead and go dump it and yes, you can.
7  Q   And that's everything that was happening at the same time
8  you were drawing --
9  A   Yes.
10 Q   -- your insulin? And you were able to see and hear all of
11 that?
12 A   I can just hear her dumping the mop bucket.
13 Q   So you didn't see her?
14 A   I didn't see her dumping it, but I hear it.
15 Q   Did you see her take it by your bed?
16 A   No, I didn't see her take it by my bed.
17 Q   Okay. Okay, after you drew out your insulin, what
18 happened?
19 A   I gave myself a shot in my stomach.
20 Q   And then what happened?
21 A   After that, I just put the stuff where he tells me to do
22 and put it back in the basket. And then after that, I got up
23 and went to my bunk.
24 Q   Okay. How far away was where you got your insulin from
25 your bunk?

## Page 63

1  A   Maybe three feet.
2  Q   Okay. And then what happened?
3  A   That's when I slipped.
4  Q   Okay. Did anyone see you fall?
5  A   Yeah. Everybody did.
6  Q   Okay. Who?
7  A   I can't remember their names.
8  Q   You don't remember anyone that was in jail with you?
9  A   There's only one person I remember her name. Her name is
10 Mandy.
11 Q   Mandy. What about Val?
12 A   Val? Yeah, I think she was.
13 Q   Was she in jail with you at that time?
14 A   I think so.
15 Q   Did she see you fall?
16 A   Yes.
17 Q   What's Val's last name?
18 A   I don't know.
19 Q   How do you know Val?
20 A   I met her in jail.
21 Q   Okay. What about Mandy? What's Mandy's last name?
22 A   Engles, I think.
23 Q   How do you know Mandy?
24 A   I met her in jail.
25 Q   During this incarceration?

## Page 64

1  A   Uh-huh.
2  Q   Okay. Had you ever met her in jail before?
3  A   Nope.
4  Q   Did any guards see you fall?
5  A   I think so. They have cameras.
6  Q   Did any -- did you fall and did you talk to any guards or
7  did any guards see you fall?
8  A   I can't remember his name. He was -- just came in and
9  everything, and he went right back out and went into the
10 bubble, and he seen me on the camera that I fell.
11 Q   What's the bubble?
12 A   It's the cameras where they check out all the inmates.
13 Q   So did --
14 A   We call it the bubble.
15 Q   So did he see you fall or do you think --
16 A   Yes, he seen --
17 Q   -- he saw it on the --
18 A   -- me fall on the camera, and he ran back into the pod and
19 helped me up.
20 Q   Okay.
21 A   And don't ask me his name because I don't remember.
22 Q   You're doing a really good job. But as we're talking,
23 we're starting to talk over, and we're going to make it really
24 difficult for her. So you're doing a good job. And I'm doing
25 it, too. So I'm going to try to be better about it, too.

## Page 65

1      MS. BRANDFIELD-HARVEY: I think we've been going
2  about an hour. Do you need to --
3      MS. BOTTEICHER: Do you want to take a break?
4      MS. BRANDFIELD-HARVEY: Do you need a break?
5      THE WITNESS: Yeah, please.
6      MS. BOTTEICHER: Yeah, we can take a break.
7      (WHEREUPON, after a break was taken, the
8      proceedings were resumed as follows, to-wit:)
9  Q   (Ms. Botteicher continuing) All right, Ms. Creamer, we
10 just took a short break. During the course of this break, did
11 you have a chance to reflect on your testimony and need to
12 supplement or change any of your answers?
13 A   No.
14 Q   Okay. When we left off, we were talking about the January
15 4th, 2020 -- do you need a cough drop? I have a Luden's.
16 A   Please. Thank you.
17 Q   Okay. We were talking about your testimony that on
18 January 4th, 2020, you fell by your boat which was on the
19 floor. How did you fall?
20 A   I was walking and I must have slipped. I slipped on
21 water.
22 Q   Okay. How -- when you slipped, how did your body land?
23 A   I don't remember. I know I flipped in the air and landed
24 in my boat.
25 Q   Okay. How did you land?

CHRISTINA CREAMER                                     CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

**Page 66**

1  A  I can't remember how I landed.
2  Q  Okay.  Did -- how did you hurt your foot?
3  A  I think I landed on it.  I don't remember.  I don't know
4  how I fell.  I don't know how I -- I know I slipped, and I
5  think I done a somersault.  I don't remember how I done it.
6  Q  So you don't remember how you fell?
7  A  I know I slipped when I was going to my boat.  What they
8  was telling --
9      MS. BRANDFIELD-HARVEY:  Do you have an --
10     Christina, do you have an inhaler or anything or --
11     THE WITNESS:  No, I don't.
12     MS. BRANDFIELD-HARVEY:  Okay.
13  A  I think I went -- when I slipped they was telling me I
14  slipped and I went and done a somersault and I landed on my
15  foot hard.
16  Q  (Ms. Botteicher continuing)  Who told you that?
17  A  The inmates.
18  Q  Okay.  What inmates?
19  A  All of them.
20  Q  What were their --
21  A  And then --
22  Q  -- names?
23  A  -- when the guard came in, he said the same thing.
24  Q  But what I'm -- what I want to know is I want to know if
25  you know personally the name or identity of anyone who saw you

**Page 67**

1  fall.
2  A  I don't remember their names.
3  Q  Okay.
4      MS. JONES:  Do we need to let you get --
5      MS. BOTTEICHER:  Let's take a break and let you
6      catch your breath.
7      (WHEREUPON, after a break was taken, the
8      proceedings were resumed as follows, to-wit:)
9  Q  (Ms. Botteicher continuing)  Okay.  We just took a brief
10  break for you to catch your breath.  And you said that you fell
11  on your way back to the boat?
12  A  Yeah.
13  Q  Okay.  Where were you in proximity to the boat when you
14  fell?
15  A  I was, like, in the middle of the boat and the bunk.
16  Q  Okay.  And you don't recall how you fell or how you
17  landed?
18  A  I know I slipped.  I don't recall how I land.
19  Q  And the only reason you have any knowledge about that
20  would be based on what some inmates you don't know who they are
21  told you?
22  A  I can't remember their names.
23  Q  Okay.  But you --
24  A  I know the guard ran back in here and he told me how I
25  went up in the air and landed hard on my foot.

**Page 68**

1  Q  What guard was that?
2  A  I can't -- Popejoy.  That's all I know his name was.
3  Popejoy.
4  Q  What was it?
5  A  Popejoy.
6  Q  Popejoy?
7  A  Yeah.  That's what everybody called him.  I didn't know
8  his --
9  Q  What did he look like?
10  A  He was tall.  That's all I remember.
11  Q  What color hair?
12  A  Black.  Black hair.
13  Q  Was he African American or white?
14  A  He was white.
15  Q  Did he wear glasses?
16  A  I don't recall if he wore glasses or contacts.  I don't
17  remember.
18  Q  Did he have any kind of facial hair?
19  A  No.  He was clean-cut.
20  Q  Did he work any kind of certain shift?
21  A  He worked night shifts.
22  Q  Was he there regularly during the time period you were
23  incarcerated at night?
24  A  Yeah.
25  Q  What exactly did you hear Officer Popejoy tell you?

**Page 69**

1  A  He ran in there and helped me get up.  And he asked me if
2  I'm all right, and I was like, Yeah.
3  Q  Okay.  What else did he say, or did he say anything else?
4  A  He just told me that I flipped up in the air and landed
5  hard.
6  Q  Did he see you fall that you know --
7  A  He was in the bubble -- what we call the bubble.  He was
8  looking at the camera.
9  Q  So did he tell you he saw you fall or --
10  A  Yes.
11  Q  -- did he tell you he saw you on the camera?
12  A  He saw me on the camera how I fell.
13  Q  And he said that you flipped up and landed --
14  A  I landed really hard on my foot.
15  Q  What foot?
16  A  My left -- my right foot.
17  Q  Your right foot.  What did you tell him?
18  A  I was like, Okay.  I was shocked that I fell.
19  Q  Okay.  What did your foot look like after you fell?
20  A  It was, like, normal, and then the next day, it was, like,
21  swollen.
22  Q  Okay.  So on the 4th it was normal, and this happened in
23  the P.M.?
24  A  Yeah.
25  Q  Okay.  Did you tell anyone about your foot the 4th

CHRISTINA CREAMER                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 70

1  evening?
2  A   The 4th -- well, I --
3  Q   The night of the 4th.
4  A   -- don't understand.
5  Q   When you fell on the night of the 4th, did you tell anyone
6  other than your conversation with Officer Popejoy?
7  A   No.
8  Q   Okay.
9  A   I went to bed after that.
10 Q   Okay. When you woke up, which would be January 9th -- or
11 not -- January 5th, excuse me.
12 A   That's when I noticed my foot was swollen.
13 Q   How was it swollen?
14 A   It was turning black and blue.
15 Q   Where was it --
16 A   And when I got up, it was -- I couldn't hardly move
17 because it was hurting --
18 Q   Where was it --
19 A   -- real bad.
20 Q   -- black and blue?
21 A   All around my foot.
22 Q   On your foot?
23 A   Uh-huh.
24 Q   On the top of your foot, the --
25 A   Top, side.

Page 71

1  Q   Was it your ankle? Was it --
2  A   I think so. I think it was my ankle because I broke all
3  my bones on top. I shattered them all.
4  Q   Okay. How swollen was it?
5  A   That I couldn't put pressure on it.
6  Q   I mean --
7  A   But I had forced myself to walk when I had to go to the
8  bathroom and everything, get off that boat.
9  Q   So I know you're not a doctor and I know you don't have
10 any medical training, right?
11 A   Yep.
12 Q   But based on your perception, when you looked at your foot
13 the morning of the 5th, I mean, how big was your foot swelling-
14 wise? Was it, you know --
15 A   It was, like, that big.
16 Q   So it looks like almost the size of a watermelon?
17 A   Yeah.
18 Q   Okay. So the day after you fell, you woke up and your
19 foot was black and blue all over and it was the size of a
20 watermelon?
21 A   Yeah.
22 Q   Okay. Were you alarmed by this?
23 A   When I woke up, I was hurting really, really bad and I
24 didn't know why. And then I looked at my feet, and that's when
25 my foot was, like, that big.

Page 72

1  Q   Okay. What did you do?
2  A   I asked the guard I needed to see the nurse.
3  Q   What guard?
4  A   I can't remember the guard's name. He brought breakfast
5  in that time.
6  Q   What did he look like?
7  A   I don't remember.
8  Q   Was he white or African American?
9  A   I know he was a white boy.
10 Q   Do you remember what color hair he had?
11 A   No.
12 Q   Okay. And what did you ask the guard exactly?
13 A   I need to see the nurse.
14 Q   And what did he say?
15 A   He said you got to turn a sick call in.
16 Q   Did you turn in a sick call?
17 A   To -- whenever they brought it in to me.
18 Q   When did they bring one in to you?
19 A   Like three hours later.
20 Q   Okay. So it's your testimony that three hours after you
21 asked for the sick call, you got it and you turned --
22 A   Yeah.
23 Q   -- it in? Okay. And so you turn in a sick call, based on
24 your testimony, on January 5th?
25 A   I think so. I can't remember the date, hon.

Page 73

1  Q   Well -- so here's -- if you don't know, that's fine. But
2  you're telling me the scene of events, and you said you know
3  you fell on the 4th --
4  A   Yes.
5  Q   -- and you turned in a sick call the very next day.
6  A   I think so. I don't remember if I turned it in right
7  away.
8  Q   Well, did you ask for one the day after?
9  A   I think so.
10 Q   You think so or you did?
11 A   I don't remember if I asked right away. I don't remember.
12 Q   Okay. So you don't remember if you asked for a sick call
13 the day after?
14 A   Yeah.
15 Q   Okay.
16 A   I don't remember if I did or not. I don't remember at
17 all.
18 Q   Did you have the conversation with the guard the morning
19 after you fell?
20 A   I remember I asked him something, but I can't remember
21 what I asked him.
22 Q   Okay. And so here's the thing. If you don't remember or
23 you don't recall, that is totally fine. What I need to know is
24 what you know and what you're going to tell a jury. But I
25 don't want you to speculate or guess. If you don't know, just

CHRISTINA CREAMER                         CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 74 |
| --- |

1  say, I don't know. And that's perfectly acceptable, okay?
2  A  I don't remember anything --
3  Q  Okay. So do --
4  A  -- that much.
5  Q  -- you remember that you fell on January 4th?
6  A  Yes, I remember.
7  Q  Okay. And that's based on this letter that you wrote to
8  Elizabeth?
9  A  Yes.
10 Q  Okay.
11 A  It's after I wrote to Elizabeth.
12 Q  And then the next morning, you woke up?
13 A  The next morning, I woke up, I noticed that my foot was
14 swollen.
15 Q  The size of a watermelon, black --
16 A  Yes.
17 Q  -- and blue everywhere; correct?
18 A  Yes.
19 Q  Okay. And then do you remember talking to a guard that
20 morning?
21 A  Yeah, because he actually helped me up that morning
22 because I couldn't get up off my bunk -- off my boat.
23 Q  Do you specifically remember asking him to go to the
24 nurse?
25 A  Yeah. He told me something about the nurse being at 8:30.

| Page 75 |
| --- |

1  That's when she pass out the meds.
2  Q  So did you ask him to see the nurse?
3  A  Yes, I did.
4  Q  And he said the nurse --
5  A  He said, Just wait until she pass out meds and you can see
6  her then.
7  Q  Okay. So you didn't ask for a sick call that day?
8  A  No.
9  Q  Okay.
10 A  I remember I -- she supposed to be in at 8:30 at the --
11 coming to pass meds out.
12 Q  And she didn't -- and you didn't turn in a sick call that
13 day?
14 A  Not that day.
15 Q  Okay. Are you sure?
16 A  Yes.
17 Q  Okay.
18 A  Now I remember that.
19 Q  Okay. We're on January 5th, the day after you fell. Did
20 you see the nurse for morning meds?
21 A  Yes.
22 Q  Okay. Did you talk to her about your foot?
23 A  Yes.
24 Q  What did you say?
25 A  She told me put a sick call in.

| Page 76 |
| --- |

1  Q  What did the -- what was the nurse's name, do you know?
2  A  Jodi. I don't know her last name.
3  Q  Had you seen Jodi before when you were incarcerated?
4  A  Yes.
5  Q  Okay. And she's the nurse that had always given you your
6  medication?
7  A  Yes.
8  Q  Okay. Okay, and you talked to Jodi around 8:30 med pass?
9  A  Uh-huh.
10 Q  And she told you to put in a sick call?
11 A  Yes.
12 Q  Okay. Did you put in a sick call?
13 A  That -- I think it was on the weekend.
14 Q  You think -- what -- explain that to me. I'm sorry.
15 A  That when I done the sick call. Because I didn't see her
16 right away. Because I can't remember the date.
17 Q  Okay. So January 5th of 2020 is a Sunday, okay? So if
18 you fell on the 4th, which was a Saturday --
19 A  Okay.
20 Q  -- the 5th is when you saw her for med pass at 8:30 and
21 you said you did a sick call on the weekend. Did you do a sick
22 call that Sunday?
23 A  I think so. I don't remember.
24 Q  Okay. Did you show the nurse your foot at med pass?
25 A  Yes.

| Page 77 |
| --- |

1  Q  And she said to turn in a sick call?
2  A  Yes.
3  Q  Okay. And you think you turned in a sick call that day?
4  A  I think. I'm -- if I recall. I don't remember.
5  Q  When did --
6  A  I don't remember.
7  Q  When did you see the nurse?
8  A  I don't remember the dates.
9  Q  Did you see the nurse immediately after turning in your
10 sick call?
11 A  I think so. I don't remember.
12 Q  Okay. So you're not going to tell the jury that you
13 turned in a sick call --
14 A  I don't remember on what date it was when I turned in the
15 sick call. I turned in -- I know I turned in two sick calls.
16 That's what I remember.
17 Q  Well, if you don't remember --
18 A  I don't remember the date. I don't remember the dates.
19 Q  All right. Listen to my question. I'm not asking you
20 what date you turned it in. Did you see the nurse close in
21 proximity to when you turned in the sick call?
22 A  Yes.
23 Q  Okay. So it's not like you -- you're not going to tell
24 the jury you turned in a sick call and the nurse didn't see you
25 for two weeks after?

