

**Turn Key Health**

Medical Protocols
**BOIL**

NAME: Christina Creamer   ID#/DOB: 11/23/77   FACILITY: Bxxxx   DATE: 1-28-20

### Subjective

**Allergies:** PCN allergy
**Initial Complaint:** x 1 wk...
**Onset:** ☒ New ☐ Recurrence ☐ Constant
**Location:** RLE
**Associated Symptoms:** ☐ Itching ☐ Burning
☒ Diabetic ☐ Pain: Pain scale (1-10)

### Objective
BP 90/78  P 71  R 16  T 98  O₂ 100%  A(w)

**Size of injury:**
☐ Bleeding ☐ Nodules ☐ Boggy center
☐ Drainage ☐ Pus present ☐ Swelling
☐ Papules ☐ Multiple boils

### ASSESSMENT:
☒ Alteration in skin integrity related to boil

**Additional Notes:** Quarter sized open area on back of ® heel, s/s infect. 2+ edema. Warm, TTT. area cleansed. BA applied...

**Patient Education:**
☒ Instructed signs and symptoms of infection, ☒ keep wound dry and clean and not to pick or squeeze lesions, ☒ keep covered if draining, ☒ do not share linens, ☒ proper hygiene, ☒ medication use, ☒ follow-up sick call if no improvement, ☒ verbalizes understanding.

### Plan
*Provider order must be obtained prior to any prescription medication being administered.*

☐ Hot moist pack to lesion for 20 minutes 2 times daily for 3 days.
☒ Cover with non-adherent dressing if draining
☐ Schedule daily dressing changes
☐ Clean daily with sterile water or normal saline

**Refer to Provider if:**
☒ Signs of infection present
☒ There is apparent presence of cellulitis or lymphangitis and fever, measure and mark surrounding area
☐ Condition not responding to treatment
☒ Patient has uncontrolled diabetes

**Additional orders:**
UTO Tilly.
Bactrim DS. 1 t BID x 1 wk.
Dry NSC as tolerates / PRN (BA)

Medical staff Signature: [signature]   1-28-20
Date: _____   Time: 0880

2-1-18

EXHIBIT 2

**EXHIBIT 3**