# SICK CALL REQUEST FORM

INMATE NAME: Christina Creamer   DOB: 11-23-1977   INMATE NUMBER: _____
DATE: 2-9-20   FACILITY: _____   LOCATION/POD: A Pod

REASON FOR REQUEST: RLE & foot has not improved from Antibiotics. Sore, tender, hot to touch. Very painful to walk. Red. I think I've ran a temp at times. Especially at Night.

1. INMATES ACCESSING MEDICAL, MENTAL HEALTH, DENTAL OR PHARMACEUTICAL SERVICES WILL BE CHARGED IN ACCORDANCE WITH ARKANSAS STATUTES.
2. INMATES WILL NOT BE DENIED MEDICAL CARE DUE TO THE INABILITY TO PAY OR DUE TO INSUFFICIENT FUNDS IN THEIR INMATE ACCOUNT.
3. FEES FOR MEDICAL SERVICES WILL BE DEDUCTED DIRECTLY FROM AN INMATE'S ACCOUNT. IF THERE ARE INSUFFICIENT FUNDS IN THE ACCOUNT, THE FEES WILL BE DEBITED AND THE ACCOUNT WILL SHOW A NEGATIVE BALANCE. ANY MONEY DEPOSITED INTO AN ACCOUNT WITH A NEGATIVE BALANCE WILL BE USED TO SATISFY THE DEBT WITH THE FACILITY PRIOR TO BEING AVAILABLE FOR COMMISARY SERVICES.

INMATE SIGNATURES ARE REQUIRED PRIOR TO SUBMITTING REQUESTS, AND SIGNATURES ACKNOWLEDGE UNDERSTANDING OF THE SICK CALL PROCESS.

INMATE SIGNATURE: Christina A Creamer   DATE: 2-9-2020

**MEDICAL STAFF USE ONLY BELOW THIS LINE**

RECEIVED BY MEDICAL:
MEDICAL SIGNATURE: _____   DATE/TIME: 2-10-20

ACTION TO BE TAKEN:
☑ SCHEDULE FOR SICK CALL   ☐ SCHEDULE FOR PROVIDER CLINIC   ☐ WRITTEN RESPONSE TO INQUIRY
☐ OTHER: _____

MEDICAL RESPONSE:

MEDICAL SIGNATURE: _____   DATE/TIME: 2-10-20

Turn Key Health

ARKANSAS Revised 2-1-18

EXHIBIT 3

Turn Key 000007

**EXHIBIT 4**