**NORTH ARKANSAS REGIONAL MEDICAL CENTER**
**620 N. MAIN**
**HARRISON, AR 72601**

**DISCHARGE SUMMARY**

PT NAME: CREAMER,CHRISTINA A          PHY: Josh Trinkle PAC
ACCOUNT #: ▮▮▮▮▮
ADM: 11/09/20                                    DISC: 11/10/20
DICT: 02/24/21 1652                           TRANS: 02/28/21 1511 PH

REPORT STATUS: Signed
DATE OF BIRTH: ▮▮▮▮1977

DATE OF ADMISSION:  11/09/2020

DATE OF DISCHARGE:  11/10/2020

ADMISSION DIAGNOSES:
1. Right Charcot foot arthropathy.
2. Multiple nonhealing grade 4 ulcerations right foot.
3. Right foot osteomyelitis.

DISCHARGE DIAGNOSES:
1. Right Charcot foot arthropathy.
2. Multiple nonhealing grade 4 ulcerations right foot.
3. Right foot osteomyelitis.

OPERATIONS/PROCEDURES PERFORMED:  Right below-knee amputation.

HOSPITAL COURSE: Ms. Creamer is a 43-yo female who was admitted through Same Day Surgery and taken to the operating room where she underwent an uneventful right below-knee amputation. Upon awakening from the operation, the patient demonstrated that of an intact neurological examination. She was monitored over the next hour to hour and a half in the post-anesthesia recovery unit without any associated complications. She was subsequently transferred onto the med/surg floor to continue along with physical therapy with utilization of a roller walker with physical therapy without associated complications. With relation to her postoperative labs with her preoperative labs on 11/09 demonstrating in the 250s to 380s. We had Dr. Rosson with Internal Medicine consult and he put her on a sliding scale where she had controlled sugars in the 170s. Throughout her hospital stay she had a mild rise on 11/10/2020 at 298 that was managed appropriately by Rosson on an outpatient basis as well. In turn, on the postoperative labs on 11/10 she did have a mild dip in the hemoglobin and hematocrit without associated complications with no need for  transfusion. In turn, upon arrival to the patient's room the patient was lying in the supine position in no apparent distress. She continued to progress with therapy throughout the remainder of her hospital stay without associated complications. She was subsequently discharged home to the care of her family on 11/10/2020 with an intact neurological examination with stable vital signs along with labs and controlled glucose with Dr. Rosson's recommendations as well as a right below-knee amputation stump that was currently flat, dry, clean, and very well wrapped with compressive dressing with a Mepilex dressing placed at the top. The patient was instructed to follow up with us in approximately 2 to 3 weeks' time for routine followup as well as to have her staples removed. The patient was also instructed should any further questions or concerns arise in the interim to contact the clinic at any point.

DISCHARGE MEDICATIONS: Aspirin 325 1 tab p.o. b.i.d. for 14 days, lisinopril, and Percocet 5/325.

PAGE 1 OF 2

**EXHIBIT 5**

Case 3:21-cv-03024-TLB   Document 44-1   Filed 04/15/22   Page 2 of 2 PageID #: 447

**NORTH ARKANSAS REGIONAL MEDICAL CENTER**
**620 N. MAIN**
**HARRISON, AR 72601**

**DISCHARGE SUMMARY**

**PT NAME: CREAMER,CHRISTINA A**          **PHY: Josh Trinkle PAC**
**ACCOUNT #:** ▮▮▮▮▮▮▮
**ADM: 11/09/20**                                   **DISC: 11/10/20**
**DICT: 02/24/21 1652**                        **TRANS: 02/28/21 1511 PH**

**REPORT STATUS: Signed**

Josh Trinkle PAC

Justin Cutler, D.O.

DICTATED BY: Josh Trinkle PAC
ELECTRONICALLY SIGNED BY: Josh Trinkle PAC
SIGNED DATE/TIME: 03/24/21 0756
ELECTRONICALLY CO-SIGNED BY: Justin Cutler, D.O.
CO-SIGNED DATE/TIME: 03/31/21 1608
ELECTRONIC OTHER DICTATED BY:
OTHER DICTATED BY SIGNED DATE/TIME: 03/24/21 0756


Copies To:  Cutler,Justin D.O.
Trinkle,Josh PAC