## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

CHRISTINA CREAMER                                                                   PLAINTIFF

V.                                            NO. 3:21-CV-3024-TLB

BOONE COUNTY, ARKANSAS;
JASON DAY, Individually, and in his
Official Capacity as Jail Administrator
of Boone County Jail; TIM ROBERSON,
Individually, and in his Official Capacity as
Sheriff of Boone County, Arkansas;
TURN KEY HEALTH CLINICS LLC;
TURN KEY HEALTH MEDICAL
ARKANSAS PLLC and JANE and JOHN
DOES I-V                                                                            DEFENDANTS

## JOINT DEFENSE EXPERT DISCLOSURES

Come defendants, Turn Key Health Clinics, LLC; Boone County, Arkansas, Jason Day, Individually and in his Official Capacity as Jail Administrator of Boone County Jail; Tim Roberson, Individually, and in his Official Capacity as Sheriff of Boone County, Arkansas, by and through counsel, for their joint expert disclosures pursuant to the Final Scheduling Order, Order Granting Motion to Extend Deadlines for Providing Expert Witness Disclosures and Written Reports, Fed. R. Civ. P. 26(a)(2), and state as follows:

With regard to expert witnesses that these defendants reserve the right to call at trial during their case-in-chief, these defendants anticipate and reserve the right to call to testify at trial, either live or by deposition in accordance with the Federal Rules of Evidence and the Final Scheduling Order, the following expert witnesses:

**EXHIBIT 6**

1.  John Adams, II, M.D.
    119 Memorial Drive
    P.O. Box 2807
    Franklin, Kentucky 42135

    *See attached curriculum vitae.*

    *It is anticipated that Dr. Adams will testify that Turn Key's medical and nursing staff complied with the standard of care applicable to a jail medical provider practicing in Harrison, Boone County, Arkansas, or a similar locality as it relates to the medical and nursing care provided to Christina Creamer during her incarceration at the Boone County Jail, particularly from December 30, 2019, to March 6, 2020. It is further anticipated that Dr. Adams will testify that the care of Ms. Creamer provided by Boone County and Turn Key and its medical and nursing staff was not a proximate cause of Ms. Creamer's injury and subsequent amputation. A report of his expert opinions is included, attached, and incorporated into this disclosure. Dr. Adams reserves the right to add to and supplement those opinions.*

2.  Robert W. Kleinhenz, M.D.
    108 Fern Street
    Hot Springs, Arkansas 71901

    *See attached curriculum vitae.*

    *It is anticipated that Dr. Kleinhenz will testify that the time between Ms. Creamer's alleged fall and her emergency department admission did not impact her course of care or cause her subsequent amputation. It is anticipated that Dr. Kleinhenz will testify that the imaging at the emergency department was consistent with a Charcot Deformity, not an acute or traumatic fracture. Dr. Kleinhenz believes that Ms. Creamer's amputation was the result of (1) underlying Charcot that pre-dated her incarceration, and (2) a wound that developed well after her release from the Boone County jail. Dr. Kleinhenz is expected to opine that the care of Ms. Creamer provided by Boone County and Turn Key and its medical and nursing staff was not a proximate cause of Ms. Creamer's injury and subsequent amputation. A report of his expert opinions is included, attached, and incorporated into this disclosure. Dr. Kleinhenz reserves the right to add to and supplement those opinions.*

In addition to Dr. Adams and Dr. Kleinhenz, these defendants specifically reserve the right to call, live or by deposition in accordance with the Federal Rules of Evidence, and they specifically cross-designate any expert witnesses identified by plaintiff.

Respectfully submitted,

**ANDERSON, MURPHY & HOPKINS, L.L.P.**
101 River Bluff Drive, Suite A
Little Rock, Arkansas 72202-2267
Telephone:  501-372-1887
Facsimile:   501-372-7706
Email:         wankum@amhfirm.com
                   botteicher@amhfirm.com

By: _/s/ Mark D. Wankum_____
     MARK D. WANKUM
     BAR NO. 2008185
     AMELIA F. BOTTEICHER
     BAR NO. 2017150

And

Jamie Huffman Jones (Bar No.2003125)
*Attorneys for Boone County; Jason Day; and Sheriff Tim Roberson*
Friday, Eldredge & Clark, LLP
400 W. Capitol Ave., Ste. 2000
Little Rock, AR 72201
Telephone:  501-370-1430
Facsimile:   501-244-5340
Email:         jjones@fridayfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was sent via email on this **14th** day of April 2022, to:

| | |
|---|---|
| Brent M. Langdon<br>Langdon ✶ Davis, LLP<br>5904 Summerfield<br>Texarkana, TX 75503<br>*Attorneys for Plaintiff* | Anthony G. Buzbee<br>Cornelia Brandfield-Harvey<br>The Buzbee Law Firm<br>JP Morgan Chase Tower<br>600 Travis, Suite 7300<br>Houston, TX 77002<br>*Attorneys for Plaintiff* |

_____
MARK D. WANKUM