March 23, 2022

Mark D. Wankum
Anderson, Murphy & Hopkins, L.L.P.
101 River Bluff Drive, Suite 101 A
Little Rock, AR 72202

Jamie Huffman Jones
Friday, Eldredge & Clark, L.L.P.
400 West Capitol Avenue, Suite 2000
Little Rock, AR 72201

>   Re:   Christina Creamer v. Boone County, Arkansas, et al.
>         U.S. District Court, Western Dist. of Ark., No. 3:21-cv-3024-TLB

Dear Mr. Wankum and Ms. Jones:

Please accept this letter as a report on my expert opinions in the case of *Christina Creamer v. Boone County et al.* I have attached a copy of my curriculum vitae for your review of my experience and qualifications as a board-certified orthopaedic surgeon with additional certification as a wound specialist.

## I.   Records Reviewed

My opinions, set forth herein, are based on review of the following materials. I reserve the right to review additional records, depositions, and/or expert disclosures that may be produced in this matter. I further reserve the right to revise my opinions based on the review of any additional materials.

1. Turn Key Health Clinic medical records;
2. Arkansas Regional Medical Center medical records;
3. Arkansas Orthopedics & Sports Medicine medical records;
4. Arp Foot & Ankle medical records;
5. Harrison Family Practice medical records;
6. Boston Mountain Rural Health Center, Inc. medical records;
7. JP&O Prosthetic & Orthotic Laboratory medical records;
8. Jones Physical Therapy medical records;
9. Deposition testimony of Ms. Christina Creamer;
10. Boone County Jail records; and
11. Complaint

**EXHIBIT 8**

March 23, 2022
Page 2

## I. Summary of Opinions

Based on my review of the above records and testimony in addition to my knowledge, training, and experience, it is my opinion to a reasonable degree of medical certainty and probability that the care Ms. Creamer received at the jail did not cause or contribute to her amputation. Ms. Creamer was a morbidly obese smoker with a lengthy history of poorly controlled diabetes. Even taking into consideration her claims of a fall, the imaging at the ER was consistent with a Charcot Deformity, not an acute or traumatic fracture. Accordingly, Ms. Creamer's alleged fall did not cause the deformity or her subsequent amputation.

Charcot is thought to be caused by neuropathy and can develop in any patient that has chronic neuropathy, especially a poorly controlled diabetic patient like Ms. Creamer. Charcot has three phases, and a patient can move in between the three phases. The first phase is an acute phase in which the foot typically has increased temperature, redness, and swelling. Following the acute phase, there is decreased calcium causing collapse of the bones. This is the deformity phase. Following this is the third phase or the quiescent phase in which the foot is no longer hot, red, or swollen, but maintains the deformity. This is precisely what happened here and had nothing to do with her care at the jail.

Ms. Creamer was treated with antibiotics for a wound during her incarceration; however, that wound healed and did not merit mention when she presented to the ER. In the ER, she was diagnosed with the Charcot Deformity. Much later, due to her poorly controlled diabetes and continued smoking, she developed a subsequent wound on the top of her foot that became infected and led to the amputation. This wound was not present at the time she was in the jail. It is my opinion that this wound and her underlying Charcot caused the amputation—not any conduct by the County or by Turn Key. I hold this and all of my opinions to a reasonable degree of medical probability and certainty.

## II. Statement of Compensation

I have been compensated for my time reviewing records and formulating my honest medical opinions in this matter. To date, I have been compensated $1,350.00 related to my review in this matter. I have attached a copy of my fee schedule outlining the fees I charge for my time reviewing medical-legal matters.

## III. Case List for Testimony

During the previous four years, I have provided testimony in one case: *David McAfee v. Dr. Michael Osleber*, White County Circuit Court Docket No. 73CV-21-19.

March 23, 2022
Page 3

    If you have any further questions about this review, please do not hesitate to reach out to me.

Sincerely,

*Robert Kleinhenz*

Robert Kleinhenz, M.D.