# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF ARKANSAS
# HARRISON DIVISION

| | |
|---|---|
| **CHRISTINA CREAMER,** § § § | |
| *Plaintiff,* § § | |
| **V.** § § | **CIVIL ACTION NO. 3:21-cv-03024-TLB** |
| § | |
| **BOONE COUNTY, ARKANSAS;** § | |
| **JASON DAY, Individually, and in his** § | |
| **official capacity as Jail Administrator** § | |
| **of Boone County Jail; TIM ROBERSON,** § | |
| **Individually, and in his official capacity as** § | |
| **as Sheriff of Boone County, Arkansas;** § | |
| **TURN KEY HEALTH CLINICS LLC;** § | |
| **TURN KEY HEALTH MEDICAL** § | |
| **ARKANSAS PLLC and JANE AND JOHN** § | |
| **JOHN DOES I-V** § § | |
| *Defendants.* § | |

## PARTIES' STIPULATION OF DISMISSAL WITH PREJUDICE

The parties file this Stipulation of Dismissal in this matter. Plaintiff desires to dismiss this case. This dismissal is **with prejudice**. Counsel for Defendants Boone County, Arkansas, Jason Day and Tim Roberson are unopposed to this, and have signed this Stipulation of Dismissal.

A plaintiff may dismiss his suit if all parties who have appeared sign a stipulation of dismissal. See FED. R. CIV. P. 41(a)(1)(A)(ii). A stipulation to dismiss should be in writing. Id. A voluntary dismissal by stipulation is effective on filing and does not require the Court's approval. *Ramming v. Natural Gas Pipeline Co.*, 390 F.3d 366, 369 n.1 (5th Cir. 2004) (dicta). A stipulated dismissal may be filed at any time after all parties to the dismissal have appeared in the case. *Republic of the Phil. v. Westinghouse Elec. Corp.*, 43 F.3d 65, 81 n.21 (3d Cir. 1993); *see* FED.

R. CIV. P. 41(a)(1)(A)(ii). As the parties have appeared in the case, this stipulated dismissal is proper.

Respectfully submitted,

## THE BUZBEE LAW FIRM

Anthony G. Buzbee
Texas Bar No. 24001820
(*Pro Hac Vice* admission pending)
Cornelia Brandfield-Harvey
(*Pro Hac Vice* admission pending)
Texas Bar No. 24103540
JPMorgan Chase Tower
600 Travis, Suite 7300
Houston, Texas 77002
Telephone: 713.223.5393
Facsimile: 713.223.5909
tbuzbee@txattorneys.com
cbrandfieldharvey@txattorneys.com
www.txattorneys.com

## LANGDON✶DAVIS, L.L.P.

5904 Summerfield
Texarkana, Texas 75503
Telephone: 903.223.3246
Facsimile: 903.223.5227

By: /s/ Brent M. Langdon
    Brent M. Langdon
    Ark. Bar No: 90042
    E-Mail: blangdon@ldatty.com

*ATTORNEYS FOR PLAINTIFF*

AGREED TO BY:

*/s/ Jamie Huffman Jones* by permission CBH*
FRIDAY, ELDREDGE & CLARK
400 W. Capitol Avenue, Suite 2000
Arkansas Bar No. #2003125
Little Rock, AR 72201
Telephone: 501-370-1430
Fax: 501-244-5340
Email: jjones@fridayfirm.com

**ATTORNEY FOR DEFENDANTS**
**BOONE COUNTY, ARKANSAS, JASON DAY**
**AND TIM ROBERSON**

## CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of this document has been duly served on all known counsel of record and pro se parties in accordance with the Federal Rules of Civil Procedure 5(b)(2)(E) and 5(b)(3) on June 6, 2022.

                              By:  /s/ Brent M. Langdon
                                     Brent M. Langdon