IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

CHRISTINA CREAMER                                                     PLAINTIFF

NO.     3:21-cv-03024-TLB

BOONE COUNTY,
ARKANSAS, ET AL                                                   DEFENDANT

## CLERK'S ORDER OF DISMISSAL

On this 6th day of June, 2022, the parties hereto having filed a stipulation for dismissal pursuant to Rule 41 (a), Federal Rules of Civil Procedure, IT IS ORDERED that plaintiff's complaint be, and hereby is dismissed with prejudice.

                                 AT THE DIRECTION OF THE COURT

                                 JAMIE GIANI, CLERK

                                 BY:  B. Bell
                                           Deputy Clerk