**Page 78**

1        MR. LANGDON: Objection, form.
2    A   Okay.
3    Q   Are you going to tell the jury that a long period of time
4    lapsed between the time you turned in the sick call and the
5    time you were seen?
6        MR. LANGDON: Objection, form.
7    A   The long term was, like, 48 hours. I know that. It was
8    two days.
9    Q   Okay. So is your testimony that you waited two days from
10   the time you turned in a sick call to the time you were seen by
11   the nurse?
12   A   Yes.
13   Q   Okay.
14   A   Because she had to go through all the sick calls.
15   Q   Okay. And you think you turned in that sick call on the
16   5th?
17   A   I think so. I can't remember the date. I don't remember.
18   Q   Do you remember which foot you told the guard was hurting?
19   A   My left foot.
20   Q   Did you make any phone calls to your family members from
21   jail about your foot?
22   A   Yeah.
23   Q   Okay. And which foot did you tell them they were hurting?
24   A   Left foot.
25   Q   And did you hurt your left foot?

**Page 79**

1    A   Yes.
2    Q   Okay.
3    A   No, right foot. Sorry.
4    Q   Was it your right foot or your left foot?
5    A   It's this one.
6    Q   Your right foot. Okay.
7    A   Yeah, my right foot. I don't know why I keep saying left
8    foot.
9    Q   All right. Ms. Creamer, I'm going to show you what we'll
10   mark as Exhibit 1 to this deposition, and it is Turn Key
11   000006. And I will represent that this is the first sick call
12   that you turned in.
13       (WHEREUPON, Exhibit 1 was marked for
14       identification and is attached hereto.)
15       MS. BOTTEICHER: Cornelia, do you have a copy of
16   that in front of you?
17       MS. BRANDFIELD-HARVEY: I'm sorry?
18       MS. BOTTEICHER: Do you have a copy of that
19   document in front of you?
20       MS. BRANDFIELD-HARVEY: 007, yes.
21       MS. BOTTEICHER: 0006.
22       MS. BRANDFIELD-HARVEY: 006, yes.
23       MS. BOTTEICHER: Okay.
24   Q   (Ms. Botteicher continuing) All right, Ms. Creamer, can
25   you read --

**Page 80**

1        MR. LANGDON: I'm going to object to the
2    question because -- can you re-ask the question now
3    that you've handed that to her?
4        MS. BOTTEICHER: I haven't asked a question yet.
5        MR. LANGDON: Okay. Well, you represented that
6    that was her first sick call; is that correct?
7        MS. BOTTEICHER: Yes.
8        MR. LANGDON: Okay. Well, all right. Object to
9    the form. Go ahead.
10   Q   (Ms. Botteicher continuing) All right. Ms. Creamer, what
11   date is represented on Exhibit 1 to your deposition at the very
12   top? Can you read that for us?
13   A   It says my name and my birthday and January 27th of 2020
14   Q   Okay. I'll represent to you that this is the first sick
15   call that appears in your Turn Key file from this incarceration
16   period.
17   A   Okay.
18   Q   Do you have any reason to believe that you turned in a
19   sick call before this one?
20   A   Like I said, I didn't remember what day it was.
21   Q   Okay. Do you have any reason to believe that there is a
22   sick call that was turned in before this one?
23   A   No, I don't believe it. I don't remember.
24   Q   Okay. So this one is dated January 27th of 2020?
25   A   Yeah.

**Page 81**

1    Q   Okay. And so that is 23 days after you fell; correct?
2    A   I think so, yes.
3    Q   Okay. So does this refresh your recollection of when you
4    turned in a sick call?
5    A   No. I still don't remember if I did or not.
6    Q   Okay. Is that your handwriting on this?
7    A   The top, but my friend wrote it down on -- wrote this
8    because I couldn't spell right.
9    Q   Okay. Who is your friend?
10   A   Mandy.
11   Q   Mandy wrote which part?
12   A   The middle part how it explains it.
13   Q   Okay. And did you talk to Mandy and tell her what was
14   going on with your foot and --
15   A   Yeah. She was there with me.
16   Q   Okay. Can you read what it says under Reason for Request?
17   A   RLE red hot to touch. And I can't understand the other
18   ones.
19   Q   Okay. It's under that, it says --
20   A   Oh, difficult to walking.
21   Q   It says painful, two wounds, 3+ edema, difficult to walk,
22   tender to touch, been this way for about a week. Okay. Did
23   you tell Mandy that you fell?
24   A   Mandy seen me when I fell. She was upstairs.
25   Q   So why didn't you put that in your sick call?

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

---

### Page 82

1   A   Because I didn't remember -- I don't remember why.
2   Q   Okay. Did you tell the nurse you fell?
3   A   Yes. When I -- she came and come got me.
4   Q   Okay. When she asked you what happened, what did you tell
5       her?
6   A   I tell her I fell. I slipped on water and I fell.
7   Q   Okay. Is there any reason why you didn't put that you
8       fell and slipped on water in the sick call that you turned in?
9   A   Because I didn't want to -- I don't know why.
10  Q   You don't know?
11  A   I don't remember. Mandy wrote this out for me.
12  Q   Okay. But you told Mandy what to write?
13  A   Yes.
14  Q   Okay. Did you tell her --
15  A   I told her to put that in, but she didn't.
16  Q   Did you read it before you turned it in?
17  A   No. I just handed it in.
18  Q   Why not?
19  A   Because they told me to hurry up to hand it in.
20  Q   Who told you to hurry up?
21  A   One of the guards did.
22  Q   Which one?
23  A   I don't remember his name.
24  Q   What did he look like?
25  A   Tall.

---

### Page 83

1   Q   Was he white or black?
2   A   White.
3   Q   Did he --
4   A   I can't remember which guards they was. They got so many
5       different guards, and it's not funny.
6   Q   Okay. What color hair did he have?
7   A   I don't remember. I don't --
8   Q   Did he have --
9   A   -- know if he's --
10  Q   -- facial hair?
11  A   -- bald or any facial hair or anything. I don't remember
12      what he looked like.
13  Q   Okay. Well, here's the thing. If you're telling me that
14      someone told you something, I need to know who that is because
15      I need to ask them questions, too. And I can't figure out who
16      those people are who are very important if you don't know what
17      they look like. But if they told you something, that's very
18      important to this case. I need to know what you know about
19      him. So I'm not trying to berate you, but I need to figure out
20      who they are.
21  A   Yeah, but --
22  Q   So if you don't --
23  A   -- I don't recall who they are because --
24          MR. LANGDON: Objection, form.
25  A   -- there's so many different guards, I don't recall all

---

### Page 84

1       their names.
2   Q   Okay. So you turned in this sick call. When did you see
3       the nurse, do you remember?
4   A   I think it was the next day.
5   Q   Okay. And what did the nurse do?
6   A   All she done is took pictures of it and that's it. And
7       said was going to send it to the doctor.
8   Q   Okay. Which nurse was it?
9   A   Jodi.
10  Q   Okay. Did she examine your foot?
11  A   She looked at it.
12  Q   Okay. Did she take any notes about your foot?
13  A   She just took pictures of it.
14  Q   Okay. Did she give you any medicine?
15  A   She gave me Bactrim and two ibuprofens. That's it.
16  Q   Okay. Did she tell you why she was giving you Bactrim?
17  A   Just for the infection, I guess. I don't know.
18  Q   Okay. What --
19  A   She didn't explain it to me.
20  Q   What -- did she tell you you had an infection?
21  A   No. She just started giving me the medicine.
22  Q   Okay. Did -- what did she give you ibuprofen for?
23  A   For the swelling. To get the swelling down and the pain.
24  Q   Okay.
25  A   That's all she told me about the ibuprofen.

---

### Page 85

1   Q   Okay. And did she tell you anything about the doctor?
2   A   She said was going to send the pictures to the doctor,
3       and that's all she told me. And then I went back to the -- my
4       cell.
5   Q   Okay. Did you get the prescription after that?
6   A   It was the next day. She started giving it to me in the
7       morning time.
8   Q   Okay. Did she tell you who gave you that prescription?
9   A   No.
10  Q   Okay. Did you know if the doctor gave you that
11      prescription?
12  A   No. She did not tell me who gave it to me or not.
13  Q   Okay. So you just don't have an understanding whether a
14      doctor reviewed your chart and made orders for you?
15  A   Yeah. I don't -- yeah.
16  Q   You don't know?
17  A   I don't know.
18  Q   Okay.
19  A   I only see Jodi. That's it.
20  Q   When you told Jodi you fell, what exactly did you tell her
21      about the fall?
22  A   She asked me how did I fall.
23  Q   And what did you say?
24  A   And I told her I slipped on water and I fell. That's all
25      I told Jodi. And that's when she took pictures of my foot

---

CHRISTINA CREAMER                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

---

**Page 86**

1    and --
2    Q   Ms. Creamer, when you go to see your doctors, do you
3    always tell them, you know, exactly what happened and the truth
4    so they can treat you to the best of their ability?
5    A   Uh-huh.
6    Q   And you're honest with your doctors, right?
7    A   Yes.
8    Q   Okay.  All right, we'll mark this as Exhibit 2 to your
9    deposition.
10          (WHEREUPON, Exhibit 2 was marked for
11          identification and is attached hereto.)
12          MS. BOTTEICHER:  Cornelia, this is Turn Key
13          000009.
14          MS. BRANDFIELD-HARVEY:  Okay.
15   Q   (Ms. Botteicher continuing)  All right.  Ms. Creamer, can
16   you read the date at the top of this note?
17   A   1-28-20.
18   Q   Okay.  And so if you turned in your sick call on 1-27-20,
19   this is the day you were seen by Nurse Wood; correct?
20   A   Yes.
21   Q   Okay.  And at the top, it says, Turn Key Health and then
22   medical protocols for a boil; correct?
23   A   Yeah, that's what it says.
24   Q   Okay.  Can you read what is said under additional notes on
25   the right side of the page?

---

**Page 87**

1    A   No, I can't read that.
2    Q   Well, if you go to the top, it says, Initial Complaint for
3    one week.  It says "x 1 wk" so --
4    A   Yeah, I see that one.
5    Q   Location, RLE.
6    A   Uh-huh.
7    Q   Right lower extremity.  Okay.  And then under Assessment,
8    there's a check on alteration in skin integrity related to
9    boil.  And the additional note says, Quarter-sized open area on
10   back of right heel, signs and symptoms of infection, 2+ edema,
11   warm to touch, area cleansed, BA applied.  Do you dispute that
12   you had a quarter-sized open area on the back of your right
13   foot?
14   A   I can't see it.  I don't remember.
15   Q   You don't remember?
16   A   No, I don't remember it.
17   Q   Do you remember Nurse Woods cleansing the foot and
18   applying ointment to it?
19   A   No.
20   Q   Okay.  Are you saying that this note isn't true?
21   A   I don't remember if I had one like that.
22   Q   Okay.  Well, this is the day after your sick call.
23   A   Okay.  I never seen her put any kind of ointment on my
24   foot.
25   Q   Okay.  So you're saying what she put in this note is not

---

**Page 88**

1    true?
2    A   Yeah.
3    Q   Okay.  And it doesn't say anything about a report of a
4    fall in here either.
5    A   Yeah.
6    Q   So you're saying --
7    A   That's what I don't understand.
8    Q   Okay.  So you're saying Nurse Woods just didn't document
9    that?
10   A   I don't think she did.
11   Q   Okay.  And then if you go over on the other side under
12   Additional Orders, can you read that?  If you can't, it's okay.
13   A   No, I can't.
14   Q   Okay.  It says, UTD Tilley.  So update Tilley, who I'll
15   represent is the medical director, the doctor.  And then says,
16   Bactrim one per day -- or one pill BID a week, so you get two
17   Bactrim a day.  And then also ibuprofen as needed.
18   A   Yes.
19   Q   And that's the medication you got?
20   A   Yes.
21   Q   Okay.  Do you recall having an open spot on your foot?
22   A   No.
23   Q   Okay.  You don't think that there was any kind of ulcer or
24   anything at all?
25   A   No.

---

**Page 89**

1    Q   Okay.  And it's your understanding you went to the doctor
2    because you had a fracture?
3    A   Yes.  That's what I thought I went to.
4    Q   Okay.  And so what happened at your doctor's appointment?
5    Did you tell her, Hey, I need an X-ray or anything like that?
6    A   Well, when I got -- I don't understand you -- what you're
7    saying.
8    Q   Okay.  When you were seen by Nurse Wood, did you tell her,
9    other than your fall, anything about what you thought happened?
10   A   No, I just told her about my fall.
11   Q   Okay.  Did you tell her how it was hurting?
12   A   Yeah.  I was having a hard time walking.
13   Q   Okay.  Did -- when she gave you your prescription, did you
14   feel like that was insufficient?
15   A   Yeah.
16   Q   Okay.  Did you tell her that?
17   A   Because I didn't understand why I was taking Bactrim
18   and --
19   Q   Did you ask her?
20   A   Yeah.  And she just said that it's keeping the swelling
21   down.
22   Q   Okay.  Did that satisfy your -- why you were wondering why
23   you got the medication?
24   A   Yeah.  I just didn't want to argue with her because they
25   get mean, so I didn't want to argue with nobody.

---

23  (Pages 86 to 89)

CHRISTINA CREAMER                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

                                   Page 90

1   Q   Had Nurse Wood been mean to you before?
2   A   She got mean with other inmates but --
3   Q   Okay.  But had she ever been mean to you?
4   A   No.
5   Q   Okay.  And did she ever give you the impression that you
6       couldn't ask her questions that you might have about your
7       medical care?
8              MR. LANGDON:  Objection, form.
9   A   Yeah.
10  Q   When?
11  A   Couple of times.
12  Q   How?
13  A   About why she takes pictures and have to send it to the
14      doctor.
15  Q   What did she say to you?
16  A   She said that's our new routine.
17  Q   Okay.  When did this happen?
18  A   It was the same day I went to see her.
19  Q   On this exact date?
20  A   Yeah.
21  Q   On the 28th?
22  A   Yes.
23  Q   It's your testimony --
24  A   Because I was in her nurse room.
25  Q   It's your testimony she took pictures of your foot?

                                   Page 91

1   A   Yes.
2   Q   Okay.  And sent them to the doctor?
3   A   Yes.  That's what she said.
4   Q   Okay.  And that --
5   A   She used her phone to take the pictures.
6   Q   And that upset you?
7   A   I was asking her why she was taking pictures.  And she's
8       like, I got to send them to the doctor.  I was like, Okay, so
9       are you guys going to send me to the -- take me to the hospital
10      or anything because I need to get my foot checked out.
11  Q   Is that what you told her on this day?
12  A   Yes.  And she's like, When I talk to the doctor, see what
13      he says.  That's all she told me.  And then I went back to my
14      cell, and I haven't seen him since after that.
15  Q   You never went back to Nurse Woods after that?
16  A   No.
17  Q   Okay.
18  A   Yeah, I did.  This -- I can't remember the date when I
19      did.
20  Q   Are you sure that it happened on 1-27-2020 -- or 1-28-
21      2020?
22  A   Yes.  When I asked her about that.
23  Q   I'm not trying to confuse you, Ms. Creamer.  But I will
24      represent that in your medical chart, there are no pictures
25      associated with this visit.

                                   Page 92

1   A   She took pictures on her phone.
2   Q   I will --
3   A   I remember that.
4   Q   I will represent that there are pictures of your leg when
5       you were incarcerated earlier this year when you had a surgical
6       stump.
7   A   Yeah, but she did take pictures.  I seen her taking
8       pictures.
9   Q   Okay.  Is there -- could you be confusing the two visits?
10             MR. LANGDON:  Objection, form.
11  A   No.  I know which pictures that you're talking about, my
12      stump.
13  Q   Okay.  So it is your testimony that there's pictures of
14      your foot that Nurse Wood took --
15  A   When -- yes.  Ms. Wood took pictures on her phone when I
16      had my foot swollen.
17  Q   Okay.  What kind of phone was it?
18  A   I can't remember what kind her phone was.
19  Q   You don't know what kind of phone it was?
20  A   No.
21  Q   Okay.  Where --
22  A   I'm not really good at electronics.
23  Q   Where were you when she took the pictures?
24  A   In her office.  In her nursing station.
25  Q   What does --

                                   Page 93

1   A   I was sitting on the bed.
2   Q   What does Nurse Wood look like?
3   A   She had -- kind of my size but really red hair.
4              MR. TSCHEIMER:  We lost --
5              THE WITNESS:  Cornelia.
6              MR. TSCHEIMER:  -- outside counsel.  We probably
7       need to wait for them to get back on.
8              MR. LANGDON:  Okay.
9              MS. BOTTEICHER:  You can go off the record.
10             (WHEREUPON, after a break was taken, the
11      proceedings were resumed as follows, to-wit:)
12  Q   (Ms. Botteicher continuing)  Ms. Creamer, is there a
13      reason why you did not submit a sick call until 23 days after
14      your fall?
15             MR. LANGDON:  Objection, form.
16  A   Because I don't like bugging the guards.
17  Q   So --
18  A   Because they -- I know a couple people got yelled at,
19      screamed at if they asked for a sick call and I didn't want to
20      bug them.  I just sat in my bunk and just been quiet.
21  Q   Did -- so you didn't ask a guard for a sick call?
22  A   Not right away.  I was kind of scared of them.
23  Q   Okay.  So -- but you knew you could ask for a sick call?
24  A   Yeah.
25  Q   Okay.  But you just didn't?

CHRISTINA CREAMER                                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 94

1   A   Yeah.  Because some of them come in and being rude to
2   people, and I didn't want to get rude and get yelled at so --
3   Q   Had you ever been yelled at by a guard before?
4   A   No.
5   Q   Okay.
6   A   I try to respect their -- try to respect them.
7   Q   Okay.  So fall on the 4th, 23 days pass, you turn in a
8   sick call, you're seen by Nurse Wood on the 28th; correct?
9   A   Uh-huh.
10  Q   Okay.  She gives you a prescription from the doctor of
11  Bactrim and ibuprofen?
12  A   Yeah.
13  Q   Okay.  What happened after that?
14  A   I just took the medicine, what she gave me.
15  Q   Okay.  Did it help?
16  A   No.  My leg -- it was -- kept on getting swelling and
17  swelling more.
18  Q   Okay.  Did you turn in another sick call?
19  A   Yes, I did.  And I don't remember the date when I turned
20  it in.
21  Q   When you were getting meds, did you tell her, Hey, my
22  foot's still worse?
23  A   Yes.
24  Q   Did you show her your foot?
25  A   Yes.

Page 95

1   Q   Was it getting bigger?
2   A   Yes.
3   Q   Was she not alarmed that you had a black and blue,
4   watermelon-sized foot?
5              MR. LANGDON:  Objection, form.
6   A   I guess not.
7   Q   Was your foot still black and blue?
8   A   Yes.
9   Q   Was it still the size of a watermelon?
10  A   Yes.
11  Q   Okay.  And the nurse was not alarmed at all?
12  A   Nope.
13  Q   Were the guards alarmed at all?
14  A   Nope.
15  Q   Okay.  When did you turn in your next sick call?
16  A   I can't remember what day it was.
17  Q   Did you turn it in within the same week?
18  A   I think it was the following week.  I think.  I don't
19  remember.
20  Q   Okay.  I will --
21  A   It's been a year, so I don't remember a lot.
22  Q   That's fine.  I'm trying to figure out what you know
23  because we have the document, but I want to know what you know
24  before --
25  A   Yeah.  I don't remember what day it was or anything.

Page 96

1   Q   This is Exhibit Number 3; it's Turn Key 000007.  Ms.
2   Creamer, do you know what that is?
3              (WHEREUPON, Exhibit 3 was marked for
4              identification and is attached hereto.)
5   A   Yep.  It's the same thing what I asked.
6   Q   (Ms. Botteicher continuing)  Okay.  Did you fill this out?
7   A   Yes, I did.
8   Q   Okay.  Is this your handwriting?
9   A   At the top.  The middle is not, but I got somebody to do
10  that for me.
11  Q   Whose -- who did that --
12  A   Mandy.
13  Q   Mandy did?  What did you tell her to put there?
14  A   What I told her right here.
15  Q   Okay.  So you -- and this -- what's the date on this?
16  A   2-9-20.
17  Q   Okay.  And the Reason for Request says RLE, so right lower
18  extremity, and foot has not improved from antibiotics, sore,
19  tender, hot to touch, very painful to walk, red, I think I ran
20  a temperature at night, especially at night.
21  A   Uh-huh.
22  Q   Okay.  Did you put anything about your fall in there?
23  A   No.
24  Q   Is there a reason why you didn't put that you fell?
25  A   No.

Page 97

1   Q   Did you think you had a broken foot at that point in time?
2   A   Yeah.  Now I did.
3   Q   Did you -- is there a reason why you didn't put, I think
4   I've broken my foot?
5   A   Yeah.  I just didn't want to bug anybody.
6   Q   Okay.  You didn't want to bug people?
7   A   Yeah.  Because they was being rude to a lot of people that
8   day.
9   Q   But -- was Nurse Wood one of your healthcare providers?
10  A   No.
11  Q   No?  So you didn't tell her the truth?
12             MR. LANGDON:  Objection, form.
13  A   Ms. Wood was not my health advisor.  I couldn't talk to my
14  regular doctors when I was incarcerated.
15  Q   Okay.  But you were getting your medical treatment from
16  Nurse Wood, right?
17  A   Yes.  Because my family was bringing all my medicine up.
18  Q   Is there any reason why you didn't tell her that you
19  thought your foot was broken?
20  A   I did tell her that this day, too.
21  Q   But you didn't put it in the sick call?
22  A   I didn't put it in the sick call.  I just told her that
23  when I went to see her.
24  Q   Why did you not put it in a sick call but you told her
25  that?

25  (Pages 94 to 97)

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

---

Page 98

1   A   Because there ain't enough -- much room to write it out.
2   Q   Did you not think that I think my foot is broken was not
3   as important as the other stuff in there?
4   A   I don't remember what I said.
5   Q   You don't remember what you said or you don't remember
6   what you wrote?
7   A   I don't remember what I said and wrote, telling them to
8   write.
9   Q   Okay. Do you remember what you talked to Nurse Wood
10  about?
11  A   Yeah, I think my foot is broke. Because it was going up
12  to my kneecap, the swelling and everything.
13  Q   Do you specifically recall telling Nurse Wood that you
14  think you had a broken foot?
15  A   Yes.
16  Q   But you didn't include it in the sick call; is that --
17  A   I didn't --
18  Q   -- your testimony?
19  A   -- put it in the sick call. I already see her and tell
20  her that.
21  Q   Okay. Do you know when you saw Nurse Wood after you
22  turned in the sick call?
23  A   This next day.
24  Q   Okay. What did she do at that visit?
25  A   That's the time she took the pictures of it.

---

Page 99

1   Q   Did -- I thought she took pictures before?
2   A   She done it twice.
3   Q   She did -- so it's your testimony she took pictures at
4   both visits?
5   A   Yes.
6   Q   Okay. And did --
7   A   And all she said that she was going to send it to the
8   doctor. That's all she told me.
9   Q   Okay. Did she give you any medication at this visit?
10  A   I guess she gave me another ten days of Bactrim and two
11  ibuprofens. That's what the doctor said.
12  Q   Okay. And did you tell her -- did you say anything
13  about --
14  A   I kept on asking her I need to go to the hospital and get
15  my foot checked out --
16  Q   What --
17  A   -- can you please take me to the emergency room.
18  Q   What did she say?
19  A   She said it's up to the doctor.
20  Q   Okay. Did -- and did you say -- did you put in another
21  sick call afterwards?
22  A   No.
23  Q   Why not?
24  A   Because I got tired of this getting runned around.
25  Q   Okay. So you chose not to turn in another sick call?

---

Page 100

1   A   Yeah. Because I was getting out around that time.
2   Q   When did you get out of jail?
3   A   I got out on March 10th -- March 6th.
4   Q   When were you seen?
5   A   Huh?
6   Q   What is the date of that --
7   A   It was the 9th.
8   Q   Okay. And you were seen on what date? The 10th?
9   A   Yes, the next day.
10  Q   So you decided not to put in another sick call?
11  A   Yeah.
12  Q   Okay. Because you thought you were getting out of jail?
13  A   Yes.
14  Q   Okay. But you didn't get out of jail for another month?
15  A   Yes.
16  Q   Okay. Did you choose not to turn in a sick call?
17  A   Yeah, I choose not to turn in a sick call --
18  Q   Okay. Why?
19  A   -- yes. Because all she saying I got to talk to the
20  doctor, I got to talk to the -- and I never seen a doctor. I
21  only seen her. That's it.
22  Q   When you saw Nurse Wood, did she tell you that if you had
23  any more symptoms to turn in a sick call?
24  A   Yes. That's all she did.
25  Q   She told you after the first one that --

---

Page 101

1   A   Uh-huh.
2   Q   -- was what you needed to do?
3   A   Yep.
4   Q   And you did that, right?
5   A   Yes.
6   Q   Okay. After you saw her the second time, did she tell you
7   to turn in another sick call if you --
8   A   Yep.
9   Q   -- had more symptoms? And you chose not to do that?
10  A   I chose not to until I got out and went to the hospital
11  myself.
12  Q   Okay. And you understood that you wouldn't be able to go
13  see the nurse and see the doctor if you didn't turn in a sick
14  call, right?
15  A   Uh-huh. I never seen a doctor; I seen a nurse.
16  Q   Okay. Do you understand that the nurse was communicating
17  with a doctor?
18  A   No, I do not.
19  Q   Did Nurse Wood tell you that she was talking to the
20  doctor?
21  A   She said that she's got to call the doctor. That's all
22  she told me. And they sent me to the -- back to my cell and I
23  never heard from her since.
24  Q   But after that sick call, you didn't turn in another sick
25  call?

Page 102

1  A  No.
2  Q  Okay. All right. You said that you felt like you were
3  getting run around, is that what you said?
4  A  Uh-huh.
5  Q  Okay. Did you tell anyone about that?
6  A  Yeah.
7  Q  Who did you tell?
8  A  I been begging the guards to send me to the hospital
9  because my foot was swollen.
10  Q  Okay. You've been in jail --
11  A  I was hurting really bad and the ibuprofens was not
12  touching it.
13  Q  You've been in jail before, right?
14  A  Yes.
15  Q  Did you understand the grievance process?
16  A  Yes.
17  Q  Okay. Had you filed a grievance before?
18  A  Yes.
19  Q  When?
20  A  I can't recall when.
21  Q  Was it when you were incarcerated at Boone County?
22  A  Yes.
23  Q  Was it during this incarceration when you hurt your foot?
24  A  Yes.
25  Q  Okay. How many did you file?

Page 103

1  A  I don't recall.
2  Q  What was the process for filing a grievance?
3  A  I don't recall. I don't remember.
4  Q  Did you have to get a -- what did -- did you get a form,
5  did you just talk to someone?
6  A  I had to write it on the kiosk.
7  Q  On a kiosk? Okay. And did you do that?
8  A  I don't recall. I don't remember.
9  Q  You don't remember or --
10  A  I don't remember. It's been too long. I don't remember
11  anything a lot.
12  Q  Listen. I'm not asking you what date you did. Did you
13  fill out a grievance form on a kiosk?
14  A  I think I did. I don't remember.
15  Q  You think you did or you did?
16  A  I think I did. I don't --
17  Q  Today sitting here, you do not have an independent
18  recollection that you did in fact fill out a grievance form?
19  A  Yeah, I don't recall. I don't remember if I did or not.
20  Q  So if your chart from your incarceration shows that you
21  did not fill out a grievance, would you have any reason to
22  disagree with that?
23  A  Yeah. Because I probably didn't do it. I don't remember
24  Q  So you don't disagree with that?
25  A  What do you mean? I don't understand.

Page 104

1  Q  I'm telling you that during the course of this litigation,
2  your entire criminal record chart, from that incarceration as
3  well, has been produced, and there's not a grievance in there.
4  Is that surprising to you?
5  A  Yes. I probably did not do a grievance.
6  Q  Okay. So if there's not a grievance in your chart, fair
7  to say you didn't do a grievance?
8  A  Yes.
9  Q  Okay. So even though you knew that there was a kiosk
10  available to do a grievance, you didn't do one?
11  A  Yeah. Because I don't know how to spell right.
12  Q  Okay. But didn't you have Mandy help you with your sick
13  calls?
14  A  She got out around that time.
15  Q  Okay. Well, didn't you have other friends inside?
16  A  No. I just kept to myself.
17  Q  Okay. What about Val?
18  A  I -- she was busy upstairs. I couldn't climb the stairs.
19  Q  Okay. Is your testimony that you never had your friends
20  talk on the phone to your family members while you were
21  incarcerated?
22  A  I know I had Val talking to one.
23  Q  Okay. So --
24  A  And I think it was my -- Gary, I think.
25  Q  Did you have your friends use your phone calls -- or your

Page 105

1  phone card from time to time?
2  A  Once in a great while I did. I don't remember. I don't
3  remember.
4  Q  So you're willing to do all this for your friends, but
5  they're not willing to help you write?
6       MR. LANGDON: Objection, form.
7  A  Well, I probably didn't ask.
8  Q  Okay. So you didn't ask them to do it? Okay.
9  A  Because I don't know how to use the kiosk that good.
10  Q  Okay. But you knew that there was a kiosk you could use
11  A  Yes.
12  Q  Okay. Did you ask a guard how -- to help you write a
13  grievance?
14  A  I think that's around -- the kiosk was frozed up. They
15  had to get somebody to come and fix it.
16  Q  Ms. Creamer, I'm not trying to bully you. But your story
17  keeps changing.
18  A  I don't remember. I don't recall.
19       MR. LANGDON: Objection, form.
20  Q  And if you --
21  A  That's what I'm trying to tell you. I don't remember.
22  Q  If you don't remember, that is fine. But -- if you don't
23  remember, that's fine, but if you say, I don't remember, I
24  think that's when the kiosk froze, that's different and I'm
25  going to have to ask you about that. So if you don't remember

CHRISTINA CREAMER                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 106 | Page 108 |
|---|---|
| 1  that is fine. | 1   Q   Okay.  And that caused your foot to what? |
| 2   A   I don't remember at all. | 2   A   Be numb sometimes. |
| 3   Q   Okay.  So you did not have a friend help you? | 3   Q   Okay. |
| 4   A   No, not on the kiosk.  I don't remember if I done anything | 4   A   Well, like, all the time actually, I think. |
| 5  on the kiosk. | 5   Q   Okay.  So you fractured your foot.  Did the doctor want to |
| 6   Q   But you could've asked a friend -- | 6  do surgery on your foot? |
| 7   A   Yes, I could have. | 7   A   Not right away. |
| 8   Q   Okay.  When you were released on March 6th of 2020, tell | 8   Q   Why not? |
| 9  me about how you were released from Boone County. | 9   A   I went to three different specialists. |
| 10  A   I went to court and they O.R.ed me out.  My -- | 10  Q   Why did the -- |
| 11  Q   What does O.R. mean? | 11  A   Well, when I went to the hospital, they gave me -- they |
| 12  A   I don't know. | 12  sent me to Sidani and that's when I got my boot. |
| 13  Q   What happened after you were released from jail? | 13  Q   Where is Dr. Sidani? |
| 14  A   I went straight to the hospital. | 14  A   He's in Dr. Cutler's office.  I can't remember the |
| 15  Q   Okay.  And what hospital was that? | 15  address. |
| 16  A   North Regional. | 16  Q   Is that in Harrison? |
| 17  Q   Okay.  And what did they tell you there? | 17  A   Yes. |
| 18  A   They took X-rays and everything else.  And they came in, | 18  Q   Okay.  Did they tell you why they didn't want to do |
| 19  told me I -- my foot was shattered.  And it was still swollen | 19  surgery right away? |
| 20  up inside. | 20  A   Because they wanted to make sure my foot would heal. |
| 21  Q   Okay.  Did they tell you what kind of fracture or shatter | 21  Q   Did they tell you that it wasn't the kind of fracture that |
| 22  it was? | 22  you do surgery on or -- |
| 23  A   They couldn't see what kind of fracture it was -- | 23  A   Yeah. |
| 24  Q   Did anyone -- | 24  Q   Okay.  Why? |
| 25  A   -- because it was still swollen. | 25  A   Because it's -- that's when they told me I had Charcot in |

| Page 107 | Page 109 |
|---|---|
| 1   Q   Did you tell those doctors everything that had happened to | 1  my foot. |
| 2  you? | 2   Q   Okay.  Did they explain -- other than what we've talked |
| 3   A   Yeah. | 3  about about your neuropathy and makes it -- doesn't feel, did |
| 4   Q   Okay.  And you were honest? | 4  it tell you about what causes Charcot? |
| 5   A   And one of the nurses told me that I don't understand why | 5   A   No.  I don't recall. |
| 6  Boone County didn't bring you here. | 6   Q   So you'd rely on the doctors as to what -- |
| 7   Q   What nurse told you that? | 7   A   Yes. |
| 8   A   I can't remember her name. | 8   Q   -- causes Charcot and all of that; correct? |
| 9   Q   What did she look like? | 9   A   Yes. |
| 10  A   She was a little short, blonde girl. | 10  Q   Okay.  So then you went to see Dr. Sidani? |
| 11  Q   Okay.  How old was she? | 11  A   I went to go see Dr. Sidani, got my foot -- after I went |
| 12  A   I think she was in her twenties or thirties.  I can't -- | 12  to the emergency room, they -- the emergency room sent me to |
| 13  Q   Did she work in the emergency department? | 13  Dr. Sidani. |
| 14  A   Yes, she did. | 14  Q   Okay.  And what did Dr. Sidani do? |
| 15  Q   Did anyone tell you that you had a Charcot injury? | 15  A   Just gave me a boot. |
| 16  A   Yes. | 16  Q   Okay.  And what did he say? |
| 17  Q   Do you know what Charcot is? | 17  A   Wear this for, like, a couple weeks. |
| 18  A   It's neuropathy for my feet. | 18  Q   Did he tell you to not walk on it? |
| 19  Q   Okay.  So you would -- what was your understanding of the | 19  A   Did he tell me -- I had to walk on it because I had to |
| 20  neuropathy from your feet and the fracture? | 20  come see -- go back to doctors.  He sent me to another doctor. |
| 21  A   Something about my nerves. | 21  Q   What doctor was that? |
| 22  Q   Is your understanding that your diabetes -- | 22  A   I can't recall.  I know it was in Fayetteville. |
| 23  A   Yes. | 23  Q   What did that doctor tell you? |
| 24  Q   Did what? | 24  A   That I'm type -- I got Charcot in my foot. |
| 25  A   That shut my nerves down in my foots -- my feet. | 25  Q   Okay.  And what did -- |

CHRISTINA CREAMER                                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 110 |
|---|
| 1  A  And wear your boot for 13 more weeks. |
| 2  Q  Okay.  Did he tell you anything else other than wear the |
| 3  boot? |
| 4  A  No. |
| 5  Q  Did he tell you anything about your diabetes? |
| 6  A  Nope. |
| 7  Q  Did he tell you anything about surgery? |
| 8  A  Nope. |
| 9  Q  Do you just not remember or -- |
| 10  A  I just don't remember what he said. |
| 11  Q  Okay.  So -- |
| 12  A  I remember he said just wear the boot for 13 weeks. |
| 13  Q  Okay.  Is it fair to say your medical records are an |
| 14  accurate record of what happened more so than your memory? |
| 15  A  Yeah.  I don't remember a lot. |
| 16  Q  Were you given any medication by any of these doctors? |
| 17  A  No. |
| 18  Q  Okay.  They didn't give you any antibiotics? |
| 19  A  No. |
| 20  Q  Okay.  They didn't give you any pain medication? |
| 21  A  No. |
| 22  Q  Okay.  They just gave you the boot? |
| 23  A  Yeah. |
| 24  Q  Who was -- |
| 25  A  At the hospital, they gave me pain medicine, but that's |

| Page 111 |
|---|
| 1  it. |
| 2  Q  Okay.  What happened with your foot from the time that you |
| 3  were released after you saw this last doctor that said wear |
| 4  your boot for 13 weeks? |
| 5  A  Okay, I went to another doctor. |
| 6  Q  Who was that? |
| 7  A  The one in Little Rock.  Another doctor -- actually a foot |
| 8  doctor actually sent me to Little Rock. |
| 9  Q  Okay.  What did the doctor in Little Rock say? |
| 10  A  He told me he couldn't do anything for my foot, I'm going |
| 11  to lose my foot anyways -- |
| 12  Q  Why -- |
| 13  A  -- because the Charcot already -- my bones was already |
| 14  deteriorating in my foot. |
| 15  Q  Did he tell you that there was a surgical option? |
| 16  A  Losing my foot, yeah. |
| 17  Q  Did he tell you why he couldn't do surgery? |
| 18  A  Because I'm too far along.  My bones was already |
| 19  deteriorating. |
| 20  Q  Did the doctor say anything about your uncontrolled |
| 21  diabetes having an impact on surgery? |
| 22  A  I don't remember that. |
| 23  Q  You don't remember it?  You're not -- |
| 24  A  I don't -- |
| 25  Q  -- disputing it though, right? |

| Page 112 |
|---|
| 1  A  No, I'm not disputing it, but I don't remember what he |
| 2  said to me. |
| 3  Q  Okay.  So you don't remember what he said to you at all? |
| 4  A  Yeah.  I don't remember a lot. |
| 5  Q  So are you guessing -- |
| 6  A  All I remember, he said I had a cut on my foot. |
| 7  Q  He said you had a cut on your foot? |
| 8  A  Yes, a little cut on my foot because he was checking it |
| 9  out and was checking my records, what my doctor -- my other |
| 10  doctor sent him. |
| 11  Q  Okay.  Other than the cut, do you remember any other |
| 12  conversations, or are you just guessing? |
| 13  A  I don't remember any other conversations.  I remember what |
| 14  he said that he couldn't do anything for my foot and take these |
| 15  antibiotics. |
| 16  Q  Do you remember how close in time from when you were |
| 17  released from the jail that you saw him at UAMS? |
| 18  A  I seen him on July 16th. |
| 19  Q  July 16th.  How do you remember that date so clearly? |
| 20  A  Because that's when it was a long haul of going to Little |
| 21  Rock. |
| 22  Q  Okay.  After -- |
| 23  A  Plus it was a couple days after my daughter's birthday. |
| 24  Q  Okay.  When's your daughter's birthday? |
| 25  A  The -- July 9th. |

| Page 113 |
|---|
| 1  Q  Okay.  After July 16th, what did you do?  Did you schedule |
| 2  your operation to have your amputation? |
| 3  A  No, not right away. |
| 4  Q  Why not? |
| 5  A  Because I had a infection in my foot.  I had ulcers. |
| 6  Q  You had ulcers? |
| 7  A  I got cellulitis in the bottom of my feet. |
| 8  Q  What was it? |
| 9  A  Cellulitis. |
| 10  Q  Who told you that? |
| 11  A  I went to the hospital. |
| 12  Q  North Arkansas? |
| 13  A  Yeah. |
| 14  Q  Okay.  Was that -- |
| 15  A  Because my foot was getting worse and not getting better. |
| 16  Because I was taking the antibiotics, what the doctor gave me, |
| 17  up there at the U of M -- at the -- |
| 18  Q  UAMS? |
| 19  A  -- Little Rock -- yeah. |
| 20  Q  Okay.  So the doctor at UAMS did give you medicine? |
| 21  A  Yeah, he gave me antibiotics. |
| 22  Q  Okay.  And so you had an infection at that time? |
| 23  A  Yes. |
| 24  Q  Is that why he wouldn't perform surgery? |
| 25  A  I don't know.  That's when he said I had, like, a little |

29  (Pages 110 to 113)

Page 114

1  baby cut on my foot.
2  Q  Okay. Is it your understanding --
3  A  That's all I remember.
4  Q  Okay. Fair. So we'll just rely on the medical records --
5  A  Yeah, that's all I remembered what he said. I didn't know
6  I had a cut on my foot actually.
7  Q  Did you have any cuts on your feet before that?
8  A  No.
9  Q  Did you have any cuts on your feet while you were in jail
10 from --
11 A  Huh-uh.
12 Q  -- December of 2019 to --
13 A  No.
14 Q  -- March of 2020? After seeing the doctor at UAMS, who
15 was the next doctor that you saw?
16 A  I was going to wound care.
17 Q  Okay. Which wound care?
18 A  In Harrison.
19 Q  What were they trying to do there?
20 A  Was healing the sores on my feet.
21 Q  Okay. So --
22 A  When I went to the hospital in August, that's why I missed
23 court that time. I was in the hospital because they was
24 running a lot of tests on me and seeing what caused my
25 cellulitis in my foot.

Page 115

1  Q  Okay. So when you were at UAMS, you had one cut on your
2  foot but --
3  A  Yeah.
4  Q  -- then you had more later on?
5  A  No. I had only one little cut and I was taking the
6  antibiotics, what he gave me, and got it worse. I just didn't
7  hardly -- I just stayed in my bedroom and stayed in my bed
8  because I didn't want to walk on it because it was hurting so
9  bad.
10 Q  And then -- the only reason I asked you that is because
11 you said there were sores on your feet.
12 A  Yeah, this was one little baby cut. That's what he said
13 to me. And he gave me some antibiotics and I start taking them
14 and I think it got worse when I was taking those antibiotics.
15 Q  So you think the antibiotics made it worse?
16 A  Yes. Because I started getting big sores and they call
17 them ulcers.
18 Q  Ulcers. Did anyone ever say they were diabetic ulcers?
19 A  No. I -- they didn't say hardly anything to me. They
20 just gave me antibiotics and everything else.
21 Q  Did any of your doctors tell you that the ulcers were
22 related to uncontrolled diabetes?
23 A  No. I -- if they did, I probably wasn't paying attention.
24 Q  Okay.
25 A  I don't remember.

Page 116

1  Q  So it's not that they didn't say that; you just don't
2  remember?
3  A  I don't remember.
4  Q  Okay. And your medical records are the best thing to rely
5  on?
6  A  That's the only thing.
7  Q  Okay. If there was a conversation you had and it was in
8  the medical records, you would defer to the medical records?
9  A  Yes.
10 Q  Okay. Is that true for your records while you were in
11 jail as well?
12 A  I don't -- yeah.
13 Q  Okay.
14     MR. LANGDON: Objection, form.
15 Q  When did you have your amputation?
16 A  Last November 9th.
17 Q  Okay. And who did that?
18 A  Justin Cutler.
19 Q  Okay. And what was the basis for the amputation? What
20 did Dr. Cutler tell you?
21 A  Well, the wound care gave me the option.
22 Q  Okay. What did wound care tell you?
23 A  He -- Tom told me, he's like, I'm going to lose my foot
24 down the line anyways. He said, Just make a decision what you
25 want to do. So I made -- I asked my family and everything else

Page 117

1  what should I do, and they told me go ahead and do it.
2  Q  Okay. And so that surgery was on the 9th and you had that
3  at North Arkansas?
4  A  Yes.
5  Q  Okay. After that, what happened?
6  A  After that I've been like this.
7  Q  Okay. Have you complied with your treatment plan since --
8  A  Yes.
9  Q  Okay. Did you get an orthotic?
10 A  Yes.
11 Q  Do you wear your orthotic?
12 A  Not right now. I'm supposed to be getting it Friday. My
13 new one.
14 Q  Okay. But you had a previous --
15 A  Yes, I had a previous one. Then I had a lump on my stumpy
16 (phonetic).
17 Q  You said you had a lump on your --
18 A  Yeah. I had another surgery August 16th of this year.
19 Q  Why was that?
20 A  Because I got my cellulitis back in it. Because my
21 prostate [sic] -- when I went to see -- go to the JP&O that
22 they do my prostate, they said I shrunk two inches on my stumpy
23 when I had my -- when I had an amputation. So the prostate was
24 too big.
25 Q  And did that cause --

## Page 118

1  A   That caused a lump on there because it was trying to get
2  -- make it expand more, I can have more room.  It fits right.
3  Q   Let me see if I understand you.  I'm going to repeat it
4  back, and I'm not trying to put words in your mouth, but tell
5  me if I've got this right.  That your stump shrunk --
6  A   Yes.
7  Q   -- and your prosthetic was --
8  A   Was too big.
9  Q   Was too big.  And that created a lump?
10 A   Yes.
11 Q   Okay.
12 A   And I can't remember the name of what they said what it
13 was.
14 Q   Did anyone tell you that the lump was caused by an
15 infection?
16 A   No.
17 Q   Okay.  Did anyone tell you that at the time of the surgery
18 you had an infection and that's why you needed it --
19 A   Yes.
20 Q   -- to be removed?
21 A   Dr. Cutler that time.
22 Q   Okay.  Did he tell you what caused --
23 A   No.
24 Q   Okay.  Did he tell you it was caused by --
25 A   He --

## Page 119

1  Q   -- out of control diabetes?
2  A   No, he did not say anything about my diabetes or anything
3  Q   Okay.  Was your diabetes controlled during this --
4  A   Yeah --
5  Q   -- period?
6  A   -- that's the time.
7  Q   Okay.  Where -- what was your blood sugar during --
8  A   That's when it was running, like, around 100 because I was
9  -- started eating right and everything else.  I started eating
10 salads and stuff like that.  Fresh vegetables and all that.
11 Q   And that was in -- at the end of 2020?
12 A   Yeah.  I've been trying to do everything what I need to
13 do.
14 Q   Okay.
15 A   He just -- when I got out of jail that day in July, I went
16 to see him and he took -- he needed to pull some stuff out of
17 it and he sent it to the lab.  That's all I remember.  And then
18 I -- he ordered me do the surgery on the 16th.
19 Q   Okay.  And what did they do in that surgery?
20 A   Just cut that off.
21 Q   Okay.  Did you lose any more of your limb?
22 A   No.  He just took a piece of bone off of me.
23 Q   Okay.
24 A   And I had a port in me for, like, eight weeks.
25 Q   Okay.  How long were you in jail prior to that?

## Page 120

1  A   It was the 3rd to the 29th of July --
2  Q   That you were in jail?
3  A   -- of this year.  Yeah.
4  Q   Of 2021?
5  A   Yeah.
6  Q   Okay.
7  A   2020 -- '21, that's when I had my surgery for that lump.
8  Q   Since that surgery, have you healed?
9  A   Yeah.  I healed, but I'm just -- been in my wheelchair
10 since that.
11 Q   Okay.  And you've got -- when is your new prosthetic
12 supposed to come in?
13 A   I'm supposed to be getting it Friday on the 10th.
14 Q   Were you able to walk with your other prosthetic before it
15 got too big?
16 A   Now?  No.
17 Q   No, back before it got too big.
18 A   Yeah.  I just had to wear a lot of socks.
19 Q   Okay.  Did you lose weight?  What caused it to get too big
20 for you?
21 A   Just this shrunk.
22 Q   Oh, just your stump shrunk?
23 A   Yes.
24 Q   Okay.  Understood.
25 A   Because I kept on wearing my shrinkers and all that.

## Page 121

1  Q   Okay.  And you were wearing your shrinkers as advised by
2  your doctor?
3  A   Advised by the -- Cutler and JP&O.
4  Q   Okay.  Do you have any more surgeries scheduled?
5  A   No, not right now.
6  Q   Do you see any doctors currently on a routine basis for
7  your right surgical stump?
8  A   I see Cutler.
9  Q   How often do you see him?
10 A   He's been -- he's trying to send me to a pain management,
11 do a blockage on my stumpy.
12 Q   Why do you need a pain --
13 A   Because when he take -- when he took a piece of bone of my
14 -- on my -- from my stumpy, I got a muscle and a nerve hitting
15 each other, and it pulses really bad and makes me cry at night
16 and wakes me up in the middle of the night.  That's what it's
17 doing right now.
18 Q   Okay.  Do you have any appointments with pain management
19 yet?
20 A   No.  They -- we've been trying to get a hold of them.
21 Q   When was your last appointment with Dr. Cutler?
22 A   Last month.
23 Q   I think I might have already asked this, and I'm sorry if
24 I'm repeating the question, but how often do you see Dr.
25 Cutler?

CHRISTINA CREAMER                      CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 122 | Page 124 |
|---|---|

**Page 122**

1   A   When they set the date up for me. He's waiting for me to
2   see this pain management and then I call them back and they
3   will set me up an appointment to go see him.
4   Q   Do you see any other doctors on a routine basis --
5   A   Just my --
6   Q   -- just for your leg?
7   A   No. Just JP&O.
8   Q   And that's the prosthetic?
9   A   Yes.
10  Q   How often do you see them?
11  A   Every two weeks.
12  Q   Have we talked about all the medical care providers you
13  saw for your leg that you remember?
14  A   Uh-huh.
15  Q   Is that a yes?
16  A   Yes.
17  Q   Are there any other medical care providers that you plan
18  to see or have an appointment with other than pain management
19  that we haven't talked about today?
20  A   Nope, that's it.
21  Q   Ms. Creamer, you understand you filed a medical
22  malpractice claim against my client; correct?
23  A   Yes.
24  Q   Okay. What are you going to tell the jury that my client
25  did wrong?

**Page 123**

1        MR. LANGDON: Objection, form.
2   A   I don't know.
3   Q   You don't know?
4   A   That I wanted to go to the emergency room. I was really
5   in pain and nobody didn't want to take me.
6   Q   You were in custody; correct?
7   A   Yes.
8   Q   Okay. And when you're in jail, you don't get to do
9   exactly what you want to do, do you?
10  A   No.
11  Q   And you understand that there's security risks and reasons
12  for those security procedures when someone's in jail, right?
13  A   Yeah.
14  Q   Okay. And so other than not going to the emergency room,
15  are you going to say that Nurse Wood --
16  A   That's what it is. It's just me not going to the
17  emergency room and I wouldn't have been like this.
18  Q   It's your testimony that you wouldn't be like this if they
19  had taken you to the emergency room?
20  A   Yes.
21  Q   Did a doctor tell you that?
22  A   Yeah.
23  Q   Which doctor?
24  A   Dr. -- I can't remember what doctor it was.
25  Q   You can't remember what doctor told you that?

**Page 124**

1   A   Yeah.
2   Q   Do you remember what hospital it was at?
3   A   Yeah, that's what they said, too.
4   Q   What hospital?
5   A   The Harrison hospital.
6   Q   Which one's the Harrison hospital? North Arkansas?
7   A   Yeah, North Arkansas.
8   Q   The doctor in the emergency room said --
9   A   Yeah. She said if they brought me in quick, we would have
10  caught that just in time.
11  Q   Was it a she?
12  A   Yeah.
13  Q   It was a female doctor?
14  A   Yeah.
15  Q   So you --
16  A   The one that took the X-rays on me.
17  Q   Are you sure it was a doctor?
18  A   Yeah, she was a doctor.
19  Q   Are you sure it wasn't the nurse?
20  A   No, it --
21  Q   -- because you just said it --
22  A   -- was not --
23  Q   -- was the --
24  A   -- no nurse. It was a doctor.
25  Q   Okay.

**Page 125**

1   A   Because she's the one that ordered -- everything like
2   that and that's when -- she's the one that sent me to Sidani --
3   Dr. Sidani. And then Dr. Sidani sent me to a -- Fayetteville
4   and then Fayetteville sent me to another foot doctor and --
5   yeah. I just don't remember all of them, what foot doctors
6   they was.
7   Q   So if we -- when we depose the doctor that treated you at
8   North Arkansas on March 6th, if she says that she did not say
9   that, are you going to say she's a liar?
10  A   No. I don't remember if she did say that or if she didn't
11  say it. I don't remember a lot.
12  Q   So you don't --
13  A   My daughter's the only one that would know because she was
14  there with me.
15  Q   Okay. So do you remember -- do you have an independent
16  recollection sitting here today that the doctor at North
17  Arkansas Medical Center told you that had you gone to the
18  emergency room sooner while you were incarcerated, you would
19  not have lost your leg?
20  A   Yes, that's what I recall what she said.
21  Q   Had you lost your leg at the time you were there?
22  A   No, not yet.
23  Q   Okay. Do you recall that or is that what you think was
24  said?
25        MR. LANGDON: Objection, form.

Conway Court Reporting                                      501-679-1488

CHRISTINA CREAMER                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 126

1    A   I don't remember.
2    Q   You do not remember?
3    A   I don't remember.
4        MR. LANGDON:  Objection, form.
5    Q   Would you agree with me that after you turned in a sick
6    call, you were seen immediately after?
7        MR. LANGDON:  Objection, form.
8    A   Yes.
9    Q   And you'd agree with me that after you were seen by the
10   nurse, you were treated; correct?
11   A   Yes.
12   Q   Okay.
13       MR. LANGDON:  Objection, form.
14       MS. BOTTEICHER:  What's the basis of the
15       objection?
16       MR. LANGDON:  General, "you were treated."  The
17       records reflect what occurred.  We've already gone
18       over this.
19   Q   (Ms. Botteicher continuing)  Other than not being taken to
20   the emergency room, do you have any other critiques that you
21   are going to say that any of the employees of Turn Key Health
22   Medical LLC did that constitutes medical malpractice in your
23   layperson opinion?
24   A   I don't understand what you're saying.
25   Q   Okay.  That was a bad question, and I'm asking a bad

Page 127

1    question.  This is the only time I get to talk to you before
2    you talk to a jury.
3    A   Okay.
4    Q   So when you're on the stand and you're talking to a jury,
5    I want to know absolutely everything you're going to say that
6    my nurse did that wronged you or that constituted medical
7    malpractice.
8    A   I don't --
9        MR. LANGDON:  Objection, form.
10   A   I don't know.  I don't understand what you're saying, hon.
11   I'm sorry.
12   Q   You're making a lawsuit against my client because --
13   A   Yes.
14   Q   -- you said they did something wrong.  Other than not
15   taking you to the ER, what did --
16   A   That's all it is.
17   Q   It's just that?  That is it?  You have no other grievances
18   or any other problems with anyone at Turn Key LLC --
19   A   No.
20   Q   -- Turn Key Health LLC?  Okay.  Nothing with Nurse Wood?
21   A   No.
22       MR. LANGDON:  Objection, form.
23   A   It's just when they should have sent me to the emergency
24   room.
25       MS. BOTTEICHER:  Do you want to take a quick

Page 128

1    break?
2        THE WITNESS:  Sure.
3        (WHEREUPON, after a break was taken, the
4        proceedings were resumed as follows, to-wit:)
5    Q   (Ms. Botteicher continuing)  Ms. Creamer, I just have a
6    few more questions for you.  In your sick calls that you turned
7    in that we've looked at today, did you ever include in there
8    that you wanted to go to the emergency room?
9    A   No, I didn't.
10   Q   Did you ever have your friend, Mandy, include that in a
11   sick call?
12   A   No.
13   Q   Okay.  And after your fall on the 4th and after you were
14   seen twice, you had the opportunity to turn in another sick
15   call, right?
16   A   Yes.
17   Q   Okay.  And you didn't turn in a sick call?
18   A   No.
19   Q   Okay.  And you didn't ask to go to the hospital in one of
20   those sick calls?
21   A   No.  I just asked the nurse when I seen the nurse.
22   Q   Which -- when?
23   A   On those two sick calls I sent in.
24   Q   Okay.  But after that --
25   A   After that I didn't say anything no more.

Page 129

1    Q   Okay.  And you never asked the nurse to go to the
2    emergency room?
3    A   No.  Because I hardly didn't see her.
4    Q   Did you get your medicine from her?
5    A   Only in the morning times.
6    Q   Okay.  And -- but you didn't tell her during the medicine
7    that you needed to go to the emergency room?
8    A   I think I did a couple of times.
9    Q   When?
10   A   I think I did a couple of times.
11   Q   You think you did or you did?
12   A   I did.
13   Q   When?
14   A   When she brought my medicine and asked if the swelling's
15   not going down, I need to get to the emergency room and get my
16   foot checked out.
17   Q   On what day?
18   A   I can't remember the days.
19   Q   Are you sure that it was after your second appointment?
20   A   Yes.
21   Q   How are you sure?
22   A   Because I always -- she was bringing me more Bactrim to me
23   in the morning and two ibuprofens in the morning.
24   Q   Did she give you medicine at night?
25   A   No, she did not give me the medicine.  The guards did.

33  (Pages 126 to 129)

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 130 | Page 132 |
|---|---|

**Page 130**

1  She was only in there from 8:00 in the morning until 3:00 in
2  the afternoon, and that's it. That's her weeks -- weekends.
3  Her weeks.
4  Q  If we depose the nurse and she says you never asked to go
5  to the emergency room, is she -- are you going to say that she
6  is lying?
7  A  I'm not going to say anything like that because I don't
8  recall what day -- what I said.
9  Q  Okay. So you don't --
10  A  It's been too long for me, and I can't recall a lot of
11  stuff.
12  Q  Okay. So you -- sitting here today, you do not recall
13  telling the nurse after --
14  A  Yeah.
15  Q  -- your second sick call --
16  A  I don't recall --
17  Q  -- that you needed to --
18  A  -- if I did --
19  Q  -- go to the emergency room?
20  A  -- or not or if somebody else did for me. I don't recall.
21  Q  Okay.
22        MS. BOTTEICHER: I will pass the witness.
23             EXAMINATION
24  BY MS. JONES:
25  Q  Ms. Creamer, my name is Jamie Jones. I represent the

**Page 131**

1  Boone County defendants you have sued in this lawsuit. I'm
2  going to try not to cover the same material as has already been
3  covered, but because someone else has gone first, I may be
4  skipping around a little bit more. So if you don't understand
5  my question, one, because it's a bad question, or because I'm
6  skipping around, stop and tell me, okay? And I'll rephrase it
7  for you.
8        Now, is -- let me kind of start with my understanding of
9  your claim against Turn Key is that you weren't taken to the
10  emergency room. Do I have a proper understanding that that's
11  what you're claiming here?
12  A  Yes.
13  Q  Okay. Is that the same -- is that your -- also your only
14  claim against the Boone County defendants? And the Boone
15  County defendants are Boone County, Jason Day, and Tim
16  Roberson.
17        MR. LANGDON: Objection, form.
18  A  Yes.
19  Q  Okay. All right. So the only thing you're claiming
20  against the Boone County defendants is they didn't take you to
21  the emergency room?
22  A  (Witness nods head up and down.)
23  Q  Yes, ma'am?
24  A  Yes.
25  Q  Okay. And I know you talked already with previous

**Page 132**

1  attorney about the fact you didn't ask in a sick call to go to
2  the emergency room; correct?
3  A  Yes.
4  Q  Okay. And that's also true that -- like you chose not to
5  ask that in a sick call, you also chose not to ask that in a
6  grievance; correct?
7  A  Yes.
8  Q  Okay. And so there's not going to be any grievance that
9  was filed where you asked to go to the emergency room; correct?
10  A  Yes.
11  Q  Okay. And you say you fell on January 4th; correct?
12  A  Uh-huh.
13  Q  And -- can you say yes?
14  A  Yes.
15  Q  If you're in so much pain you need to take a break, let's
16  take one, but I need to have verbal answers, okay? All right.
17  So just let me know if you need to take a break. Just say so
18  and we'll do so, okay? All right. So in that 23 days, you did
19  not file a grievance about anything about your foot or ankle or
20  needing to go to the emergency room; correct?
21  A  Yes.
22  Q  Okay. And Mandy was there at that time that she could
23  have helped you, right?
24  A  Yes.
25  Q  Okay. And then you did your sick call on January 27th,

**Page 133**

1  and Mandy helped you write that; correct?
2  A  Yes.
3  Q  And you did not file a grievance on January 27th about any
4  of these events; correct?
5  A  No.
6  Q  Okay. And --
7        MR. LANGDON: Objection, form.
8  Q  And when you say no, you mean I'm correct, that you did
9  not file a grievance?
10  A  Yes.
11  Q  Sometimes that gets -- in the transcript, sometimes that
12  reads wrong, so I just wanted to make sure that I understood
13  you but that we understand it later in writing, okay? All
14  right. So you go to the doctor on January -- or you see the
15  nurse on January 28th, yes?
16  A  Yes.
17  Q  Okay. And on January 28th, when you got back and weren't
18  taken to the emergency room, you did not file a grievance
19  asking to be taken to the emergency room; correct?
20  A  No.
21  Q  Okay. No, you did not file a grievance?
22  A  No, I did not file a grievance.
23  Q  Okay. And when you went back and saw the nurse in
24  February -- I believe it's February 9th?
25  A  Yes.

34  (Pages 130 to 133)

CHRISTINA CREAMER                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

### Page 134

1  Q  Okay.  And on February 9th, when you were not taken to the
2  emergency room, you did not file a grievance asking to be taken
3  to the emergency room?  I'm correct on that, right?
4  A  Yes.
5  Q  Okay.  And you did not file between February and the time
6  you got out on March 6th; is that right?
7  A  Yes.
8  Q  Okay.  And you actually went to court on March 6th;
9  correct?
10  A  Yes.
11  Q  You saw a judge; correct?
12  A  Yes.
13  Q  Do you remember what judge you saw?
14  A  Judge Webb.
15  Q  Okay.  You did not tell Judge Webb that you were having
16  your constitutional rights violated by not being taken to the
17  emergency room, did you?
18  A  No.
19  Q  Okay.  Did you have -- you were represented in court that
20  day; correct?
21  A  Yes.
22  Q  Okay.  Were you able to walk into court?
23  A  I was limping.  And the -- Tom Robb's the one that helped
24  me up the stairs when I was climbing the stairs.
25  Q  Tom Robb or Jason Robb?

### Page 135

1  A  I don't know.  It's the old guy.
2  Q  Okay.  All right, I'm going to be skipping around a little
3  bit, so bear --
4  A  Okay.
5  Q  -- with me.  Your daughter, does she have any
6  incarcerations or arrests that you're aware of?
7  A  I think she had one -- two, I think.
8  Q  What had she been arrested for?
9  A  I don't remember.
10  Q  Okay.  You didn't ask her?
11  A  I know it's -- she had to go to misdemeanor court, and she
12  had to pay a fine.  I know that, but I don't remember what it
13  was for.
14  Q  As part of this lawsuit, you're claiming that you were
15  damaged in certain ways; correct?
16  A  (Witness nods head up and down)
17  Q  That's a yes?
18  A  Yes.
19  Q  You're not claiming any loss of income; correct?
20  A  No.
21  Q  Because you haven't had a job, right?
22  A  I collect social security and SSI.
23  Q  Okay.  And you don't remember what that social security
24  was filed on your behalf for?
25  A  No, I don't remember.

### Page 136

1  Q  How much disability do you get a month?  What's your check
2  for every month?
3  A  Right now, it's, like, $814 a month.
4  Q  Has that been about how much it's been in the past, say,
5  five years?
6  A  Yep.
7  Q  Okay.  What is Gary's mom's name?
8  A  Cathy Johnson.
9  Q  Cathy Johnson.  Where does she live?
10  A  I don't remember.  She moved to a different place.  I
11  don't --
12  Q  What city?
13  A  It's in Harrison.
14  Q  Okay.  What is your daughter's current address?
15  A  I know she lives at -- on Spring Street.  I don't know the
16  address.  I know the apartment number is A.
17  Q  Okay.  And is it an apartment complex or --
18  A  Yes.
19  Q  -- a building?  Does it have a name?
20  A  No.  It's just, like, a little house.  It's got three
21  apartments.  That's all I know.  It's a yellow apartment, and
22  she lives right next door to Boston Mountain.
23  Q  What's her phone number?
24  A  870-204-2387.
25  Q  Okay.  What about -- what's Cathy Johnson's phone number,

### Page 137

1  do you know?
2  A  I think she still has the 870-577-3437.
3  Q  Okay.  Now, you talked a lot about different blood sugars
4  at different times.  My dad's diabetic and he keeps a diabetic
5  log every time he takes it so that he can go back and look for
6  patterns.  Do you have a log that you keep?
7  A  No.
8  Q  Okay.  Have you ever kept a log?
9  A  No.
10  Q  Okay.  So how --
11  A  Because my machine actually has the memory.
12  Q  Okay, good.  So what kind of machine do you have?
13  A  The OneTouch.
14  Q  Okay.  And how long have you had that particular machine?
15  A  I just got that one.  My old one, it was no good.
16  Q  Okay.  It had just --
17  A  Got recalled.
18  Q  -- gone out?
19  A  Yeah.
20  Q  Okay.  Okay, so let me try to understand what happened on
21  January 4th.  You agree that you're not -- your lawsuit isn't
22  about anything that happened on January 4th, right?  It's about
23  whether or not they took you to the emergency room after that;
24  is that right?
25  A  Yes.

Conway Court Reporting                                    501-679-1488

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 138

1  Q  Okay. All right. So as I understand, somebody else was
2  mopping and that female inmate was dropping a mop bucket to
3  drop -- disposing of it; is that right?
4  A  Yes.
5  Q  And your understanding is that when you slipped,
6  you actually did a somersault in the air?
7  A  Yes.
8  Q  Okay. Do you remember when you slipped -- so were you
9  standing at the time you slipped or were you getting up in a --
10 A  I was --
11 Q  -- sitting position?
12 A  -- standing. I was just walking to my bunk after I done
13 my insulin shot.
14 Q  Okay. All right. So which foot slipped first?
15 A  I don't remember.
16 Q  Okay. Now, do you remember doing a full somersault in the
17 air or did --
18 A  No, I don't remember none of that.
19 Q  Okay. Someone had to tell you that?
20 A  Yeah.
21 Q  Okay. So when you came down, how did you fall? What was
22 your resting position when you came down?
23 A  I don't remember. I know I landed on my foot. That's
24 what -- because my foot was in -- under me.
25 Q  Okay. So how was it under you? Like, describe for me

Page 139

1  where your foot was positioned with the rest of your body.
2  A  Under my butt.
3  Q  Okay. All right. So you fell butt to the ground?
4  A  Yeah.
5  Q  And your foot was underneath?
6  A  Yeah.
7  Q  Which foot?
8  A  My left one.
9  Q  Your left foot was underneath your butt. Okay. So your
10 right foot is out? Okay, so is it -- I'm kind of sitting right
11 now where I've got my left foot -- if I can get that way --
12 underneath my butt and my right leg is all the way out in front
13 of me. Is that how you're saying?
14 A  No.
15 Q  Okay. Well, then tell me how it was.
16 A  I think I landed on my hip and my foot. I don't remember.
17 Q  Okay. So you kind of landed with your hip on your left
18 foot?
19 A  Yes.
20 Q  Okay. So where is your right foot? Is it just sort of
21 out?
22 A  I don't remember.
23 Q  Okay. So the impact, you agree, is to your left foot from
24 your --
25 A  Yes.

Page 140

1  Q  -- behind?
2  A  Yes.
3  Q  Okay. Now, did you cut yourself at all?
4  A  No.
5  Q  Okay. And you said that a guard saw you fall?
6  A  Yeah. He was in the bubble.
7  Q  Okay. And he came out and asked if you're all right and
8  you said, Yeah?
9  A  Yes.
10 Q  Okay. And it wasn't until the next morning you determined
11 you were not all right; correct?
12 A  Yes.
13 Q  Okay. And you had -- you understand that Boone County has
14 a relationship with Turn Key to provide medical services --
15 A  I didn't --
16 Q  -- for the county?
17 A  -- know that right away.
18 Q  Okay. Well, you understand now, right?
19 A  Uh-huh.
20 Q  Is that yes?
21 A  Yes.
22 Q  Okay. And you understand because you got to see Nurse
23 Wood, right?
24 A  Yes.
25 Q  Okay. And you understand that -- your common sense tells

Page 141

1  you that you understand that guards don't have the medical
2  training that, say, a nurse would have, right?
3  A  Yes.
4  Q  Okay. And so you would be -- find it reasonable for the
5  county to rely on the nurse to tell them what to do medically
6  with an inmate; correct?
7  A  Yes.
8      MR. LANGDON: Objection, form.
9  Q  Okay. So you would agree it's reasonable that it's not a
10 guard deciding who's going to the emergency room; it's a nurse
11 or a doctor, right?
12 A  Uh-huh.
13 Q  Is that yes?
14 A  Yes.
15 Q  Okay. So you're not going to tell the jury later on that
16 you're mad that they didn't listen to a -- that a guard didn't
17 make that decision versus a nurse; correct?
18 A  Yes.
19 Q  Okay. Now, your February 9, 2020, sick call, it's the
20 second sick call you did. Did you write that or did you have
21 Mandy or someone else --
22 A  Mandy wrote it for me.
23 Q  Okay. And at that point -- so on January 5th, the ankle,
24 your right ankle, was already swollen the size of a --
25 A  Left.

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 142

1    Q   – watermelon – your left?
2    A   Oh, my right.  You say your right.  I'm sorry.
3    Q   Okay.  So your right ankle was swollen to the size of a
4    watermelon and was black and blue; correct?
5    A   Yes.
6    Q   Okay.  And by February 9th, it was now swollen up to the
7    kneecap?
8    A   Yeah.
9    Q   Was it still black and blue all the way to the kneecap?
10   A   Yeah.
11   Q   Was it a watermelon here but a –
12   A   It was going all the way up.
13   Q   Okay.  So it was a watermelon from your –
14   A   Foot.
15   Q   – foot all the way to your knee?
16   A   Yes.
17   Q   Okay.  So do you know who Jason Day is?
18   A   No.  I never met him.
19   Q   Okay.  Do you – what has he done or didn't do with
20   respect to you that you've filed a lawsuit against him?
21   A   I don't know who's – Jason Day is.
22   Q   Okay.  What about Tim Roberson?
23   A   I don't know him either.
24   Q   Okay.  So neither Jason Day nor Tim Roberson can you tell
25   me why they're named in this lawsuit?

Page 143

1    A   I don't know.
2    Q   Okay.  And so you don't know what your claims are against
3    them; correct?
4    A   No.
5    Q   Okay.  No, you don't know what their claims are?
6    A   No, I don't know.
7    Q   Okay.
8    A   What is – who is Jason Day?
9    Q   Well, it's really – this is not really the time for me to
10   answer questions.  It's unfortunately just the time for you to
11   answer them.  But as we sit here, you don't know who Jason Day
12   is, but you've sued him; correct?
13   A   I don't remember who he is.
14   Q   Okay.  All right.  I'm looking through some of your
15   medicals, and I've got some questions for you.  So let's kind
16   of talk about where you were in life by the time you were
17   incarcerated at Boone County in December of 2019, okay?  So at
18   that point, you agree you had uncontrolled blood sugars at
19   times?
20   A   Yes.
21   Q   Do you agree you were insulin-dependent diabetic?
22   A   Yes.
23   Q   Do you agree – and I'm not casting any aspersions given
24   my weight, but you agree that doctors had told you you were
25   obese?

Page 144

1    A   Yes.
2    A   And they had told you you better lose weight?
3    A   Yes.
4    Q   Because that was important to your diabetes control;
5    correct?
6    A   Yes.
7    Q   You also at that point had high cholesterol; correct?
8    A   Yes.
9    Q   High blood pressure?
10   A   I haven't gotten the high blood pressure right away.
11   Q   Okay.  You also had had hypotension; correct?
12   A   What's that?
13   Q   Had anyone ever told you you had hypotension?
14   A   Nope.
15   Q   Okay.  You had had kidney stones?
16   A   Yes.
17   Q   Okay.  And you had been diagnosed with major depressive
18   disorder?
19   A   Yes.
20   Q   Okay.  And in fact, part of your major depression disorder
21   is that you overeat when you're depressed; is that right?
22   A   I guess.
23   Q   Okay.  Is that what you've told doctors before?
24   A   No.
25   Q   Okay.  Do you remember telling a doctor you thought you

Page 145

1    were bipolar?
2    A   Yes.
3    Q   Okay.  Had you ever – did they send you to a
4    psychologist –
5    A   Nope.
6    Q   – or psychiatrist?  Okay.  So you've never actually had a
7    mental health provider look at you to tell you if you are in
8    fact bipolar or not?
9    A   Yes.  I haven't had nobody tell me.
10   Q   Okay.  So no one's ever put you on – you know there's
11   medications for bipolarism?
12   A   Yes.
13   Q   Okay.  And you've never had the opportunity to talk with
14   anyone that might diagnose you to get you on your medicines;
15   correct?
16   A   No.
17   Q   Okay.  Now, you would – had diabetic shoes fitted, I
18   believe, in 2018.  Does that sound right to you?
19   A   (Witness nods head up and down)
20   Q   Yes?
21   A   Yes.
22   Q   Okay.  And by 2018, you had what was called clawed toes on
23   both of your feet; correct?
24   A   I guess.  I don't remember.
25   Q   Okay.  If it's in your records that by 2018, both of your

37 (Pages 142 to 145)

CHRISTINA CREAMER                           CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 146

1  feet already had clawed toes, would you have any reason to
2  disagree with me?
3  A  I don't even know what that is.
4  Q  Okay.  Do you remember that there are times your toes
5  would kind of come in like this?
6  A  No.
7  Q  Okay.
8  A  I know my toes locked.
9  Q  Okay.  So your toes would lock on both feet?
10  A  (Witness nods head up and down)
11  Q  Okay.  Do you remember Dr. Brownfield, Dr. Shannon
12  Brownfield, telling you before 2019, that if you were not going
13  to come in regularly for your diabetes checks, he was going to
14  have to essentially fire you as a patient?
15  A  Yes, he did say that.
16  Q  Okay.  You've also had chronic wound care issues at that
17  point; correct?  You had had -- for example, do you remember
18  having an abscess on your right inner thigh in 2010?
19  A  Yes.
20  Q  Okay.  Do you remember having a boil on your left leg near
21  your buttock in 2010?
22  A  Yes.
23  Q  Do you remember having to have a cyst removed from your
24  left wrist?
25  A  Yes.

Page 147

1  Q  Do you remember in 2012 having a dog scratch your left
2  hand and that turned into an infection that you had to have
3  surgery on?
4  A  Yes.
5  Q  Okay.  Do you remember in 2012 you ended up with what was
6  a single pimple that became -- ended up having MRSA in your
7  lower left abdomen?
8  A  You mean staph?
9  Q  Yeah.  Well, I think it also became MRSA, did it not?
10  A  No.  It became staph.
11  Q  It became staph, okay.  So you remember that, too;
12  correct?
13  A  Yes.
14  Q  And you had two abscesses on your pubic area and your left
15  thigh?
16  A  Uh-huh.
17  Q  Yes?
18  A  Yes.
19  Q  Every person sitting in that witness chair forgets to say
20  yes or no, so I promise you we have to do this every
21  deposition.  You remember having a staph infection under your
22  right arm in June of 2013?
23  A  No, I don't remember.
24  Q  You don't remember that one?
25  A  Huh-uh.

Page 148

1  Q  You wouldn't disagree if it was in your records though,
2  would you?
3  A  I wouldn't disagree if it was in my records, yeah.
4  Q  Do you remember having in September of 2016 a boil, an
5  abscess, in your left pubic area?
6  A  I don't remember.
7  Q  But you wouldn't disagree if it's in your records?
8  A  Yeah.
9  Q  Okay.  What about in May of 2017, an abscess in your right
10  calf?
11  A  I don't remember.
12  Q  But you wouldn't disagree if it's in your records --
13  A  Yeah.
14  Q  -- right?
15  A  I know I had boils in my past, yeah.
16  Q  Do you --
17  A  I know it's hereditary in my family.
18  Q  Do you remember complaining to the doctor in September of
19  2017 about left ankle pain and swelling?
20  A  No, I don't remember.
21  Q  But you wouldn't disagree if it was in your records,
22  right?
23  A  Yeah.
24  Q  Okay.  And there were times not only would you miss
25  appointments for Dr. Brownfield about your diabetes, but you

Page 149

1  would also miss wound care appointments, right?
2  A  Yeah, when I don't have a ride.
3  Q  Yeah.  Okay.
4  A  Yeah.
5  Q  Do you remember the phone calls that you would have with
6  your daughter?
7  A  No.
8  Q  Okay.  You talked to her from jail; correct?
9  A  Yeah.
10  Q  Okay.  If those phone calls show that you told her that
11  your left ankle was hurting you, would you disagree with that?
12  A  No.  Because I probably did tell her that my left ankle
13  was hurting really bad.  I couldn't hardly walk, and it was all
14  swollen.
15  Q  On your left ankle?
16  A  Yes.
17  Q  Okay.  Now, your right is the one that was amputated;
18  correct?
19  A  Yes.
20  Q  Okay.  So -- but you were --
21  A  But I said my -- I probably messed up on my saying about
22  left, but I meant my right.
23  Q  Okay.  So if you said it multiple times, you were messing
24  it up multiple times?
25  A  Yeah.  Because I couldn't remember which -- I get my right

38  (Pages 146 to 149)

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 150

1   and left mixed up.
2   Q   Okay.
3   A   And I do that all the time, since I was a little kid.
4   Q   Okay.  So if at times in your medical records, you're
5   complaining about your left ankle being swollen, it might also
6   have been your right ankle then; correct?
7   A   Yes.
8   Q   Okay.  Because that's just something that's hard for you
9   to keep track of?
10  A   Yes.
11  Q   Now, you did not like Dr. Pleimann.  Why didn't you
12  like Dr. Pleimann?
13  A   Who's Dr. Pleimann?
14  Q   Well, you saw Dr. Pleimann at Arkansas Orthopaedics and
15  Sports Medicine in 2020 -- in April of 2020 --
16  A   He's the one that sent me to Little Rock.
17  Q   Okay.  But you also -- you left a message and said you
18  don't like him, you want to see somebody else?
19  A   Yes.
20  Q   Why didn't you like him?
21  A   I wanted another opinion.
22  Q   Well, you actually said you didn't like him.  Why didn't
23  you like him?
24  A   I don't remember why.
25  Q   Okay.  Now, you were talking previously about going to see

Page 151

1   Dr. Martin at UAMS on July 16th of 2020, and you were --
2   specifically remembered that date and appointment; correct?
3   A   Because it was a couple days after my daughter's birthday.
4   Q   Okay.  And he actually found a small puncture wound on the
5   bottom of your right foot; correct?
6   A   Yes.
7   Q   And you told him that that was from that morning in the
8   shower?
9   A   I think I did.  I don't remember.  I don't recall.
10  Q   If he puts in the records that you told him it was
11  something you got in the shower that morning, you wouldn't
12  disagree, right?
13  A   No, I wouldn't disagree because I don't remember.
14  Q   Okay.  Do you remember going to the wound care clinic on
15  August 31st of 2020, and seeing Dr. Tom?
16  A   Yes.
17  Q   Okay.  Do you remember that you had gone to the emergency
18  room the night before?
19  A   Yes.
20  Q   Okay.  Do you remember that you got discharged from North
21  Arkansas Regional on August 30, and you didn't have a ride, so
22  you walked home on your foot?
23  A   Yes.
24  Q   How far of a walk was that?
25  A   It was only a block away.

Page 152

1   Q   Okay.
2   A   I went to my friend's house actually.
3   Q   Who did you go to?
4   A   His name is Greg Brown.
5   Q   Craig Brown?
6   A   Yeah.  He's only a block away from the -- where I live at
7   right now.
8   Q   What is Craig's address?
9   A   It's 303 North Wittle Street, Apartment 3.
10  Q   And what is Craig's phone number?
11  A   He don't have a phone.
12  Q   What does he do for a living?
13  A   He collects social security and SSI.
14  Q   Okay.  Do you remember Dr. Tom telling you that when you
15  walked on that foot, it caused you more cellulitis?
16  A   Yes.
17  Q   Do you remember that you refused to be hospitalized?
18  A   Nobody didn't tell me I had to be hospitalized.
19  Q   Okay.  So if Dr. Tom puts that in there, then he's wrong
20  or lying?
21  A   No, he never told me I had to be hospitalized.
22  Q   Okay.  So if he put --
23  A   He just told me that my cellulitis got worse, it burst.
24  Q   Okay.  If he put in his records that you refused
25  hospitalization, is he lying?

Page 153

1   A   No.  I don't remember.  I don't recall.
2   Q   Okay.
3   A   If he told me I had to be in the hospital, I would have
4   went to the hospital and stayed in there.
5   Q   Has anyone ever told you Charcot foot is a complication of
6   diabetes?
7   A   No.
8   Q   Okay.  Has anyone explained to you that Charcot foot may
9   have developed even if you had never fallen?
10  A   No.
11  Q   Okay.  Has anyone ever explained to you that Charcot foot
12  -- that you -- has anyone ever told you you had Charcot foot
13  when you went into Boone County?
14  A   No.
15  Q   Now, I think you, in previous questioning, said that you
16  had only done meth once and it was years and years ago, maybe
17  before your daughter was born; correct?
18  A   No.  That's way before my daughter was born.
19  Q   Way before your daughter was born.  You don't recall being
20  hospitalized in May of this year for --
21  A   No, I don't --
22  Q   -- a meth overdose?
23  A   I don't remember.
24  Q   You don't remember that?
25  A   No.

Conway Court Reporting                                        501-679-1488

## Page 154

1  Q   You don't remember having to be taken inpatient admission
2  for a meth overdose?
3  A   Nope. I don't remember none of it.
4  Q   You don't remember being positive --
5  A   I remember --
6  Q   -- for meth?
7  A   -- about -- I remember cooking dinner and everything else
8  that night, but I don't remember nothing after that.
9  Q   Okay. So you're not saying it's not true; you just don't
10 remember it?
11 A   I just don't remember.
12 Q   So would a correct statement be not that you have never
13 done meth before, but you only remember doing meth one time?
14 A   Yes.
15 Q   Okay. Because you're not going to disagree with the
16 doctors who have tests that say you were positive for meth?
17 A   I'm not going to disagree that because I don't remember
18 that night when I went to the hospital that night.
19 Q   So there might be other nights you don't remember doing
20 meth?
21 A   Yes.
22        MR. LANGDON: Objection, form.
23 Q   And if the doctors note that there's methamphetamine
24 abuse, you're not going to disagree with them?
25 A   No.

## Page 155

1  Q   Is it fair to say there's just a lot you don't remember?
2  A   Yes.
3        MR. LANGDON: Objection, form.
4  Q   Is it fair to say that you are not a reliable historian?
5        MR. LANGDON: Objection, form.
6  A   I don't understand what you're saying.
7  Q   Is it fair to say that your memory is not very reliable?
8        MR. LANGDON: Objection, form.
9  A   Yeah, sometimes.
10 Q   Is there any conversation that you've had with any
11 employee of Boone County Sheriff's Department that was about
12 your claims in this lawsuit that you haven't told me about?
13 A   No.
14 Q   Okay. Any guard that you told you needed to go to the
15 emergency room to?
16 A   No.
17 Q   Okay.
18        MS. JONES: All right, I think if you'll give us
19 a few minutes, we are probably -- I am probably at
20 least close to being done if you'll just give me a
21 quick break.
22        (WHEREUPON, after a break was taken, the
23 proceedings were resumed as follows, to-wit:)
24 Q   (Ms. Jones continuing) Now, in May of 2021 when you were
25 taken into North Ark Emergency Room for a meth overdose, I

## Page 156

1  understand your testimony is you don't remember that, but at
2  some point someone told you you were there for a meth overdose;
3  correct?
4  A   No. I don't recall.
5  Q   Nobody ever told you why you were in the hospital?
6  A   Nope. They just told me that my sugar was too high.
7  Q   Okay. So nobody told you you were positive for meth?
8  A   No.
9        MR. LANGDON: Objection.
10 Q   This is the first you're hearing about it right now in
11 this deposition?
12 A   Yes.
13 Q   Okay.
14        MS. JONES: All right, that's all I have.
15             EXAMINATION
16 BY MR. LANGDON:
17 Q   Christina, I want to ask you a couple of questions in
18 followup to the questions that have been asked here today.
19 Earlier you mentioned sometimes you get confused on left and
20 right; correct?
21 A   Yes.
22 Q   I will admit to you that sometimes I do as well, so I want
23 to ask you about -- in your testimony earlier, you said
24 whenever you slipped and fell and your leg went up in the air,
25 you said that you landed on your left leg on your hip when you

## Page 157

1  came down.
2  A   Yes, and I --
3  Q   Did you --
4  A   -- meant my right leg.
5  Q   Okay. Did you land on the leg that you have amputated
6  now?
7  A   Yes.
8  Q   Okay. So were you confused at that time about left and
9  right?
10 A   Yes.
11 Q   Okay. So whenever you came down from the fall, which leg
12 did you land on on your hip?
13 A   My right leg.
14 Q   Okay. The leg that is now amputated?
15 A   Now is amputated, yes.
16 Q   Okay. So Christina, I want to also ask you about earlier
17 in some of the examination of you, you were asked whether or
18 not you told the nurse about going to the emergency room or
19 getting some medical assistance after the second sick call
20 discussion with the nurse. Do you remember that discussion?
21 A   Yes.
22 Q   Okay. At that particular time, based upon my
23 observations, but I want to explain to the jury, how were
24 you -- what was your pain level? You were grabbing your leg.
25 What was going on with you at that time?

CHRISTINA CREAMER                                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 158

1  A  I was really hurting really bad.
2  Q  Okay. Are you -- has that pain somewhat subsided now?
3  A  Yeah, finally.
4  Q  Does your pain come and go in your leg, Christina?
5  A  Yes.
6  Q  Whenever it's full on on you, how does that feel?
7  A  It feels like my -- somebody stabbing in my leg.
8  Q  Okay. Were you having that sensation during that
9  discussion?
10  A  Yes.
11  Q  All right. So my recollection is is whenever you were
12  first asked about that, you told the attorney that you did ask
13  to go to the ER after the second report on several occasions;
14  correct?
15  A  Yes.
16      MS. JONES: Object to form. Leading.
17  Q  When the lawyer began to ask you whether or not you
18  actually remembered it or didn't remember it, I want to go back
19  into the discussion now. Let me ask you this. Did the nurse
20  continue to administer the Tylenol and the antibiotics to you
21  after the second sick call?
22  A  Yes.
23  Q  And when you would go from your bed or pod or wherever it
24  was to her office, did you walk there?
25  A  Yeah, but I was limping really bad.

Page 159

1  Q  Okay. Well, that was what I want to ask you about. How
2  would you get around at that time? Describe to the jury how
3  you were walking or limping or whatever it is.
4  A  Just limping.
5  Q  Okay.
6  A  Because it was hurting really bad.
7  Q  Okay. Did the nurse ask you about how your ankle or leg
8  was?
9  A  No.
10  Q  Did you talk to her and mention to her that you were
11  having continued problems with your leg -- ankle?
12  A  Yes. Yes.
13  Q  And whenever you would tell her about the continued
14  problems after the second sick call with your leg, what would
15  you tell her that you needed?
16  A  I needed to go to the emergency room because it's still
17  hurting really, really, really bad.
18  Q  Okay. And whenever --
19  A  I needed to get my foot checked out.
20  Q  Okay. And you remember telling her that after the second
21  sick call?
22  A  Yes.
23  Q  On how many occasions would you have told her that?
24  A  Every morning when she brings the medicine in.
25  Q  And how long did she bring the medicine in after the

Page 160

1  second sick call?
2  A  Every day except on Saturdays and Sundays.
3  Q  All right. How long did that go on up -- did -- was it
4  all the way up through the time that you got out or was it --
5  there a set amount of time?
6  A  Ever since I got out. When I was getting out -- got out.
7  Every day.
8  Q  All right. Let me clear this up, Christina. So you had
9  the second sick call around February the --
10  A  9th.
11  Q  -- 9th, right? Oh, good, you remember it better than I
12  do. Okay. February the 9th. So after that second sick call,
13  the nurse continued to administer the Tylenol and the
14  antibiotics; correct?
15  A  Yep. For ten days.
16  Q  Okay. All right. So during that ten-day period, would
17  you have told her about the problems?
18  A  Yes.
19  Q  Okay. The problems with your ankle?
20  A  Yes. Plus she knew I was having a hard time getting up
21  off the bunk -- off the bubble -- the -- my bed.
22  Q  And whenever you would talk to her about the problems with
23  your ankle, would you tell her at that time you needed to get
24  medical attention?
25  A  Yes.

Page 161

1  Q  What was her response?
2  A  I got to talk to the doctor.
3  Q  Do you know whether or not she ever actually talked to the
4  doctor?
5  A  No.
6  Q  Did she ever come back to you and tell you the doctor says
7  anything?
8  A  Nope.
9  Q  Whenever you made -- you were asked earlier what your
10  complaint was whenever they were talking about the medical
11  malpractice is, They didn't take me to the ER. Do you remember
12  that's what your answer was?
13  A  Yes.
14  Q  Whenever you say, They did not take me to the ER, meaning
15  the jail, the nurses, the defendants in this case, what do you
16  mean by, They did not take me to the ER?
17  A  They didn't give me my medical attention good enough, and
18  that's why I lost my foot.
19  Q  Christina, would you tell the jury how losing your foot
20  has affected your life?
21  A  Oh, yeah.
22  Q  How?
23  A  I can't clean my house. I can't walk. It's hard for me
24  to get out -- get in and out of the shower; I have to have
25  somebody do it every day, to watch me take a shower, and that

41 (Pages 158 to 161)

Page 162

1   feels uncomfortable, just in case I don't fall. It's hard. I
2   used to be an independent person, and now I'm not independent
3   I have to depend on everybody.  Now I got to get nurses coming
4   in every day to take care of me, and I'm 44 years old.
5   Q   Who does your shopping for you, Christina?
6   A   My family does.  I don't even get out and go to the
7   grocery shopping.
8   Q   All of those things that you just mentioned to the jury
9   just a minute ago, did you do those for yourself previously?
10  A   Yes.  When I had my foot, I always went to my grocery
11  shop, and I always had to take my showers and everything.  I
12  was a independent person.  And now I can't be a independent
13  person because I don't have a foot no more to get to do what I
14  want to do.  I can't take my walks or anything like I used to.
15  Q   You mentioned earlier -- and I'm going to distract you for
16  just a little bit, okay?  You mentioned earlier that the
17  doctors had talked to you about some -- that exercise and diet
18  were important for your diabetes?
19  A   Yes.
20  Q   What sort of exercise were you able to do before your
21  diabetes prior to --
22  A   I walked.  Just walking and -- that's what I usually do is
23  walk.
24  Q   Well, I mean you pretty much relied on your travel for
25  walk anyway?  You didn't have --

Page 163

1   A   Yes.
2   Q   -- a driver's license?
3   A   Yes.
4   Q   Okay.
5   A   Now, I got to get pushed in a wheelchair.
6   Q   Whenever you get on your -- whenever you get your
7   prosthetic, are you able to get around with that and do all the
8   things independently or --
9   A   Yeah.
10  Q   -- are you still --
11  A   But sometimes it does hurt because I haven't walked on it
12  for a while.  It's been, like, six months.
13  Q   Do you have to kind of re-learn to walk on it?
14  A   Yes.
15  Q   And once you get acclimated to it, can you walk the same
16  amount of time, distance as --
17  A   Yes.
18  Q   -- you could -- let me finish my question.  Can you walk
19  the same amount of distance that you could prior -- before you
20  lost your leg?  Or just --
21  A   No.
22  Q   Okay.  You're still limited then?
23  A   Yes.
24      MR. LANGDON:  I'll pass the witness.
25      FURTHER EXAMINATION

Page 164

1   BY MS. BOTTEICHER:
2   Q   Okay, Ms. Creamer, when you used to grocery shop, did you
3   walk to the grocery store?
4   A   Yes.
5   Q   And you carried all your groceries back with you?
6   A   Yes.
7   Q   No one ever drove you to the grocery store?
8   A   No.
9   Q   Okay.  And you're on food stamps, right?
10  A   Yes.
11  Q   When you were in jail, were you trying to switch over your
12  food stamps to your daughter's name?
13  A   Yes.
14  Q   Okay.  Is that fraud?
15  A   No.  She was on my food stamps actually.  My daughter was
16  Q   Okay.  Were you telling her to call in and give them a
17  password and just pretend to be you?
18  A   I don't recall.
19  Q   Okay.  If there's a phone call that says that, would you
20  disagree with that?
21  A   I don't recall actually.  I'm sorry.  I don't remember.
22  Q   If it's a call that says it's -- a phone call from you to
23  your daughter and it has your phone -- or your daughter's phone
24  number, would you disagree that that's making those
25  conversations?

Page 165

1   A   Probably.
2       MR. LANGDON:  Objection, form.
3   A   I don't remember.
4   Q   Okay.  And it's your testimony that you walked to the
5   grocery store to get your groceries every --
6   A   Yes.
7   Q   -- day?  All right.  You didn't need James to drive you
8   there in his truck?
9   A   No.
10  Q   Okay.  Ms. Creamer, I'm a little confused because we
11  talked at length about these sick calls, and you told me
12  repeatedly that you didn't remember.  And then do you remember
13  testifying that if Nurse Wood said that those conversations
14  didn't happen, that you would have no reason to disagree with
15  her?  Do you remember that?
16      MR. LANGDON:  Objection, form.
17  A   No, I don't remember now.
18  Q   You don't remember having that conversation with me not
19  even an hour ago?
20  A   (Witness moves head side to side)
21  Q   Okay.  You don't?  Do you remember --
22      MR. LANGDON:  Objection, form.
23  Q   -- what you just testified to a few minutes ago?
24  A   Was I just crying, too?
25  Q   You weren't crying.

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

Page 166

1      MR. LANGDON: Objection, form.
2  A  I don't remember what you was saying -- what you mean
3  Q  Okay.  What I am concerned about is what you have just
4  testified to a few minutes ago is the polar opposite of what
5  you told me less than an hour ago.
6      MR. LANGDON: Objection.
7  Q  And if you need to take a break because your leg hurts,
8  that's fine.  But I need to make sure that I understand what
9  allegations you're making against my client because they are
10 very serious and this is the last time I get to talk to you
11 before trial.
12     MR. LANGDON: Objection, form.  And please sit
13     back and don't be argumentative with my client any
14     longer.  She answered your question the first time.
15     Then you argued with her and you got -- and she was
16     in pain and then she answered differently.  She's now
17     answered the question again like she answered it the
18     first time with you.
19     MS. BOTTEICHER: No, she did not.
20     MS. JONES:  And for the record, the attorney is
21     still in her seat and hasn't moved, so there's no
22     reason to tell her to sit back.
23     MR. LANGDON: She's leaning forward, pointing
24     her finger at my client.  The lady's answered your
25     question.  If you want to ask her again what I just

Page 167

1  asked her, you can ask her.
2      MS. BOTTEICHER: Well, my hesitation is from
3      your line of questioning, it seemed to assume that
4      when Ms. Creamer was in pain, she was unable to give
5      honest and truthful testimony.
6      MR. LANGDON: Okay.
7      MS. BOTTEICHER: And if that is the case, I want
8      to make sure that she is not in pain so she can give
9      honest and truthful testimony.
10     MR. LANGDON: Go right ahead.
11 Q  (Ms. Botteicher continuing) Ms. Creamer, after February
12 10th of 2020, when you saw Nurse Wood for your second sick
13 call, did you ever ask her to go to the hospital?
14 A  Yes.
15 Q  When?
16 A  All the time.  Every morning.
17 Q  Every single morning?
18 A  Except Saturday and Sunday because she wasn't in.
19 Q  Did you ever submit a sick call to follow up to that
20 effect?
21 A  No.
22 Q  Okay.  Did Nurse Wood ever tell you to follow up with a
23 sick call if you had continued complaints after February 10th
24 of 2020?
25 A  No.

Page 168

1  Q  She did not tell you that if you had further complaints to
2  follow up with another sick call?
3  A  I don't remember if she said that or not.
4  Q  You don't remember?
5  A  No, I don't remember what she said.
6  Q  Do you remember specifically asking her on the days of
7  February 11th, 2020, through March 6th of 2020, asking to go to
8  the emergency room?
9  A  Yes.
10 Q  Where were you?
11 A  In my bed.
12 Q  In your bed?
13 A  Because I had a hard time getting up all the time.
14 Q  Okay.  And Nurse Wood would come and see you at your bed?
15 A  She brings my medicine to me that morning.
16 Q  And did you tell her that you wanted to go to the
17 emergency room?
18 A  Yes.
19 Q  And what did she tell you in response?
20 A  I got to talk to the doctor.
21 Q  Okay.  And did you ever follow up with her about that?
22 A  No.  She would -- never came back.
23 Q  And you never followed it up with a sick call about that?
24 A  No.
25 Q  And you never followed --

Page 169

1  A  I kept on asking her every morning.
2  Q  And you never followed up with a grievance about that?
3  A  Nope.
4  Q  And that's your testimony under oath today?
5  A  Yes.  I kept on asking her.
6  Q  Do you plan to tell the jury that Nurse Wood is a liar if
7  she testifies differently than that at her deposition?
8  A  I don't mean what you -- I don't understand what you mean.
9  Q  You were saying that you asked Nurse Wood to go to the
10 emergency room.
11 A  Yeah.
12 Q  I will represent that at the deposition of Nurse Woods,
13 she will likely testify that you did not ask her that.  Do you
14 plan to tell the jury that she is lying in her testimony?
15 A  Yes.
16 Q  Okay.  And you expect the jury to believe you over her?
17 A  Yes.
18     MR. LANGDON: Objection, form.
19 A  Because she did not give me no medical treatment.
20 Q  She never gave you any medical treatment?
21 A  She never wanted to listen to me.
22 Q  She -- at the beginning of this deposition, didn't you
23 testify that --
24 A  She was --
25 Q  -- she was always good to you?

43  (Pages 166 to 169)

Page 170

1   A   -- good to me, but she -- and I just wanted her to send
2   me.  And she knew I was a diabetic.  Everybody knew I was a
3   diabetic.
4   Q   And she gave you your insulin?
5   A   She gave me my insulin --
6   Q   Every day?
7   A   -- in the morning time.  Not at night.
8   Q   She made sure that you got it from the guards, though?
9   A   Yep.  But I'm the one that had to always do the insulin.
10  Q   Was she there at night?
11  A   Nope.
12  Q   Okay.  Do you -- did you have an understanding that she
13  should be there to give you your insulin?
14  A   That -- I should have -- I thought she should.
15  Q   You thought she should?  Are you a doctor?
16  A   No.  But some people --
17  Q   Any medical training?
18  A   Yeah.  That's what I want.
19  Q   No.  You have medical training?
20  A   No.
21  Q   Okay.  Ms. Creamer, if you're in pain, we can stop.
22  A   No, I've just got to lift it up.
23  Q   Okay.  Are you able to give honest and truthful testimony
24  at this point in time?
25  A   Yes.

Page 171

1   Q   Okay.  Are you aware that nurses cannot write
2   prescription?
3   A   Yes.
4   Q   Okay.  So is it your understanding that a doctor wrote a
5   prescription for the Bactrim?
6   A   Yes.  But she didn't -- I didn't -- she never told me
7   about who was the doctor or anything.  I didn't see no doctor.
8   I just seen the nurse.
9   Q   And --
10  A   I would rather see a doctor instead of a nurse.
11  Q   Okay.  But you are understanding that the nurse was
12  communicating with the doctor about your care?
13  A   No, I did not know.
14  Q   Then how did you get the medication?
15  A   She brought it to me.
16  Q   And you know that a nurse can't prescribe medication?
17  A   Yes.
18  Q   Okay.
19  A   She didn't tell me who prescribed it or anything.  She
20  just told me, Here, take this.
21  Q   Did you ask to see your medical records from Turn Key
22  while you were admitted?
23  A   No.
24  Q   Okay.  Did you ever ask who the doctor was?
25  A   No.  She just told me that it was a new doctor.  That's

Page 172

1   all that --
2   Q   Did you ask for his information?
3   A   No.
4   Q   Okay.
5   A   All I remember, the last doctor that was in there was Dr.
6   Lee.
7   Q   So you did know there was a doctor that was --
8   A   A long time ago.
9   Q   How long ago?
10  A   Like the first time I was there.
11  Q   In 2019?
12  A   Uh-huh.
13  Q   And when you would -- how did you know that there was a
14  doctor there?
15  A   Because I seen him before.
16  Q   Okay.  When did you see him?
17  A   I seen him in the clinic at Lead Hill.
18  Q   So you didn't see him when he was -- when you were
19  incarcerated?
20  A   No.
21  Q   But you had an understanding that the nurses worked under
22  the doctors at the hospital?
23  A   Yes.
24  Q   Or at the jail?
25  A   I guess.  I don't remember.  I don't know.

Page 173

1   Q   You don't know, you guess, or yes?
2   A   I don't know.
3   Q   Okay.  Just to clarify, where did Nurse Woods give you
4   your medication each day?
5   A   In the pod.
6   Q   Okay.  When you had a sick call, did you have to go to her
7   nurse's office?
8   A   Yes.
9   Q   You didn't have to go to pill call and get your
10  medication?
11  A   No.  Just had to go to her --
12  Q   Ms. Creamer, did you review any documents over the break
13  that we took a few moments ago to refresh your recollection in
14  any way?
15  A   No.
16  Q   Okay.  Other than conversations with your attorney which I
17  am not privileged to know, did you speak with anyone else,
18  other than your attorneys, to help you refresh your
19  recollection of conversations with Nurse Woods while you were
20  incarcerated from December of 2019 to March of 2020 over the
21  break that we took?
22          MR. LANGDON:  Objection, form.  I'm going to
23      instruct the witness not to answer.
24          MS. BOTTEICHER:  As to --
25          MR. LANGDON:  As to what -- you gave the answer

CHRISTINA CREAMER                    CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| Page 174 |
| --- |

1    as to what it is or alluded to what it is that I told
2    her to reflect on her testimony and that she then
3    agreed to me. That's what you're alluding to in your
4    answer. I object to the form, one. And two, I
5    object to her testifying as to anything that we had
6    in a conversation. If your question is, Did you talk
7    to anyone else other than your attorneys while we
8    were out of the room, she can answer that question.
9        MS. BOTTEICHER: Well --
10       MR. LANGDON: If that's your question, she can
11   answer that.
12       MS. BOTTEICHER: That was. I mean, if you want
13   to answer it that way. But her husband, fiancé has
14   been in and out of the room all day, too, and I just
15   want to know.
16       MR. LANGDON: He did not come in --
17       THE WITNESS: Nope.
18       MR. LANGDON: Go ahead. She can answer that.
19   A   Nope.
20   Q   (Ms. Botteicher continuing) You did not?
21   A   I did not say anything to my husband.
22   Q   No, I'm talking about did you talk to anyone other than
23   your attorney over the break?
24   A   No.
25   Q   Okay. And so you just remembered this over the break and

| Page 175 |
| --- |

1    testified accordingly?
2        MR. LANGDON: Objection, form.
3    A   Yes.
4        MS. BOTTEICHER: I will pass the witness for
5        now.
6        FURTHER EXAMINATION
7    BY MS. JONES:
8    Q   Ms. Creamer, when did you hire your attorney?
9    A   I don't remember what day it was.
10   Q   Before or after your amputation?
11   A   I don't remember.
12   Q   How did you find your attorney?
13   A   One of the -- one of my friends had called -- I called
14   another attorney.
15   Q   What attorney did you call?
16   A   I can't remember his name.
17   Q   Locally in Harrison or elsewhere?
18   A   Nope. It was in Springfield.
19   Q   Okay. How many times have you met with your attorneys?
20   And I don't want to know what you've said with them, but how
21   many times have you met with them before today?
22       MR. LANGDON: Objection, form.
23   A   I don't recall.
24   Q   Has anyone ever -- other than your lawyers, ever been in
25   the room with you when you talked with them?

| Page 176 |
| --- |

1    A   Nope.
2    Q   Has Gary ever been in the room?
3    A   Nope.
4    Q   Has Elizabeth ever been in the room?
5    A   Nope.
6    Q   But you did talk with them during breaks; correct?
7    A   Yep, right here.
8    Q   And that was while the deposition was pending; correct?
9    A   Yep.
10   Q   No one at Boone County has ever yelled at you while you
11   were incarcerated; correct?
12   A   No.
13   Q   Okay. And they've never threatened you; correct?
14   A   No.
15   Q   And they've never treated you unfairly; correct?
16   A   No.
17   Q   Okay. And by no, you mean no, they haven't treated you
18   unfairly? I'm --
19   A   I don't understand what you're saying.
20   Q   Okay. Has anyone at Boone County ever treated you
21   unfairly?
22   A   No.
23   Q   Okay. Who's Darrell?
24   A   Darrell?
25   Q   You called a guy named Darrell while --

| Page 177 |
| --- |

1    A   He's one of my friends.
2    Q   Who's that?
3    A   One of my friends.
4    Q   What's his last name?
5    A   Riddell.
6    Q   And what is his address?
7    A   I don't know where he lives at.
8    Q   Okay. But you knew his phone number to call him --
9    A   Yes.
10   Q   -- from jail? What's his phone number?
11   A   He got a different phone number, and I can't remember it
12   by heart.
13   Q   Okay.
14   A   He changes phone numbers a lot.
15   Q   And how do you know Darrell?
16   A   I met him on Facebook.
17   Q   Okay. And he sent you money to the jail; correct? For
18   your commissary?
19   A   No.
20   Q   Okay. You asked him for money, though; correct?
21   A   Yes, I did.
22   Q   And why did you call Darrell from Facebook and ask him for
23   money?
24   A   Because I couldn't get a hold of my daughter.
25   Q   Did you and Darrell have a relationship on Facebook where

CHRISTINA CREAMER                          CREAMER VS. BOONE COUNTY, ARKANSAS, ET AL

| | |
|---|---|
| Page 178 | Page 180 |

**Page 178**

1  you thought --
2  A  No.
3  Q  -- he would send you money?
4  A  No.  He was just a good friend.
5      MS. JONES:  Okay, I think that's all I have.
6      MR. LANGDON:  Oh, no questions.
7      (WHEREUPON, the proceedings were concluded in
8      the matter at 1:40 p.m. on the 8th day of December,
9      2021.)
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**Page 180**

WITNESS MY HAND AND SEAL this 20th day of December, 2021

_____

JORDAN A. TINDELL, CCR
Certified Court Reporter #848

CONWAY COURT REPORTING - 501.679.1488 or 501.319.4807
www.conwaycourtreporting.com

**Page 179**

C E R T I F I C A T E
STATE OF ARKANSAS   )
                    )ss
COUNTY OF PERRY   )

    I, JORDAN A. TINDELL, Certified Court Reporter #848 and
Notary Public, do hereby certify that the facts stated by me in
the caption on the foregoing proceedings are true; and that the
foregoing proceedings were reported verbatim through the use of
the voice-writing method and thereafter transcribed by me or
under my direct supervision to the best of my ability, taken at
the time and place set out on the caption hereto.

    I FURTHER CERTIFY, that I am not a relative or employee of
any attorney or employed by the parties hereto, nor financially
interested or otherwise, in the outcome of this action, and
that I have no contract with the parties, attorneys, or persons
with an interest in the action that affects or has a
substantial tendency to affect impartiality, that requires me
to relinquish control of an original deposition transcript or
copies of the transcript before it is certified and delivered
to the custodial attorney, or that requires me to provide any
service not made available to all parties to the action.

    CONWAY COURT REPORTING - 501.679.1488 or 501.319.4807
    www.conwaycourtreporting.com